UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CARL A. BARNES, et al.        )
                              )
            Plaintiffs)
                              )
       v.                     )    Civil Action No. 06cv315 (RCL)
                              )
GOVERNMENT OF THE DISTRICT OF COLUMBIA)
                              )
            Defendant )

### AFFIDAVIT OF SERVICE

I, William Claiborne, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct, and declare that I am the attorney for plaintiff in the above titled action; that I served the summons and the original complaint and the process and other required documents including a copy of the related case notice and the Court's EFC order, and a copy of the First Amended Complaint (in clean and redlined versions) in this action on defendant District of Columbia on May 18, 2006 by hand by delivering the process and other documents described above to Gladys Herring at the Office of the Secretary of the District of Columbia, that Gladys Herring is a person authorized by the District of Columbia and the Mayor to accept service on the Mayor's behalf, and that I am a person authorized to serve the summons and complaint under Federal Rule of Civil Procedure 4(c).

Attached is a time stamped copy of the summons time stamped by Ms. Herring at the time of service.

May 21, 2006

Respectfully submitted,

[signature]

```
_____/sig/_____
William Claiborne
D.C. Bar # 446579
Counsel for plaintiff
Bynum, et al. and the class

717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745
```

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carl A. Barnes, et al.

**SUMMONS IN A CIVIL CASE**

V.

Government of the District of Columbia

CASE NUMBER  1:06CV00315

CA  JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 02/23/2006

TO: (Name and address of Defendant)

Government of the District of Columbia
SERVE: Mayor ANTHONY WILLIAMS
Or his designee
Office of the Secretary
Gladys Herring
John Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Claiborne
717 D Street, N.W.
Ste 210
Washington, D.C. 20004

*Gladys Herring*
*Executive Assistant*
*May 18, 2006*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          FEB 23 2006
CLERK                                DATE

*Maureen Higgins*
(By) DEPUTY CLERK

1449-400007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
           Date              Signature of Server

_____
Address of Server

[Stamp: SECRETARY OF D.C. 2006 MAY 18 A 2:01]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1449-400008

1449-400007