UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:   **06-315 (RCL)**<br><br>Next Event: None scheduled |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

All named Plaintiffs respectfully hereby move this Court pursuant to Fed. R. Civ. P. 23(a) and 23(b) (2) to enter an order certifying the class defined in this motion, appointing William Claiborne and Barrett Litt and Ralph Robinson as class counsel and for other relief requested herein.

Plaintiffs request a hearing on this motion.

## CONSENT

No counsel for the Defendant, District of Columbia, has been appointed so plaintiffs cannot obtain consent to the relief sought in this motion.

## MOTION TIMELY FILED

This motion is filed within the expiration of the 90 day period of LCvr23.1(b).

## CLASS CERTIFICATION

Carl A. Barnes, Dernard Hawkins, David Peterson, Toney James Malloy and Maurice Williams (the "Overdetention Named Plaintiffs") move this Court pursuant to Fed. R. Civ. P. 23(a) and 23(b) (2) to certify the "Overdetention Class" defined in the Second Amended Complaint[1] as:

> Each person who has been, is, or in the future will be incarcerated in any District of Columbia Department of Corrections facility from September 1, 2005 forward; and who was not released, or, in the future, will not be released by midnight on the date on which the person is entitled to be released by court order or the date on which the basis for his or her detention has otherwise expired.

Carl A. Barnes, David Peterson, Toney James Malloy and Maurice Williams (the "Strip Search Named Plaintiffs") move this Court pursuant to Fed. R. Civ. P. 23(a) and 23(b) (2) to certify the "Strip Search Class" defined in the Second Amended Complaint as:

> Each person who was, or in the future will be, from September 1, 2005, forward: (i) in the custody of the Department of

---

[1] Plaintiffs base this motion on their proposed Second Amended Complaint.

Corrections; (ii) taken to court from a Department of Corrections facility; (iii) ordered released by the court or otherwise became entitled to release by virtue of the court appearance because the charge on which he had been held was no longer pending or was dismissed at the hearing, was ordered released on his own recognizance, or had posted bail, was sentenced to time served, was acquitted or was otherwise entitled to release; (iv) was not the subject of any other pending case or cases which imposed any condition of release other than personal recognizance; (v) was not the subject of any detainer or warrant; (vi) was returned from court to the DC Jail or CTF or other District facility, to be processed out of Department of Corrections custody; and (vii) was subjected to a strip search and/or visual body cavity search without any individualized finding of reasonable suspicion or probable cause that he was concealing contraband or weapons; before being released, regardless of whether he was overdetained.

Respectfully submitted

_____/sig/_____
WILLIAM CLAIBORNE
D.C. Bar #446579
Counsel for plaintiffs

717 D Street, N.W.
Suite 210
Washington, D.C. 20004
Phone 202/824-0700
Fax 202/824-0745
email law@claiborne.net