# Barnes v. District of Columbia
## Case No: 06-315(RCL)

# MASTER EXHIBIT LIST

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 001 | Affidavit of Shankeisha Mitchell re Strip Search | Yes | Yes | None | 1/13/2006 | 1/14/2006 |
| 002 | Affidavit of Toney Malloy | Yes | Yes | 289872 | 2/24/2006 | 3/3/2006 |
| 003 | Affidavit of David Peterson | Yes and Grievance | Yes | 252552 | 2/20/2006 | 2/24/2006 |
| 004 | Affidavit of Maurice Williams. | Yes | Yes | 196269 | 2/8/2006 | 3/1/2006 |
| 005 | Affidavit of Carl Barnes | Yes | Yes | 278872 | 2/15/2006 | 2/23/2006 |
| 005.A | Inmate Record for Carl A. Barnes | | | | | |
| 006 | Affidavit of James G. Jonesl | Yes | Yes | | 4/24/2006 | 4/25/2006 |
| 007 | Affidavit of Mickey Crawfordh. | Yes | | 194269 | 1/19/2006 | 1/26/2006 |
| 008 | Affidavit of Terence Barfield | Yes | Yes | 289739 | 12/21/2005 | 12/24/2005 |

1

# Barnes v. District of Columbia
# Case No: 06-315(RCL)

## MASTER EXHIBIT LIST

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 009 | Affidavit of Judith Jamison | Yes | Yes | 308-097 | 1/20/2006 | 1/21/2006 |
| 010 | Affidavit of Joe Jarrell | Yes | Yes | 308172 | 2/1/2006 | 2/24/2006 |
| 011 | Affidavit of Robert Young. | Yes | Yes | 193131 | 3/17/2006 | 3/28/2006 |
| 012 | Affidavit of Marcellous Summers | Yes | Yes | None | 2/7/2006 | 2/13/2006 |
| 013 | Affidavit of Antonio Harris. | Yes | Yes | 306319 | 1/6/2006 | 1/28/2006 |
| 014 | Affidavit of Quenta Ennis. | Yes | Yes | 294987 | 10/31/2005 | 11/4/2005 |
| 015 | Reserved | | | | | |
| 016 | Affidavit of Anthony Howe. | Yes | Yes | 197488 | 1/18/2006 | 1/20/2006 |
| 017 | Affidavit of Percival Pendergrass. | Yes | Yes | 232947 | 11/3/2005 | 11/14/2005 |

# Barnes v. District of Columbia
# Case No: 06-315(RCL)

## MASTER EXHIBIT LIST

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 018 | Affidavit of Denard Hawkins. | Yes | Yes | 281828 | 2/15/2006 | 2/22/2006 |
| 019 | Affidavit of Jeanette Gray. | No | Yes | 193814 | 3/20/2006 | 3/31/2006 |
| 020 | Affidavit of William Bunn | No | Yes | 215103 | 2/13/2006 | 2/15/2006 |
| 021 | Signed and dated Affidavit of Ricardo Luzano. | No | Yes | 299543 | 5/3/2006 | 5/12/2006 |
| 022 | Signed and dated Affidavit of Alvin Scott. | No | Yes | 387447 | 5/3/2006 | 5/8/2006 |
| 023 | Declaration of Barrett S. Litt | N/A | N/A | N/A | N/A | N/A |
| 024 | Affidavit of William Claiborne in Support of Motion for Class Certification | N/A | N/A | N/A | N/A | N/A |
| 025 | Affidavit of Ralph D. Robinson in Support of Motion for Class Certification | N/A | N/A | N/A | N/A | N/A |
| 026 | Declaration of Richard A. Berk | N/A | N/A | N/A | N/A | N/A |

3

# Barnes v. District of Columbia
# Case No: 06-315(RCL)

## MASTER EXHIBIT LIST

| Exhibit # | Description | Strip Search | Over-Det. | DCDC # | Release Date | Exit Date |
|---|---|---|---|---|---|---|
| 027 | Plaintiff's Proposed Trial Plan and Proposed Notice Procedures | N/A | N/A | N/A | N/A | N/A |
| 028 | Affidavit of Tony Edward Savage | N/A | N/A | N/A | N/A | N/A |