UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al., | : |
|     Plaintiffs | : |
| v. | : Civil Action No. 06-315 (RCL) |
| Government of the District Of Columbia, | : |
|     Defendants. | : |

## AFFIDAVIT OF SHANKEISHA MITCHELL

I, Shankeisha Mitchell, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On January 11, 2006 I was arrested and taken into custody in Washington, D.C. by members of the Metropolitan Police Department in case 2006-GJ-111 in Superior Court for the District of Columbia.

2. My arrest was based on a warrant issued by Chief Judge Rufus King of the District of Columbia Superior Court in order to secure my appearance as a Material Witness before a Grand Jury in case 2005-FEL-4882, the United States of America v. Mitchell Russell.

3. I was taken into custody on Wednesday, January 11, 2006 and confined at the District of Columbia Jail until January 12, 2006 when I appeared before the Honorable Rufus King, Chief Judge of Superior Court. Chief Judge King ordered that I testify before the Grand Jury and be released immediately after testifying.

4. On my initial entry into the DC Jail on January 11, 2006 I was strip searched.

5. After my court appearance before Chief Judge King on January 12, 2006 I was returned to the D.C. Jail and strip searched. I testified before the

1449-500942

0001- 001

Grand Jury early in the afternoon on Friday, January 13, 2006. I completed my testimony before 4:00 p.m.

6. I was not immediately released after testifying before the Grand Jury as ordered by Chief Judge King.

7. Instead, on Friday, January 13, 2006 I was transported from 555 Indiana Avenue, N.W. to the D.C. Jail. I was not transported to the D.C. General Hospital facility to be processed out. At the D.C. Jail, I was strip searched and again incarcerated.

8. I was released from the D.C. Jail on Saturday, January 14, 2006. I was strip searched prior to my release from the D.C. Jail.

9. During each of the aforementioned strip searches, I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

10. I did not have any arrest warrants, wants, detainers or warrants as of January 13, 2006.

Date: April ___, 2006
City: Washington, D.C.
DOB: 1/21/67
SSN: _____
PDID: _____
DCDC: _____

Respectfully submitted,

*Shankeisha Mitchell*
Shankeisha Mitchell

_____
Witness

1449-500943

0001- 002