UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al., | : |
| Plaintiffs | : |
| | : Civil Action No. 06-315 (RCL) |
| v. | : |
| Government of the District Of Columbia, | : |
| Defendants. | : |

## AFFIDAVIT OF TONEY MALLOY

I, Toney Malloy, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On January 26, 2006 I was ordered held without bond in case 2005 DVM 4158 in the Superior Court for the District of Columbia. On February 9, 2006 this detention was amended to Halfway House detention.

2. I was sentenced to 20 days in jail in said matter on February 24, 2006. At the time of sentencing, I had served a total of at least 30 days confinement in case 2005 DVM 4158.

3. Instead of being released from the courtroom I was transported back to the D.C. Jail and confined at the jail.

4. I was confined at the D.C. Jail until March 3, 2006 when I was brought to D.C. Superior Court and charged with one count of Escape and ordered held without bond in case 2006 CF2 4247.

5. As part of my commitment and reentry into the DC Jail on February 24, 2006 I was strip searched.

6. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

7. I was not presented to a Judicial Officer for an Initial Hearing for 7 days, from February 24, 2006 to March 3, 2006. I did not have any other open cases or valid detainers, wants, or warrants as of February 24, 2006.

Date: _____
City: _____
DCDC: 289872
PDID: 302664
DOB: 9/26/66

Respectfully submitted,

_____
Toney Malloy

1449-500804

0002- 002