UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al., :
:
    Plaintiffs :
: Civil Action No. 06-315 (RCL)
v. :
:
Government of the District :
Of Columbia, :
:
    Defendants. :

## AFFIDAVIT OF DAVID PETERSON REGARDING THE FILING OF AN ADMINISTRATIVE GRIEVANCE

    I, David Peterson, pursuant to 28 U.S.C. 1746 certify under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    On February 13, 2006 I was incarcerated at the District of Columbia Central Detention Facility (D.C. Jail) to serve a term of 7 days imprisonment as a sanction pursuant to my participation in the Superior Court Drug Treatment Intervention Program as a condition of my probation in case 2005 FEL 2201 in the Superior Court of the District of Columbia.

2.    My release date was February 20, 2006. I was not released from the D.C. Jail until February 24, 2006.

3.    I was strip searched after a court appearance on February 21, 2006 and again strip searched after a contact legal visit on February 22, 2006.

4.    After said strip search on February 22, 2006 I filed an Administrative Grievance regarding my overdetention and strip searches on behalf of myself and all others similarly situated. I hand wrote a complaint alleging that I and other inmates had been incarcerated past my release date and strip searched. I included my DCDC number and dated and signed this document.

1449-500805

0003- 001

5.   The box where such Grievances are submitted in my cell block was full so I gave my Grievance to the Correctional Officer in charge of my unit, Sergeant Murphy.   Sgt. Murphy placed my Grievance in a folder and stated that he would turn it in.

Date: 4/16/2006
City: Washington DC (DC Jail)
DCDC: 252552

Respectfully submitted,

David Peterson

1449-500806

0003- 002