UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al., : | |
| : | |
| Plaintiffs : | |
| : | Civil Action No. 06-315 (RCL) |
| v. : | |
| : | |
| Government of the District : | |
| Of Columbia, : | |
| : | |
| Defendants. : | |

## AFFIDAVIT OF MAURICE WILLIAMS

I, Maurice Williams, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On February 2, 2006 I was arrested and a judicial officer entered an order that I be held without bond in case 2006 CTF 2022 in Superior Court for the District of Columbia and on February 8, 2006 a judicial officer released this hold by placing me on Personal Recognizance.

2. At the time of my arrest on February 2, 2006, I was on probation in case 2004 CMD 6502 and case 2005 CMD 9764 and no orders of detention were filed in said cases.

3. Instead of being released from the courtroom on February 8, 2006 I was transported back to the D.C. Jail and confined at the jail.

1449-500807

0004- 001

4. On February 27, 2006 I was brought from the D.C. Jail to Superior Court for hearings in cases 2004 CMD 6502 and 2005 CMD 9764 before the Honorable James Boasberg to Show Cause why probation should not be revoked. No entry of a detention order occurred in said cases and I was not held in said cases.

5. Instead of being released, I was returned to the DC Jail on February 27, 2006 and remained in confinement.

6. I was confined at the D.C. Jail until March 1, 2006.

7. Inasmuch as no order of detention was entered in cases 2004 CMD 6502 and 2005 CMD 9764, I was illegally detained from February 8, 2006 to March 1, 2006.

8. On my return to the DC Jail on February 8, 2006 I was strip searched.

9. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

10. I did not have any arrest warrants, wants, detainers or warrants as of February 8, 2005.

Date: 3/18/06
City: Washington, DC
DCDC: 196269
PDID: 313295
DOB: 5/30/60

Respectfully submitted,

Maurice Williams
Maurice Williams

1449-500808

0004- 002