UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MARCUS BYNUM, et al.        )
                            )
              Plaintiffs)
                            )
       v.                   )   Civil Action No. 02cv956 (RCL)
                            )
GOVERNMENT OF THE DISTRICT OF )
COLUMBIA, et al.            )
                            )
              Defendant )

### AFFIDAVIT

I, __Carl Barnes__, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I was confined in the DC Jail beginning _____.

2. On __2/15/06__ I went to Court in Superior Court and the Court ordered me released __Time Served__.

3. Instead of being released from the courtroom, I was transported back to the DC Jail to be processed out.

1

1449-500537

0005- 001

4. When I arrived at the DC Jail, I was taken into the DC Jail, and booked back in.

5. As part of the commitment into the DC Jail, I was strip searched.

6. I had to take off all my clothes (the Department of Corrections jumpsuit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

7. They strip searched every single one of us who came in, not just some of us.

8. They also strip searched me on the way out when I was released __Yes__ (yes/no).

9. I was not released until __continuing__.

10. I did not have any other open cases or detainers, wants or warrants as of the day I went to court.

February 22 2006

Respectfully submitted,

_Cal A. Barnes_

2

1449-500538

0005- 002