## Inmate Record

### 278872 - BARNES, CARL



| | |
|---|---|
| Institution: | 12 - CENTRAL DETENTION FACILITY (CDF) |
| Current Location: | RELEASED |
| Record Status: | INACTIVE |
| Booking Number: | 2006-02167 |
| PDID Number: | 503852 |
| Social Security #: | ▮▮▮▮0 |
| US Marshal #: | N/A |
| # Total Bookings: | 9 Booking History |
| Commitment Date: | 02/15/2006 |
| Release Date: | 02/23/2006 |
| Release Type: | X COURT ORDERED RELEASE |
| In Custody Of: | SELF |
| Parole Elig. Date: | 02/18/2006 |
| Short Term Date: | 02/18/2006 |
| Full Term Date: | 02/18/2006 |

### Personal Data

| | | | |
|---|---|---|---|
| Sex: | MALE | Race: | BLACK |
| Birth Date: | ▮▮▮3 | Ethnicity: | AFRICAN AMERICAN |
| Birth Place: | NC | Education: | 12 |
| | | Occupation: | LABEROR |
| Hair: | BLACK | | |
| Eyes: | BROWN | Address: | NO FIXED ADDRESS |
| Weight: | 200 | | WASHINGTON, DC |
| Height: | 6' 7" | | |
| Aliases: | (No Alias SSN's) | (No Alias Names) | |

### Charges

**Charge: 23DC1327A2 - Bail Reform Act -Misd**

| | | | |
|---|---|---|---|
| Case#: | 2005 CMD 012027 | Min Sentence: | 0 yrs 0 mths 90 days |
| Court: | SUPERIOR COURT | Max Sentence: | 0 yrs 0 mths 90 days |
| Offense Date: | 02/15/2006 | Date Sentenced: | 02/15/2006 |
| Date Charged: | 02/15/2006 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | SRAA - SENTENCING REFORM AMENDMENT ACT | Bond Type: | N/A |

**Charge: 22DC3302 - Unlawful Entry**

| | | | |
|---|---|---|---|
| Case#: | 2004 CMD 001715 | Min Sentence: | |
| Court: | SUPERIOR COURT | Max Sentence: | |
| Offense Date: | 11/17/2005 | Date Sentenced: | N/A |
| Date Charged: | 02/15/2006 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | 3 - NOT SENTENCED | Bond Type: | N/A |

**Charge: 22DC404A - Simple Assault**

| | | | | |
|---|---|---|---|---|
| Case#: | 2004 CMD 001757 | | Min Sentence: | |
| Court: | SUPERIOR COURT | | Max Sentence: | |
| Offense Date: | 11/17/2005 | | Date Sentenced: | N/A |
| Date Charged: | 02/15/2006 | | VVCC: | $ N/A |
| Counts: | 1 | | Bond Amount: | $ N/A |
| Disposition: | 3 - NOT SENTENCED | | Bond Type: | N/A |

## Detainers

(No Detainer History)

## Transfer History

| | Date/Time | Institution |
|---|---|---|
| From: | 2/15/2006 1:47:00 PM | INITIAL |
| To: | 2/15/2006 1:47:00 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| | | |
| From: | 2/23/2006 9:03:44 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 2/23/2006 9:03:44 PM | RELEASE |

## Booking History

| Booking# | Committment Date | Release Date | |
|---|---|---|---|
| 2006-06061 | 05/03/2006 | 05/06/2006 | |
| 2006-02898 | 02/28/2006 | 03/08/2006 | |
| 2006-02167 | 02/15/2006 | 02/23/2006 | <<<---Displayed Above |
| 2005-15909 | 11/17/2005 | 12/22/2005 | |
| 2004-03974 | 03/25/2004 | 05/14/2004 | |
| 2004-02580 | 02/25/2004 | 03/23/2004 | |
| 2004-01507 | 02/04/2004 | 02/11/2004 | |
| 2001-01589 | 02/15/2001 | 02/16/2001 | |
| 27887203 | 06/19/1999 | 08/25/2000 | |
| 27887202 | 02/10/1999 | 02/16/1999 | |
| 27887201 | 10/19/1998 | 01/14/1999 | |
| 27887200 | 10/08/1998 | 10/09/1998 | |

*The Washington, DC Department of Corrections updates this information regularly. Therefore, information on this site may not reflect the current location, status, release date or other information regarding an inmate.*

*For additional information, please contact the DC Department of Corrections*

1449-501013

0005.A- 002