UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al., :
:
    Plaintiffs :
: Civil Action No. 06-315 (RCL)
    v. :
:
Government of the District :
Of Columbia, :
:
    Defendant. :

### AFFIDAVIT OF JAMES G. JONES REGARDING OVERDETENTION, STIP SEARCH, AND FILING OF A GRIEVANCE AT THE D.C. JAIL

    I, James G. Jones, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     On February 22, 2006 I appeared before the Honorable Ann O'Regan Keary in the Superior Court for the District of Columbia for an Arraignment Hearing in case 2006-CMD-3682. Judge Keary entered an order releasing me on Personal Recognizance and I was so released.

2.     On April 15, 2006 I was rearrested and appeared before the Honorable Maurice Ross in the Superior Court for the District of Columbia for Presentment in case 2006-CF2-7396. Judge Ross ordered that I be held for 5 business days pursuant to D.C. Code 23-1322(a)(1) (A) and I was stepped back to the District of Columbia Central Detention Facility.

3.     On April 24, 2006 a Preventive Detention Hearing was held in case 2006-CF2-7396 wherein the United States dropped its request that I be detained and the Honorable Ronald Goodbread ordered I be released on Personal Recognizance in said matter. Judge Goodbread did not disturb my conditions of release on case 2006-CMD-3682.

4.     Instead of being taken to the grounds of the D.C. General Hospital and processed out after my release by Judge Goodbread on April 24, 2006, I was transported back to the D.C. Jail, strip searched, and confined at the jail.

5.     I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

**1449-500873**

0006- 001

6. On my return to the D.C. Jail on April 24, 2006 I filed a Grievance by writing a complaint and filing it in the box for such administrative Grievances. My Grievance alleged that I was being overdetained past my date of release. My Grievance also complained that I was strip searched after I had been released. My Grievance was filed on my behalf as well as on behalf of all others who were similarly situated. I signed and dated my Grievance and placed it in the box where such complaints are filed.

7. I was released from the D.C. Jail at approximately 2:00 on the afternoon of April 25, 2006.

8. I did not have any arrest warrants, wants, detainers or warrants after my court appearance before Judge Goodbread on April 24, 2006.

Date: May 4, 2006
City: Washington, D.C. at Superior Court
DCDC: _____
PDID: 336522
DOB: 01/30/1962

James G. Jones        5/4/06

Address: 5732 Southern Ave.
S.E., Wash., D.C.
20019

1449-500874

0006- 002