UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
CARL BARNES, et al.            )
                               )
               Plaintiffs      )
                               )
        v.                     )    Civil Action No. 06-315 (RCL)
                               )
GOVERNMENT OF THE DISTRICT OF  )
COLUMBIA, et al.               )
                               )
               Defendant       )
```

### AFFIDAVIT

I, _Misty Crawford_, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I was confined in the DC Jail beginning _12/20/05_ on a parole matter.

2. On _1/19/06_ I ~~went to Court in Superior Court and the Court ordered me released~~ was due to be released on parole to a halfway house.

3. Instead of being released from the _DC Jail, I was held_ ~~courtroom, I was transported back to the DC Jail to be processed out.~~ until 1/25/06, I was not released to a halfway house, I was released to the street.

1449-500887

0007- 001

4. ~~When I arrived at the DC Jail, I was taken into the DC Jail, and booked back in~~.

5. ~~As part of the commitment into the DC Jail, I was strip searched~~.

6. I had to take off all my clothes (the Department of Corrections jumpsuit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

7. ~~They strip searched every single one of us who came in, not just some of us~~.

8. They also strip searched me on the way out when I was released __1/26/06__ (**yes**/no).

9. I was not released until __1/26/06__.

10. I did not have any other open cases or detainers, wants or warrants as of the day I ~~went to court~~ *was due to be released*, 1/19/06.

Date: __4/29/06__
City: __Wash DC / DC Jail__

Respectfully submitted,

[signature]

2

1449-500888

0007- 002