UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,                  :
                                      :
   Plaintiffs                        :
                                      :   Civil Action No. 06-315 (RCL)
   v.                                 :
                                      :
Government of the District            :
Of Columbia,                          :
                                      :
   Defendants.                        :

## AFFIDAVIT OF TERENCE BARFIELD

     I, Terence Dareen Barfield, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    On December 15, 2005 I appeared before the Honorable Raphael Diaz in D.C. Superior Court in case 2004-FEL-7629. Judge Diaz entered an order that I be held for 5 days as a sanction for violating my conditions of release.

2.    Accordingly, I was taken from Courtroom 301 at D.C. Superior Court and confined at the D.C. Jail on December 15, 2005.

3.    On December 21, 2005 I was transported from the D.C. Jail to D.C. Superior Court where I again appeared before Judge Diaz in case 2006-FEL-7629. At that time, Judge Diaz entered an order that I be released.

4.    After my court appearance before Judge Diaz on December 21, 2005, I was taken to the grounds of the D.C. General Hospital and but not processed out. I waited at that location for many hours then I was informed that Jail Records said that I had a hold and that Jail Records had no Release Form. After waiting many hours, I was taken from the grounds of the D.C. General Hospital back to the D.C. Jail.

1449-500896

0008- 001

5.  On my return to the D.C. Jail on December 21, 2005 I was strip searched. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

6.  After numerous telephone calls from my family to jail records and to my attorney, I was finally released from the D.C. Jail on December 24, 2005.

7.  I was strip searched immediately prior to my release from the D.C. Jail on December 24, 2005. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

8.  I was illegally detained from December 21, 2005 to December 24, 2005.

9.  I did not have any arrest warrants, wants, detainers or warrants as of December 21, 2005.

Date: 5-4-06
City: Washington, DC

Respectfully submitted,

*Terence Barfield*
Terence Barfield

PDID: 514824
DCDC: 289739
DOB: 02/26/1981
SSN: _____
Address: 1322 Congress St SE #8
         20020 Wash, DC

1449-500897

0008- 002