UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al., | : |
| Plaintiffs | : |
| | : Civil Action No. 06-315 (RCL) |
| v. | : |
| Government of the District Of Columbia, | : |
| Defendant. | : |

## AFFIDAVIT OF JUDITH JAMISON

I, Judith Jamison, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.  On January 18, 2006 I was arrested and taken into custody in Washington, D.C. by members of the Metropolitan Police Department pursuant to a warrant issued in case CR05-460 in the United States District Court for the District of Columbia.

2.  I was taken into custody on Wednesday, January 18, 2006 and confined at the D.C. Central Cellblock until Thursday, January 19, 2006 when I was transported to the Superior Court for the District of Columbia. I was held in the H. Carl Moultrie I courthouse all day but did not appear before a judge, magistrate judge or any judicial officer, and I was transported to the D.C. Jail late in the afternoon.

4.  On Friday, January 20, 2006 I was transported from the D.C. Jail to the United States District Court for the District of Columbia where I appeared before the Honorable Magistrate Judge Deborah Robinson for an Initial Hearing in case CR05-460. Magistrate Judge Robinson entered an order that I be released on Personal Recognizance.

5.  I was not immediately released after my Initial Hearing before Magistrate Judge Robinson.

**1449-500907**

**0009- 001**

6.   Instead, on Friday, January 20, 2006 I was transported from the H. Barrett Prettyman courthouse to the D.C. Jail. I was not transported to the D.C. General Hospital facility to be processed out.

7.   I was released from the D.C. Jail on Saturday, January 21, 2006.

8.   I was strip searched prior to my initial entry into Central Cellblock on January 18, 2006, strip searched on my return from D.C. Superior Court to the D.C. Jail on January 19, 2006, strip searched on my return from United States District Court on January 20, 2006 and strip searched prior to my release from the D.C. Jail on January 21, 2006.

9.   During each of the aforementioned strip searches, I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

10.  I did not have any arrest warrants, wants, detainers or warrants as of January 20, 2006.

Date: ~~April~~ May /3, 2006
City: Washington, D.C.
DOB: 9/25/43
SSN:
DCDC: 308-097
PDID: 581522

Respectfully submitted,

*Judith Jamison* (signature)
Judith Jamison

*Janetta Smith* (signature)
Witness

1449-500908

0009- 002