UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,                :
                                    :
    Plaintiffs                      :
                                    :
v.                                  :    Civil Action No. 06-315 (RCL)
                                    :
Government of the District          :
    Of Columbia,                    :
                                    :
    Defendant.                      :

AFFIDAVIT OF ~~JOSEPH JERRELL~~ Joe Jarrell

I, ~~Joseph Jarrell~~ Joe Jarrell, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On 1/19/06 I entered into an agreement with a sanctions based drug treatment program known as the Superior Court Drug Treatment Intervention Program (SCDIP) in connection with case 2005 CMD 12643 in the Superior Court of the District of Columbia.

2. On January 26, 2006 the Honorable Michael Rankin entered an order that I suffer a sanction of 5 days in jail due to an infraction I incurred pursuant to my SCDIP Agreement. Judge Rankin also entered an order that I enter and complete an inpatient drug treatment program as directed by SCDIP and that I be placed into said inpatient drug treatment program directly for the District of Columbia Central Detention Facility (DC Jail), i.e., bed to bed.

3. On February 1, 2006 I completed serving the 5 day sanction imposed by Judge Rankin. SCDIP had secured my admission into an inpatient drug treatment program known as Community Action Group. On the afternoon of February 1, 2006 Melvin Howard, Transportation Coordinator for CAG arrived at the D.C. Jail to transport me to their program. I was taken from my cell to R&D to be processed out but the D.C. Jail Records Office would not authorize my release as their records indicated that no release order had been received from Superior Court. I waited in R&D from the afternoon until 3:00 a.m. when I was returned to a cell

4. It is my understanding from conversations with Mr. Howard that he made a second attempt at picking me up from the D.C. Jail on February 17, 2006 and that the D.C. Jail Records Office refused to release me. And it is my understanding from conversations with Mr. Howard that several subsequent attempts were made through

1449-500930

0010- 001

telephone calls by Mr. Howard to D.C. Jail Records to secure my release from the D.C. Jail to their inpatient drug treatment program but my release was denied.

5.  I contacted my attorney, Joel Davidson, and my SCDIP casemanager. I was transported from the D.C. Jail to the Superior Court for the District of Columbia on February 22, 2006 to appear before the Honorable Michael Rankin. Judge Rankin expressed his frustration and concern that I had not been released to the inpatient program at CAG. Accordingly, Judge Rankin entered an order that I be released from the D.C. Jail immediately and that I report to CAG by 9:00 a.m. the following day, February 23, for admission into their drug treatment program.

6.  I was not taken from Superior Court to the release facility on the grounds of the D.C. General Hospital on February 22, 2006 as ordered by Judge Rankin. Rather, I was taken back to the D.C. Jail and incarcerated.

7.  I was released from the D.C. Jail on February 24, 2006.

8.  I had no open cases, warrants, detainers or other holds on February 1, 2006 such that I was illegally detained at the DC Jail from February 1, 2006 to February 24, 2006.

9.  I was strip searched during my illegal detention from February 1, 2006 to February 24, 2006. I was strip searched after Judge Rankin ordered my immediate release on February 22, 2006 and I was strip searched prior to my release on February 24, 2006. During each strip search, I had to take off all of my clothes. A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

10. My DCDC number is 308172, my Social Security Number is _____ and my date of birth is 3/9/62.

Done this 22 day of April, 2006 at D.C. Superior Court, 500 Indiana Avenue, NW, Washington, DC.

Joseph Jerrell / Joe Jarell

_____
Witness

1449-500931

0010- 002