UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al., : | |
|     Plaintiffs : | |
| : | Civil Action No. 06-315 (RCL) |
| v. : | |
| Government of the District : | |
| Of Columbia, : | |
|     Defendant. : | |

## **AFFIDAVIT OF ROBERT YOUNG**

I, Robert Young, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On February 3, 2006 I was arrested and appeared before the Honorable Magistrate Judge Pamela Diaz in the Superior Court for the District of Columbia for a Presentment Hearing in case 2006-CF2-2109. Judge Diaz entered an order releasing me on Personal Recognizance and I was so released.

2. On March 10, 2006 I was rearrested and appeared before the Honorable Magistrate Judge Aida Melendez in the Superior Court for the District of Columbia for Arraignment in case 2006-CMD-4719. Judge Melendez ordered that I be held for 5 business days pursuant to D.C. Code 23-1322(a)(1) (A) and I was stepped back to the District of Columbia Central Detention Facility.

3. On March 17, 2006 a Preventive Detention Hearing was held in case 2006-CMD-4719 wherein the United States dropped its request that I be detained and the Honorable Magistrate Judge Ronald Goodbread ordered I be released on Personal Recognizance in said matter. Judge Goodbread did not disturb my conditions of release on case 2006-CF2-2109.

4. Instead of being taken to the grounds of the D.C. General Hospital and processed out, I was transported back to the D.C. Jail and confined at the jail.

5. My attorney, Anna VanCleave of the Public Defender Service, made telephone calls to the D.C. Jail Records office regarding my continued incarceration and was informed that Jail Records had no record of an order of release in case 2006-CF2-2109. Ms. VanCleave was further informed that the D.C. Jail would continue to hold me until a release order was obtained in case 2006-CF2-2109 (although no order of detention was ever entered in 2006-CF2-2109).

6. On March 28, 2006 Ms. VanCleave filed an entirely superfluous motion to the Honorable John Mott that the Court enter an order releasing me in case 2006-CF2-2109 and that a copy of said order be faxed to D.C. Jail Records Office. Judge Mott granted this relief.

7. I was released from the D.C. Jail on March 28, 2006.

8. I was illegally incarcerated at the D.C. Jail for eleven days, from March 17, 2006 to March 28, 2006.

9. After Judge Goodbread ordered my release in case 2006-CMD-4719 on March 17, 2006 I was not taken to D.C. General Hospital facility to be processed out, rather I was taken back to the D.C. Jail and strip searched.

9. I was also strip searched prior to my release from the D.C. Jail on March 28, 2006.

10. On each occasion, I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

11. I did not have any arrest warrants, wants, detainers or warrants as of March 17, 2006.

Date: April 22, 2006
City: Washington, D.C. at Superior Court
DCDC: 193131
PDID: 298341
DOB: 6/22/60

_____
Robert Young

_____
Witness

1449-500964

0011- 002