UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al., :
:
    Plaintiffs :
:
: Civil Action No. 06-315 (RCL)
    v. :
:
Government of the District :
Of Columbia, :
:
    Defendants. :

## AFFIDAVIT OF MARCELLOUS SUMMERS

    I, Marcellous Summers, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On Thursday, February 2, 2006 I was presented in D.C. Superior Court in case 2006-FUG-311 as a fugitive from state of Maryland. I waived my right to an extradition hearing and a judicial officer entered an order that I be held for 3 business days for the demanding jurisdiction to pick me up from the District of Columbia Central Detention Facility.

2. Accordingly, I was taken from the courtroom at D.C. Superior Court and confined at the D.C. Jail on February 2, 2006.

3. On Tuesday, February 7, 2006 I was transported from the D.C. Jail to D.C. Superior Court but I did not appear before a judicial officer. I was returned to the D.C. Jail.

4.   An order of release was entered on February 7, 2006 in my case.

5.   I was released from the D.C. Jail on February 13, 2006.

6.   I was illegally detained from February 7, 2006 to February 13, 2006.

7.   On my return to the D.C. Jail from D.C. Superior Court on February 7, 2006 I was not taken to the grounds of D.C. General Hospital and processed out. Rather, I was taken back to the D.C. Jail and strip searched.

8.   ~~I was also strip searched prior to my release on February 13, 2006.~~ MS

9.   I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

10.  I did not have any arrest warrants, wants, detainers or warrants as of February 7, 2006.

Date: May 10, 2006
City: _____
DCDC: _____
DOB: 3/27/1976

Respectfully submitted,

*Marcellous Summers*
Marcellous Summers

1449-500994

0012- 002