UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al., :
:
    Plaintiffs :
: Civil Action No. 06-315 (RCL)
    v. :
:
Government of the District :
Of Columbia, :
:
    Defendant. :

### AFFIDAVIT OF ANTONIO HARRIS

    I, Antonio Harris, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    On January 6, 2006 I appeared before the Honorable Ann O'Reagan Keary in the Superior Court for the District of Columbia in case 2005-CMD-5662 and entered a guilty plea. Judge Keary entered an order sentencing me to 30 days in jail with credit for time served in that case. At that time, I also entered a guilty plea in case 2005-CMD-13645 and Judge Keary suspended execution of sentence and imposed a term of probation. I was stepped back to the District of Columbia Central Detention Facility.

2.    By the time of my sentencing on January 6, 2006 in case 2005-CMD-5662, I had already served 30 days in jail in that case such that I should have been released immediately. I was held in the jail on a $1,000 bond from 8/19/05 to 8/26/05. I served a Drug Court sanction at the jail followed by detention at the jail awaiting placement in an inpatient drug treatment program from 10/18/05 to 11/1/05. Lastly, I was held without bond at the jail from 12/31/05 to 1/6/06.

3.    Instead of being taken to the grounds of the D.C. General Hospital and processed out after my sentencing on January 6, 2006, I was transported back to the D.C. Jail and confined at the jail.

4.    My attorney, Nancy Allen, made telephone calls to the chambers of Judge Keary regarding my continued incarceration. On January 26, 2006 Judge Keary entered release orders in cases 2005-CMD-5663 and 2005-CMD-13645.

5.    I was released from the D.C. Jail on January ~~26~~ 28 *A.H.*, 2006.

6.    I was illegally incarcerated at the D.C. Jail for ~~20~~ 22 *A.H.* days, from January 6, 2006 to January ~~26~~ 28 *A.H.*, 2006.

1449-501001

0013- 001

7.   After Judge Keary sentenced me on January 6, 2006 I was not taken to D.C. General Hospital facility to be processed out, rather I was taken back to the D.C. Jail and strip searched.

8.   I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

9.   I did not have any arrest warrants, wants, detainers or warrants as of January 6, 2006.

Date: May 24, 2006
City: Washington, D.C. at the DC Jail
DCDC: 306319
PDID: 423825
DOB: 1/25/67

_____
Antonio Harris

_____
Witness

1449-501002

0013- 002