UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al., :
:
    Plaintiffs :
: Civil Action No. 06-315 (RCL)
    v. :
:
Government of the District :
Of Columbia, :
:
    Defendant. :

## AFFIDAVIT OF QUENTA ENNIS

    I, Quenta Ennis, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     On October 31, 2005 I appeared before the Honorable Jeanette Clark in the Superior Court for the District of Columbia in case 2005-CMD-8957 and entered a guilty plea. Judge Clark entered an order sentencing me to Time Served in said matter.

2.     Also, on October 31, 2005 I was being held without bond in case 2004-FEL-2351. My attorney, Charles Daum, filed a motion to amend my conditions of release and on October 31, 2005 the Honorable Harold Cushenberry held a Bond Review Hearing and entered an order releasing me on Personal Recognizance in case 2004-FEL-2351..

3.     Instead of being taken to the grounds of the D.C. General Hospital and processed out after my sentencing and bond review hearings on October 31, 2005, I was transported back to the D.C. Jail and confined at the jail.

4.     I was released from the D.C. Jail on November 4, 2005.

5.     I was illegally incarcerated at the D.C. Jail from October 31, 2005 to November 4, 2005.

6.     After Judge Clark sentenced me to time served and Judge Cushenberry released me on Personal Recognizance on October 31, 2005 I was not taken to D.C. General Hospital facility to be processed out, rather I was taken back to the D.C. Jail and strip searched.

7.     I was again strip searched immediately prior to my release on November 4, 2005.

8.   In both instances on October 31 and November 4, 2005, I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks. I had to open my mouth. A guard looked in my mouth. I had to stand naked and a guard visually examined my entire body, front and back.

9.   I did not have any arrest warrants, wants, detainers or holds of any kind after my court appearances on October 31, 2005.

Date: May 21, 2006
City: Washington, D.C. at the DC Jail
DCDC: 294987
PDID: 497330
DOB: 5/19/80

*Quenta Ennis*
Quenta Ennis

*Ralph Robinson*
Witness

1449-501004

0014- 002