# EXHIBIT 0015
# RESERVED