UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al., :
:
   Plaintiffs :
:
         v. :   Civil Action No. 06-315 (RCL)
:
Government of the District :
Of Columbia, :
:
   Defendant :

### Affidavit of Anthony Howe

   I Anthony Howe, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I was arrested and released on Personal Recognizance on January 2, 2006 in case 2006-CMD-8 in the Superior Court for the District of Columbia.

2. On January 12, 2006 I was arrested again and held without bond for 6days in case 2006-CMD-394 pending a Detention Hearing in that matter.

3. On January 18, 2006 the Honorable Ronald Goodbread held a Detention Hearing in case 2006-CMD-394 and released me on Personal Recognizance in said matter. Judge Goodbread did not disturb my release conditions in case 2006-CMD-8 such that I remained on Personal Recognizance in that matter.

4. After my court appearance and release on Personal Recognizance on January 18, 2006 I was not taken from Superior Court to the grounds of the D.C. General Hospital and processed out. Rather, I was held at D.C. General until late in the evening then brought to the D.C. Jail where I was strip searched and incarcerated.

1449-501008

0016- 001

5. During the strip search on January 18, 2006 I was forced to remove all of my clothing (an orange DOC issued jail jumpsuit) and stand naked before a DOC officer. I was forced to lift my genitals so the DOC officer could look under my genitals. I was forced to open my mouth so the DOC guard could look inside of my mouth. I was forced to lift my butt cheeks and squat so the DOC guard could examine my butt.

6. I was detained at the D.C. Jail until my release from the jail at approximately 7:00 p.m. on January 20, 2006.

7. I was illegally detained at the D.C. Jail for 2 days, from January 18, 2006 to January 20, 2006.

8. I had no arrest warrant, detainers, wants or holds of any kind after my appearance before Judge Goodbread on January 18, 2006.

5/22/06
Date

Anthony Howe

City: Washington, DC
DCDC: 197488
PDID 322623
DOB: 10/14/55
SSN: _____

1449-501009

0016- 002