UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al., | : |
| Plaintiffs | : |
| | : Civil Action No. 06-315 (RCL) |
| v. | : |
| Government of the District Of Columbia, | : |
| Defendants. | : |

## AFFIDAVIT OF PERCIVAL PENDERGRASS

I, Percival Pendergrass, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On August 31, 2005 I was sentenced to serve 45 days in jail, consecutive to any other sentence, in case M-3197-04 in the Superior Court of the District of Columbia.

2. The Parole Board also imposed a one month term of incarceration for the parole violation. I was confined at the D.C. Jail on September 19, 2005 and transferred by the United States Bureau of Prisons to Big Sandy, Kentucky until completion of sentence on November 3, 2005.

3. On said date, I was released by the Bureau of Prisons to a detainer issued by the District of Columbia Department of Corrections in connection with the sentence of 45 days imposed in case M-3197-04.

4. I reentered the District of Columbia Central Detention Facility on November 14, 2005.

5. I was released from said facility on November 23, 2005 after the intercession of a Corrections Officer, Corporal Grimes, who noted the overdetention and took immediate action to have me released.

6.   My release date was November 3, 2005. However, I was released on November 23, 2005.

7.   As part of my commitment and entry into the DC Jail on or about November 14, 2005, I was strip searched.

8.   As part of my release from the DC Jail on November 23, 2005, I was strip searched.

9.   I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

10.   I did not have any other open cases or valid detainers, wants, or warrants as of November 3, 2005.

Date: 2/25/06
City: Washington DC
DCDC: 232947
PDID: 396324
DOB: 2/23/54

Respectfully submitted,

*Percival Pendergrass*
Percival Pendergrass

1449-500720

0017- 002