UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,              :
                                  :
    Plaintiffs                    :
                                  :   Civil Action No. 06-315 (RCL)
    v.                            :
                                  :
Government of the District        :
Of Columbia,                      :
                                  :
    Defendants.                   :

## AFFIDAVIT OF DENARD HAWKINS

I, Dernard Hawkins, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On November 30, 2005 the Honorable John Bayly issued a Warrant for my arrest for failing to appear for a hearing to Show Cause why my probation should not be revoked in case 2002 FEL 1451.

2. On February 15, 2006 Judge Bayly entered an Order quashing said Arrest Warrant and vacating said Order to Show Cause in case 2002 FEL 1451.

3. I was detained at the Alexandria, Virginia, Detention Center on February 15, 2006. Instead of being released on February 15, 2006 I was taken by the US Marshal's Service from the Alexandria Jail to the D.C. Jail and held in confinement at the DC Jail from February 15, 2006 until my release on February 22, 2006.

1449-500584

0018- 001

4. I was illegally detained at the DC Jail by the DC Department of Corrections from February 15, 2006 to February 22, 2006.

5. On my return to the DC Jail on February 15, 2006 I was strip searched.

8. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

9. I did not have any open cases, arrest warrants, wants, detainers or warrants as of February 15, 2005.

Date: 3/22/06
City: Washington, DC
DCDC: 281828
PDID: 446427
DOB: 7/18/66

Respectfully submitted,

*Dernard Hawkins, Sr.*
Dernard Hawkins