UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al.,                :         | |
|         Plaintiffs                  :         | |
| v.                                  :         | Civil Action No. 06-315 (RCL) |
| Government of the District          :         | |
|    Of Columbia,                     :         | |
|         Defendant.                  :         | |

## AFFIDAVIT OF JEANETTE GRAY

I, Jeanette Gray, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.   I entered a plea of guilty to one count of Bail Reform Act violation in case 2004CMD 8853, one count of Sexual Solicitation in case 2005CMD8426 and one count of sexual Solicitation in case 2005CMD8471 on February 9, 2006 in the Superior Court for the District of Columbia. In exchange for my guilty pleas, the government agreed to dismiss cases 2006CMD1587 and 2006CMD1524 entirely.

2.   On February 23, 2006 the Honorable Ann O'Reagan Keary entered a sentence of 5 days in jail, consecutive, in case 2004CMD8853 and a sentence of 5 days in jail, consecutive, in case 2005CMD8426. And Judge Keary entered an order sentencing me to 180 days in jail, execution of sentence suspended as to all and placed me on probation for one year with the condition that I enter and complete an inpatient drug treatment program as directed by Court Services Offender Supervision Agency (CSOSA) in case 2005CMD8471 and that I be placed into said inpatient drug treatment program directly for the District of Columbia Central Detention Facility (DC Jail), i.e., bed to bed. Lastly, Judge Keary ordered that I be held at the DC Jail until CSOSA placed me into an inpatient drug treatment program.

3.   On March 20, 2006 Correctional Officers as well as personnel from CSOSA and Safe Haven informed me that on or about said date CSOSA secured my admission into an inpatient drug treatment program known as Safe Haven Outreach Program (Safe Haven) and that personnel from Safe Haven contacted the DC Jail Records office by telephone to arrange for my transfer from the DC Jail to Safe Haven as ordered by Judge Keary and arranged by CSOSA. I was further informed that DC Jail Records would not authorize my release as their records indicated that cases 2006CMD1524 and 2006CMD1587 were still open and that I was being held without bond in said cases.

1449-500839

0019- 001

4. I contacted my attorney and my CSOSA/Probation Officer and I was transferred from the DC Jail to Safe Haven on March 31, 2006 by Maurice Harrison, transportation coordinator for Safe Haven. I am currently in the Safe Haven inpatient program.

5. I had no open cases, warrants, detainers or other holds on March 20, 2006 such that I was illegally detained at the DC Jail from March 20, 2006 to March 31, 2006.

6. ~~I was strip searched during my illegal detention from March 20, 2006 to March 31, 2006 and I was strip searched prior to my release on March 31, 2006. I had to take off all of my clothes. A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.~~

7. My DCDC number is 193814, my Social Security Number is             and my date of birth is October 12, 1957.

Done this 19 day of April, 2006 at Safe Haven, 1140 N. Capitol Street, NW Washington, DC.

_Jeanette Gray_ (signature)
Jeanette Gray

_____
Witness

1449-500840

0019- 002