UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,        :
                            :
    Plaintiffs              :
                            :
                            :   Civil Action No. 06-315 (RCL)
    v.                      :
                            :
Government of the District  :
Of Columbia,                :
                            :
    Defendant.              :

## AFFIDAVIT OF WILLIAM BUNN

I, William Bunn, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On January 24, 2006 I appeared before the Honorable Raphael Diaz in the Superior Court for the District of Columbia for a Bench Warrant Return Hearing in case 2005-FEL-6721. Judge Diaz entered an order that I be held without bond in said case. I was incarcerated at the D.C. Jail.

2. On February 6, 2006 Judge Diaz entered an order that I be held on a $500.00 cash or surety bond in case 2005-FEL-6721. My family posted said $500.00 bond on February 13, 2006.

3. Instead of being taken to the grounds of the D.C. General Hospital and processed out, I remained incarcerated at the D.C. Jail.

4. I was released from the D.C. Jail on February _15_, 2006. at 9:00 pm

5. I was illegally incarcerated at the D.C. Jail for _2_ days, from February 13, 2006 to February _15_, 2006.

6. ~~I was also strip searched prior to my release from the D.C. Jail on February ___, 2006.~~

7. ~~I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.~~

8. I did not have any arrest warrants, wants, detainers, wants, warrants, or open cases as of February 13, 2006.

1449-500949

0020- 001

Date: April 23, 2006
City: Washington, D.C. at the D.C. Jail
DCDC: 215103
PDID:
DOB: 4/1/64
SSN:

_____
William Bunn

_____
Witness

**1449-500950**

0020- 002