UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al., | : |
| Plaintiffs | : |
| | : Civil Action No. 06-315 (RCL) |
| v. | : |
| Government of the District Of Columbia, | : |
| Defendant. | : |

### AFFIDAVIT OF RICARDO LUZANO

I, Ricardo Luzano, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On January 13, 2006 I was arrested on bench warrants issued by the Honorable Thomas Motley in D.C. Superior Court in cases 2003-CMD-6460 and 2003-FEL-6464 for failing to appear for Show Cause Hearings in said matters. I was held without bond in both cases.

2. On February 10, 2006 I appeared before Judge Motley in the Superior Court for the District of Columbia for Show Cause Hearings in cases 2003-CMD-6460 and 2003-FEL-6464. Judge Motley revoked my probation in both cases and entered a resentence of 50 days in jail, consecutive, in case 2003-CMD-6460 and a resentence of 70 days in jail in case 2003-FEL-6464.

3. Accordingly, I had to serve a total of 120 days in jail in said matters and, with credit for time served from the sentence of Judge Motley imposed on July 15, 2004, I should have been released from jail on May 3, 2006.

4. I was not released from the DC Jail on May 3, 2006. I was released from the D.C. Jail on May 12, 2006.

5. I was illegally incarcerated at the D.C. Jail for 9 days, from May 3, 2006 to May 12, 2006.

6. I did not have any arrest warrants, wants, detainers or holds of any kind as of May 3, 2006.

Date: May 22, 2006
City: Washington, D.C.

DCDC: 299543
PDID: 542476
DOB: 6/24/83

_Ricardo Luzano_
Ricardo Luzano

1449-501011

0021- 002