UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al., :
:
    Plaintiffs :
:
    v. : Civil Action No. 06-315 (RCL)
:
Government of the District :
Of Columbia, :
:
    Defendant. :

## AFFIDAVIT OF ALVIN SCOTT

    I, Alvin Scott, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    On May 3, 2006 I appeared before the Honorable James Boasberg in the Superior Court for the District of Columbia in cases 2005-FEL-4661 and 2005-FEL-6739 for sentencing on three counts. Judge Boasberg entered an order sentencing me to Time Served in one count and placed me on Probation in the remaining two counts in said matters.

2.    At the time of my sentencing on May 3, 2006, I was being held by the DC Department of Corrections in the Hope Village Halfway House in said matters. After sentencing on May 3, 2006 I returned to the halfway house but was not released. I was detained at the Hope Village Halfway House then at the Greater Southeast Community Hospital in Washington, DC. I remained in the custody of the Department of Corrections while at the hospital.

3.    I remained in the custody of the Department of Corrections until May 8, 2006, when I was released by the Department of Corrections from Greater Southeast Community Hospital.

4.    I was illegally incarcerated by the Department of Corrections for 5 days, from May 3, 2006 to May 8, 2006.

5.    I did not have any arrest warrants, wants, detainers or holds of any kind after my court appearance before Judge Boasberg on May 3, 2006.

Date: May 22, 2006
DCDC: 307447
PDID: 576729
DOB: 2/6/55

1449-501014

0022- 001

*[signature]*
Alvin Scott
725 Princeton Place, NW
Washington, D.C.

1449-501015

0022- 002