# Plaintiffs' Exhibit # 24

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:   06-315 (RCL)<br><br>Next Event: None scheduled |

## AFFIDAVIT OF WILLIAM CLAIBORNE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

1.     My name is William Claiborne. I represent and I am counsel for the named plaintiffs and the putative class in this case, Barnes v. Government of the District of Columbia, 06-315 (RCL).

2.     This affidavit is in support of plaintiffs' motion for class certification.

### Training And Experience

3.     I am an attorney licensed to practice in the State of Georgia (admitted to bar in 1988) and the District of Columbia (admitted to bar in 1995). I am a sole practitioner and maintain offices at 717 D Street, NW, Suite 210, Washington, DC 20004-2813, phone 202/824-0700, fax 202/824-0745.

1

1449-501028

0024- 001

4.    In 1984 I received a B.A. in Greek and Latin from St. Louis University, St. Louis, Missouri (Phi Beta Kappa). I graduated magna cum laude from the University of Georgia Law School in 1987.

5.    I clerked for Justice George T. Smith of the Supreme Court of Georgia after my first year of Law School, and I clerked for Justice Albert Rendlen of the Missouri Supreme Court after Law School (1987-1988).

6.    From 1988 to 1990 I was an associate in corporate and international banking at Shaw, Pittman in Washington, D.C. From 1994 I practiced in Taipei, Taiwan in the offices of Ding Mao Song. The majority of the practice involved representing Taiwan governmental entities such as Taiwan Power (the island's only utility) and DORTS (an agency responsible for constructing and operating a mass transit light rail system) in contract disputes with U.S. and European vendors. The practice was directly relevant to litigation because it involved evaluating claims and preparing them for arbitration subject to New York law.

7.    In 1994/1995 I was an associate at Skadden, Arps in the New York/ Beijing offices representing lenders in project finance transactions and representing independent power producers in establishing plants in Mainland China. The practice involved drafting and negotiating documents for the financing of power plants. The practice was directly relevant to complex federal litigation because a typical financing document involved 20-30 parties and 150-160 exhibits.

8.    I am on the CJA panel for the Superior Court of the District of Columbia. In 1998 I attended a two week trial college at the National Criminal Defense College through Mercer Law School in Macon Georgia. I am on the CJA panel for the Superior Court of the District of Columbia. I have tried over 35 bench and jury trials over the past 15 years. This year, the CLE classes I have attended include: (1) 41st Annual Deborah T. Creek Criminal Practice Institute (CPI) conference District of Columbia Public Defender Service all day seminar of criminal defense law, (2) Advanced E-Discovery Institute: Practical Concerns, Pragmatic Advice, Emerging Trends 2005, offered by Georgetown Univ. Law Center, (3) Annual Litigation Under § 42 U.S.C. 1983 Skills Seminar on December 9, 2005 in Atlanta, Georgia sponsored by the Institute of Continuing Legal Education in Georgia (speaker also), (4) District of Columbia NACDL Rites of Spring, (5) Georgetown

1449-501029

0024- 002

University Law Center's 24th Annual Section 1983: Civil Rights Litigation on April 20-21, 2006.

9.     Since 1995 I have been in private practice in the District of Columbia representing plaintiffs in civil rights and personal injury cases and defendants in criminal cases. My practice over the last 5-6 years is devoted mainly to complex federal civil rights litigation.

10.    I have tried over 35 bench and jury trials over the past 10 years.

Academic

11.    I delivered two sections (overdetentions and strip searches) at the Annual Litigation Under § 42 U.S.C. 1983 Skills Seminar on December 9, 2005 in Atlanta, Georgia sponsored by the Institute of Continuing Legal Education in Georgia. Participants who attend the whole seminar received CLE credits and I received CLE credits for the written materials I presented.

Experience litigating complex federal cases including civil rights cases

PENDING AND SETTLED CLASS ACTION CASES IN WHICH I AM LEAD/MANAGING COUNSEL

Bynum v. District of Columbia, 02-956 (RCL) (plaintiffs challenge DC Jail's practice of overdetaining inmates past their release dates and DC Jail's practice of returning court returns entitled to release by virtue of their court appearances to DC Jail solely for out-processing and subjecting them to blanket strip and visual body cavity searches before releasing them)(both classes certified)

Elliott v. Smart Professional Photocopy Corp., 02ca3321 (Judge Rankin, District of Columbia Superior Court) (consumer rights) (settled and approved)

Ford v. ChartONE, Inc., 02ca1331 (Judge Blackburne Rigsby, District of Columbia Superior Court) (consumer rights)(pending)

Petersan v. ChartONE, Inc., 03ca8328 (Judge Terrell, District of Columbia Superior Court) (consumer rights)(pending)(representative action, DC version of California's 17200) (pending)

1449-501030

0024- 003

Johnson v. District of Columbia, 02-2364 (RMC) (plaintiffs challenge District of Columbia's and Marshals' practice of strip searching all women arrestees taken to Superior Court for presentment)(defendants stopped practice and case in mediation)

SOME SETTLED AND PENDING CIVIL RIGHTS CASES AND COMPLEX FEDERAL CASES

Carter v. District of Columbia, 01-cv-1050(GK)(JMF) (false arrest, first amendment retaliation, § 1983)

Horn v. District of Columbia, 2001cv225(GK)(DAR) (false arrest, illegal search, § 1983)(challenges District of Columbia MPD's practice of conducting field intimate body strip searches of suspects and arrestees where officers touch genitalia and anus with hands)

Moore v. Howard University, 2cv728(RWR) (sexual harassment, § 1983) (pending before Judge Roberts in District of Columbia District Court)

Doe v. District of Columbia, 02-342, (school principal and teachers took schoolchildren to DC Jail and instructed guards to subject children to strip and visual body cavity searches)

Walker v. Metiver and District of Columbia, 99ca6954 (police shooting)

Taylor v. AMTRAK, 99ca9067 (police shooting)

Robinson v. AMTRAK, 01cv705(CKK) (false arrest, excessive force)

Elliott v. Barham, et al., 00cv2047A (Eastern District of Virginia) (medical malpractice, dismissed pursuant to confidential agreement)

Smith v. Perry and District of Columbia, 2000cv199(GK) (false arrest, excessive force, settled for $195,000)

Newby v. District of Columbia, 98cv429 (SS, CKK), (Judge Sporkin granted directed verdict for plaintiff at close of all evidence on all claims including § 1983 municipal liability claim)

Pryor v. District of Columbia, 98cv419 (SS,GK) (settled)

1449-501031

0024- 004

<u>Williams v. District of Columbia</u>, 98cv829 (CKK) (settled)

<u>Whitmore v. Virginia, E. D. Va. C.A. 96-980-A</u>, (§ 1983/religious discrimination case, unwanted proselytizing by co-workers, treatment by co-workers rendered plaintiff's previously a-symptomatic schizophrenia symptomatic)

<u>Doe v. The MEGA Life and Health Insurance Co.</u>, 96 CV 02236 (TPJ)(Bad faith insurance claim for denial of claim of plaintiff for hospital and medical expenses incurred as a result of suicide attempt)

OTHER COMPLEX CASES

<u>Young v. FST Enterprises (McDonald's)</u>, (D.C. Superior Court). Lead counsel, premises liability. Plaintiff was young woman who witnessed execution style murder of 3 co-workers in robbery at fast food restaurant that caused her severe emotional damages and post traumatic stress syndrome. Case dismissed pursuant to confidential agreement.

<u>United States v. Evans</u>, involuntary intoxication defense to domestic violence charges based on reactions of a bi-polar police woman to steroid based asthma medication.

    I, William Claiborne, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 24, 2006.

                        ___/sig/_____
                        WILLIAM CLAIBORNE
                        D.C. Bar # 446579
                        717 D Street, NW
                        Suite 210
                        Washington, DC 20004
                        Phone 202/824-0700
                        Fax 202/824-0745