UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL BARNES et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:  06-315 (RCL)<br><br>Next Event: None scheduled |

## AFFIDAVIT OF RALPH D. ROBINSON IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

1.  My name is Ralph D. Robinson. I represent and I am counsel for the named plaintiffs and the putative class in this case, Barnes v. Government of the District of Columbia, 06-315 (RCL).

2.  This affidavit is in support of plaintiffs' motion for class certification.

### Training And Experience

3.  I am an attorney licensed to practice in the State of Virginia (admitted to the bar in 1992) and the District of Columbia (admitted to the bar in 1995). I am a sole practitioner and maintain offices at 8160 Skelton Circle, Falls Church, Virginia 22042, phone and fax (703) 846-0596, email ralph_29104@msn.com.

4.  In 1987 I received a B.S. in Business Administration from George Mason University in Fairfax, Virginia. In 1992 I received a J.D. from George Mason University School of Law in Arlington, Virginia with a concentration in the study of corporate and securities law in the Corporate Law Track.

5.  During my third year of law school (1991-1992) I clerked for Robert G. Mayer, of the firm of Mayer, Skoro and Scanlan, a Chapter 7 Bankruptcy Trustee with offices in Fairfax. After bar admittance, I was an associate for Mr. Mayer for one year. Mr. Mayer's practice focused exclusively on debtor/creditor civil litigation, mostly Bankruptcy law involving a wide range of cases, from simple individual consumer Chapter 7 liquidations to complex, extended Chapter 11 reorganizations for large estates and business associations. Mr. Mayer currently sits as a Bankruptcy Judge in the Eastern District of Virginia, Alexandria Division.

6.  Since 1995 I have been in private practice in the District of Columbia representing indigent defendants in criminal litigation in the Superior Court of the District of Columbia. I am on the United States Panel. I have been involved in the Community Court program in Superior Court since its inception and most of my current practice is in Community Court. Since 2003 I have served as Secretary on the Board of the Superior Court Trial Lawyers Association.

7.  I have tried between 100 and 150 bench and jury trials over the past 10 years, mostly felony II cases and misdemeanors. I recently tried a lengthy co-defendant felony I case (United States v. Keith Donaldson, 2005-FEL-1170, co-defendants U.S. v. Harry Ellis 2005-FEL-1031, 2003-FEL-1467, and U.S. v. Lamiek Fortson, 2003-FEL-6148) charging homicide and conspiracy to obstruct justice before the Honorable Erik Christian in Superior Court.

I, Ralph D. Robinson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 24, 2006.

_Ralph D. Robinson_
RALPH D. ROBINSON
D.C. Bar # 441797
8160 Skelton Circle
Falls Church, Virginia 22042
Phone/Fax (703) 846-0596