UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:   **06-315 (RCL)**<br><br>Next Event: None scheduled |

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

PROPOSED ORDER

Upon consideration of Plaintiffs' motion, and Defendant District of Columbia's opposition, if any, in the above captioned case, and all arguments supporting and in opposition to said motion, the Court finds that plaintiffs have established that they meet the prerequisites for class certification of Rule 23(a) of the Federal Rules of Civil Procedure and that plaintiffs have established that the class is properly certified pursuant to Rule 23(a) and Rule 23(b)(2) of the Federal Rules of Civil Procedure.  Accordingly, it is hereby ORDERED that plaintiffs' motion for class certification is GRANTED; it is

FURTHER ORDERED that a class is CERTIFIED; it is

FURTHER ORDERED that this action may be maintained as a class action pursuant to Federal Rule of Civil Procedure 23(b)(2) and Carl A. Barnes, Dernard Hawkins, David Peterson, Toney James Malloy and Maurice Williams (the "Overdetained Named Plaintiffs") are certified as the proper representatives of the class consisting of each person:

> (a) Each person who has been, is, or in the future will be incarcerated in any District of Columbia Department of Corrections facility from September 1, 2005 forward; and
>
> (b) who was not released, or, in the future, will not be released by midnight on the date on which the person is entitled to be released by court order or the date on which the basis for his or her detention has otherwise expired.

FURTHER ORDERED that this action may be maintained as a class action pursuant to Federal Rule of Civil Procedure 23(b)(2) and Carl A. Barnes, David Peterson, Toney James Malloy and Maurice Williams (the "Strip Search Named Plaintiffs") are certified as the proper representatives of the class consisting of each person who was, or in the future will be, from September 1, 2005, forward: (i) in the custody of the Department of Corrections; (ii) taken to court from a Department of Corrections facility; (iii) ordered released by the court or otherwise became entitled to release by virtue of the court appearance because the charge on which he had been held was no longer pending or was dismissed at the hearing, was ordered released on his own recognizance, or had posted bail, was sentenced to time served, was acquitted or was otherwise entitled to release; (iv) was not the

subject of any other pending case or cases which imposed any condition of release other than personal recognizance; (v) was not the subject of any detainer or warrant; (vi) was returned from court to the DC Jail or CTF or other District facility, to be processed out of Department of Corrections custody; and (vii) was subjected to a strip search and/or visual body cavity search without any individualized finding of reasonable suspicion or probable cause that he was concealing contraband or weapons; before being released, regardless of whether he was overdetained.

FURTHER ORDERED that William Claiborne and Barrett Litt and Ralph Robinson shall serve as class counsel.

                                                        _____
                                                        Judge Royce C. Lamberth
                                                        United States District Court Judge

copies to:

Counsel for Plaintiffs
William Claiborne
717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745

Barrett S. Litt
Ralph Robinson

Robert J. Spagnoletti
Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General
Civil Litigation Division
[Richard S. Love
Chief, Equity I
Maria C. Amato
Senior Assistant Attorney General]
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
Phone 202/724-6642
Fax: 202/727-0431
Counsel for District of Columbia