UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CARL A. BARNES, *et. al.*,          )
                                    )
            Plaintiffs,             )
                                    )   Case Number:  06-315 (RCL)
        v.                          )   Judge: Royce C. Lamberth
                                    )   Date: June 6, 2006
DISTRICT OF COLUMBIA                )
                                    )
            Defendant.              )
_____)

## PRAECIPE  OF APPEARANCE

The Clerk of the Court will please ENTER the appearance of Assistant Attorney General Denise J. Baker, Esquire, Office of the Attorney General, as counsel for defendant, District of Columbia in the above-captioned matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE,
D.C. Bar No. 340455,
Assistant Attorney General,
District of Columbia
Chief, Equity I

>             _____/s/_____
> BY:   DENISE J. BAKER [493414]
>       Assistant Attorney General
>       Equity I Section
>       Civil Litigation Division
>       441 4th Street, N.W.
>       Washington, DC 20001
>       (202) 442-9887

CERTIFICATE OF SERVICE

I, hereby certify that on this 6th day of June 2006 I have sent a true copy of this Notice of Entry of Appearance by ECF filing to:

William Claiborne
717 D Street, NW
Suite 210
Washington, DC  20004

>       \_\_\_\_\_/s/_____
> Denise J. Baker
> Assistant Attorney General