UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CARL A. BARNES, *et. al.*,          )
                                    )
         Plaintiffs,                )
                                    )   Case Number:  06-315 (RCL)
         v.                         )   Judge: Royce C. Lamberth
                                    )   Date: June 6, 2006
DISTRICT OF COLUMBIA                )
                                    )
         Defendant.                 )
_____ )

DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. Pro. 6 (b) (1), the Defendant, District of Columbia (hereinafter the "District"), by counsel, hereby respectfully requests an enlargement of time – to July 7, 2006 – to respond to the complaint herein.

1.  Plaintiffs filed their class action complaint on February 23, 2006, an Amended Complaint on February 24, 2006, and a return of service dated May 21, 2006. On May 24, 2006, Plaintiffs' filed a Motion to Amend/Correct the Amended Complaint.

2.  Defense counsel, Denise J. Baker, was already scheduled to be on leave from June 7-18, 2006 and requested and extension of time to answer or otherwise respond from the Plaintiffs' counsel shortly after the Complaint was received in this Office.

3.  Counsel for Defendant obtained consent from Plaintiffs' counsel prior to filing the instant motion to extend the time for answering the Complaint or otherwise responding to July 7, 2006.

4. Additional time is needed to properly investigate and research the allegations raised in the complaint and to prepare an appropriate response. This request is not submitted for the purpose of creating delay and plaintiffs will not be prejudiced by this requested enlargement.

WHEREFORE, an enlargement of time to respond to the complaint – to July 7, 2006 – is respectfully requested of this court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE,
D.C. Bar No. 340455,
Assistant Attorney General,
District of Columbia
Chief, Equity I

_____/s/_____
BY:   DENISE J. BAKER [493414]
Assistant Attorney General
Equity I Section
Civil Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 442-9887

CERTIFICATE OF SERVICE

I, hereby certify that on this 6th day of June 2006 I have sent a true copy of Defendant's Motion to Extend Time to Answer or Otherwise Respond by ECF filing to:

William Claiborne
717 D Street, NW
Suite 210

Washington, DC  20004

_____/s/_____
Denise J. Baker
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CARL A. BARNES, *et. al.*,                  )
                                            )
       Plaintiffs,                  )
                                            )   Case Number:  06-315 (RCL)
       v.                            )   Judge: Royce C. Lamberth
                                            )   Date: June 6, 2006
DISTRICT OF COLUMBIA                        )
                                            )
       Defendant.                   )
_____)

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Plaintiffs' consent.

4. Absence of prejudice to the parties.

5. The equitable powers of this Court.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          RICHARD S. LOVE [340455]
          Chief, Equity I

          _____
          DENISE J. BAKER [493414]
          Assistant Attorney General, DC
          441 Fourth Street, NW
          Sixth Floor South

Washington, DC  20001
202-442-9887

Case 1:06-cv-00315-RCL     Document 9     Filed 06/06/2006     Page 5 of 5