## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARL A. BARNES, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 06-315 (RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant's Consent Motion to Extend Time to Answer or Otherwise Respond to the Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of

_____, 2006, for the reasons stated by defendant in its motion,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendant, District of Columbia, may answer or otherwise respond to the Plaintiffs' complaint on or before July 7, 2006.

_____
Royce C. Lambert
United States District Judge

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
Office of the Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

William Charles Cole Claiborne, III
717 D Street, NW, Suite 210
Washington, DC 20004-2813