UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL A. BARNES, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-315 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of the plaintiffs' Motion [6] for Leave to Amend First Amended Complaint and to file their Second Amended Complaint, and the entire record herein, it is hereby

ORDERED that the plaintiffs' Motion [6] is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on June 6, 2006.