**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**CARL A. BARNES, et al.,**        )
                                   )
    **Plaintiffs,**        )
                                   )
    **v.**                )        **Civil Action No. 06-315 (RCL)**
                                   )
**DISTRICT OF COLUMBIA,**          )
                                   )
    **Defendant.**         )
                                   )

---

## ORDER

Upon consideration of Defendant's Consent Motion [9] to Extend Time to Answer or

Otherwise Respond to the Complaint, the memorandum of points and authorities in support

thereof, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that defendant, District of Columbia, may answer or otherwise respond to

the Plaintiffs' Second Amended Complaint on or before July 7, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on June 6, 2006.