UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CARL A. BARNES, *et. al.*,              )
                                        )
           Plaintiffs,                  )
                                        )    Civil Action Number: 06-315 (RCL)
      v.                                )    Date: June 7, 2006
DISTRICT OF COLUMBIA                    )
                                        )
           Defendant.                   )
_____)

DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Fed. R. Civ. Pro. 6 (b) (1), the Defendant, District of Columbia (hereinafter the "District"), by counsel, hereby respectfully requests an enlargement of time of 75 days from the date of this Court's Order – to respond to the Plaintiffs' Motion for Class Certification.

1.   Plaintiffs filed their class action complaint on February 23, 2006, an Amended Complaint on February 24, 2006, and a return of service dated May 21, 2006. On May 24, 2006, Plaintiffs' filed a Motion to Amend/Correct the Amended Complaint.

2.   Defense counsel entered her appearance on June 6, 2006. Upon a review of the docket on that date, she noted a Motion for Class Certification, dated May 24, 2006 on the ECF docket. To date, that Motion for Class Certification has not been served on defendant, either by hand, mail, electronically or otherwise.

3.   Despite this lack of service, as a cautionary measure, defense counsel thought it prudent to file the instant Motion for Extension of Time to Respond to the Motion for Class Certification for the following reasons:

    a. Defense counsel will be on leave from work for the period June 8-16, 2006;

    b. Concern of possible adverse action on the filed Motion in her absence; and

    c. Additional time is needed to properly investigate and research the appropriateness of class certification and to prepare an appropriate response.

4. Plaintiffs will not be prejudiced by this request for enlargement of time for the following reasons:

    a. As late as yesterday this Court granted to Plaintiff Leave to Amend First Amended Complaint and to file their Second Amended Complaint; and

    b. This Court granted the Defendant's Motion to Extend Time to Answer or Otherwise Respond to the Complaint until July 7, 2006; and,

    c. The enlargement of time requested in this Motion is only 45 days beyond the date Defendant is required to answer or otherwise respond to the last amended complaint.

5. This request is not submitted for the purpose of creating delay.

6. Counsel for the Defendant requested consent from the Plaintiffs' counsel prior to filing the instant motion. Plaintiffs' counsel agreed to an extension of time to respond until July 21, 2006, which is insufficient for a full investigation given the number of matters undersigned counsel is responsible for and the fact that she will be on leave during the interim.

WHEREFORE, an enlargement of time to respond to the motion for class certification is respectfully requested of this court.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of
        Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        RICHARD S. LOVE,
        D.C. Bar No. 340455,
        Assistant Attorney General,
        District of Columbia
        Chief, Equity I

        _____/s/_____
BY:   DENISE J. BAKER [493414]
        Assistant Attorney General
        Equity I Section
        Civil Litigation Division
        441 4th Street, N.W.
        Washington, DC 20001
        (202) 442-9887 (telephone)
        (202) 727-0431 (facsimile)

## CERTIFICATE OF SERVICE

I, hereby certify that on this 7th day of June 2006 I have sent a true copy of Defendant's Motion to Extend Time to Respond to Plaintiffs' Motion for Class Certification by ECF filing to:

   William Claiborne
   717 D Street, NW
   Suite 210
   Washington, DC  20004

        _____/s/_____
        Denise J. Baker
        Assistant Attorney General

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARL A. BARNES, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 06-315 (RCL) |
| v. ) | Date: June 7, 2006 |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I
____/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887 (telephone)
 (202) 727-0431 (facsimile)

Case 1:06-cv-00315-RCL    Document 13    Filed 06/07/2006    Page 5 of 5