UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action Number: 06-315 (RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Defendant's Motion to Extend Time to Respond to Plaintiffs' Motion for Class Certification for a period not to exceed 75 days from the date of this Order, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006, for the reasons stated by defendant in its motion,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendant, District of Columbia, may respond to the Plaintiffs' Motion for Class Certification on or before 75 days from the date of this Order.

_____
Royce C. Lamberth
United States District Judge

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Section I
Office of the Attorney General for the District of Columbia

441 Fourth Street, NW, 6th Floor South
Washington, D.C. 20001

William Charles Cole Claiborne, III
717 D Street, NW, Suite 210
Washington, DC 20004-2813