UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 06-315 (RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, or in the alternative for Summary Judgment, the Memorandum of Points and Authorities in Support thereof and any opposition thereto, and the entire record herein, it is by the Court this

_____ day of _____, 2006,

    ORDERED:    that the Defendants' Motion to Dismiss is GRANTED.

                                                                           _____
                                                                           Royce C. Lamberth
                                                                           United States District Judge

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
Office of the Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

William Charles Cole Claiborne, III
717 D Street, NW, Suite 210

Washington, DC 20004-2813