UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARL A. BARNES, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 06-315 (RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH
THERE IS NO GENUINE ISSUE**

Pursuant to Fed. R. Civ. Pro. 56, Defendant by and through undersigned counsel, hereby respectfully submit this Statement of Material Facts as to which there is no Genuine Dispute in the above-captioned case.

1. The relevant documents in the possession of DOC relating to the release of the five (5) named plaintiffs in the lawsuit captioned, *Barnes, et al., v. District of Columbia*, U.S.D.C. Civil Action, No. 06-315 ("Barnes Lawsuit"), namely, Carl A. Barnes ("Barnes"), Dernard Hawkins ("Hawkins"), David Peterson ("Peterson"), Maurice Williams ("Williams"), and Toney James Malloy ("Malloy") were reviewed by the Records Office Administrator, Paige Ireland. (Declaration of Paige Ireland, ¶ 2).

2. Plaintiff Malloy has at all times been lawfully detained. (Declaration of Paige Ireland, ¶ 3).

3. Plaintiff, Barnes' release was delayed by no more than 5 days. (Declaration of Paige Ireland, ¶ 6).

4. Plaintiff Hawkins' release was delayed by no more than 1 day. (Declaration of Paige Ireland, ¶ 4).

5. Plaintiff Petersons' release was delayed by no more than 3 days. (Declaration of Paige Ireland, ¶ 5).

6. Plaintiff Williams' release was delayed by no more than 2 days. (Declaration of Paige Ireland, ¶ 7).

           Respectfully submitted,

           ROBERT J. SPAGNOLETTI
           Attorney General for the District of Columbia

           GEORGE C. VALENTINE
           Deputy Attorney General
           Civil Litigation Division

           /s/_____
           RICHARD S. LOVE [340455]
           Chief, Equity I

           /s/_____
           Denise J. Baker
           D.C. Bar No. 493414
           Assistant Attorney General
           441 4th Street, Northwest
           6th Floor South
           Washington, D.C. 20001
           202-442-9887

July 7, 2006