UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:   06-315 (RCL)<br><br>Next Event: None scheduled |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS/ MOTION FOR SUMMARY JUDGMENT

Plaintiffs respectfully move this Court pursuant to Fed. R. Civ. P. 6 for an extension of time of two weeks past the time allowed by the rules for filing a responsive pleading the defendants motion to dismiss or in the alternative motion for summary judgment (docket # 14,15).  This motion is filed timely. Defendants consent to the relief sought in this motion.

Respectfully submitted

_____/sig/_____
WILLIAM CLAIBORNE
D.C. Bar #446579
Counsel for plaintiffs

717 D Street, N.W.
Suite 210
Washington, D.C. 20004
Phone 202/824-0700
Fax 202/824-0745
email law@claiborne.net