UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>        Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>        Defendant | Civil Action No:   06-315 (RCL)<br><br>Next Event: None scheduled |

PROPOSED ORDER

Plaintiffs' motion for an extension of time of two weeks past the time allowed by the rules for filing a responsive pleading the defendants motion to dismiss or in the alternative motion for summary judgment (docket # 14,15) is granted.

                                                                                           _____<br>
                                                                                           Judge Royce C. Lamberth<br>
                                                                                           United States District Court Judge

copies to:

Counsel for Plaintiffs
William Claiborne
717 D Street, NW
Suite 210
Washington, DC 20004

Phone 202/824-0700
Fax 202/824-0745

Barrett S. Litt
Ralph Robinson

Robert J. Spagnoletti
Attorney General for the District of Columbia
George C. Valentine
Deputy Attorney General
Civil Litigation Division
Denise J. Baker
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
Phone 202/724-6642
Fax: 202/727-0431
Counsel for District of Columbia