UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL A. BARNES, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-315 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of Plaintiffs' Consent Motion [16] to Extend Time to Answer or Otherwise Respond to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that plaintiffs' opposition shall be due on or before August 1, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on July 19, 2006.