UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CARL A. BARNES, *et. al.*,          )
                                    )
              Plaintiffs,           )
                                    )   Case Number:  06-315 (RCL)
        v.                          )
                                    )
DISTRICT OF COLUMBIA                )
                                    )
              Defendant.            )
_____)

**PRAECIPE**

TO THE CLERK:

Kindly withdraw the Declaration of Paige Ireland filed in support of Defendant's Motion to Dismiss [Docket # 14] or in the Alternative for Summary Judgment **[**Docket # 15**]** and substitute the attached Declaration of Paige Ireland in the place of the withdrawn Declaration.

                                Respectfully submitted,

                                ROBERT J. SPAGNOLETTI
                                Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division


                                ___/S/_____
                                RICHARD S. LOVE [340455]
                                Chief, Equity I


                                ____/s/_____
                                Denise J. Baker

                                              D.C. Bar No. 493414
                                              Assistant Attorney General
                                              441 4th Street, Northwest
                                              6th Floor South
                                              Washington, D.C. 20001
                                              202-442-9887

July 24, 2006