UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 06-315 (RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF PAIGE IRELAND**

I, Paige Ireland, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief:

1. I am the Records Office Administrator for the Central Detention Facility (CDF) and I have held this position, under contract with the District of Columbia (DC) Department of Corrections (DOC) since February 22, 2006. My duties entail management of the DOC records unit and operational quality control and quality assurance of inmate records, intakes, status changes, and releases. I hold an M.B.A. degree in Organizational Theory from Cornell University, and I am versed in business re-engineering, performance improvement, and workflow design.

2. I have reviewed the documents in the possession of DOC relating to the release of the five (5) named plaintiffs in the lawsuit captioned, *Barnes, et al., v. District of Columbia*, U.S.D.C. Civil Action, No. 06-315 ("Barnes Lawsuit"), namely, Carl A. Barnes ("Barnes"), Dernard Hawkins ("Hawkins"), David Peterson ("Peterson"), Maurice Williams ("Williams"), and Toney James Malloy ("Malloy"). Each inmate

1

alleges that he was over-detained by DOC. The following paragraphs, 3-7, reflect my review of the above-referenced inmates' records.

3.  **Toney James Malloy**. On February 22, 2006, Mr. Malloy escaped from DOC custody in a halfway house, one day before he was scheduled for release. An arrest warrant was issued on February 23, 2006, the same date that he was apprehended. Since then he has been held in the D.C. Jail on felony escape charges until June 6, 2006 when he was sentenced on that charge. Currently, he remains at the D.C. Jail as a sentenced felon. A review of Mr. Malloy's records indicates that at all times complained of, he was lawfully detained. True and correct copies of documents regarding inmate Malloy are available for review by Plaintiffs.

4.  **Dernard Hawkins**. On February 15, 2006 inmate Hawkins was committed to DOC by the Superior Court. On February 21, 2006 the Superior Court issued a release order *nunc pro tunc* to February 17, 2006. The Release Order was received by DOC on February 21, 2006 at 8:38 p.m., which left insufficient time to process and release inmate Hawkins by 10 p.m., the statutorily imposed cut-off time. D.C. Official Code § 24-211.02(b) (6) (2005 Supp.). Hawkins was released the next day, February 22, 2006. True and correct copies of documents regarding inmate Hawkins are available for review by Plaintiffs.

5.  **David Peterson**. The Drug Court sanctioned Peterson to D.C. Jail beginning February 13, 2006, with an established release date of February 19, 2006 at 7:00 a.m. On February 13, 2006, a computer malfunction caused all data in the DOC JACCS computer to be lost, including that of inmate Peterson's projected release date. DOC used its best efforts to rebuild the records. DOC has since developed procedures to

process inmate releases should the JACCS System fail or otherwise be out of service. On February 21, 2006, a Superior Court judge issued an order to release inmate Peterson. DOC was faxed a copy of the release order from the Superior Court cellblock on the same date. Inmate Peterson was released the next day, February 22, 2006. True and correct copies of documents regarding inmate Peterson are available for review by Plaintiffs.

6.  **Carl Barnes.** Inmate Barnes was transferred from Saint Elizabeth's Hospital to the D.C. Jail on February 15, 2006, with three open charges, one of which required that he be sentenced to 90 days in jail. The sentence could not be properly computed without court documents associated with the other two open cases. On February 17, 2006 all the necessary documents were received, the sentence computed, and a projected release date of Saturday, February 18, 2006 determined. Inmate Barnes was mistakenly not released on February 18, 2006. DOC received on February 22, 2006 at 9:13 p.m., Release Orders dated February 21, 2006, which was too late to release the inmate prior to the 10 p.m. statutory cutoff. Inmate Barnes was released the next day, February 23, 2006. True and correct copies of documents regarding inmate Barnes are available for review by Plaintiffs.

7.  **Maurice Williams.** This inmate was held on three charges. He was sentenced on February 27, 2006 on two charges to time served, but DOC did not receive that release order until March 1, 2006. That order indicated a release date of February 8, 2006. Inmate Williams was released on March 1, 2006. True and correct copies of documents regarding inmate Williams are available for review by Plaintiffs.

8.  While it is the Records Office's current objective to process and release inmates within 3½ hours of receipt of a release order, there are many factors which may contribute to an inability to achieve this objective, including: other open charges, detainers, and/or warrants which need to be reviewed, computer malfunctions, timely receipt from the Court of applicable release orders and other documents, timely arrival at the Jail of inmates from court and the Superior Court's transition to a new computer system (Court View).

_____
PAIGE IRELAND

Dated: 6/29/06