UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>                Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>                Defendant | Civil Action No:    **06-315 (RCL)**<br><br>Next Event: None scheduled |

ORDER

Upon consideration of the parties' pleadings, and all arguments supporting and in opposition to said pleadings,

Defendant District of Columbia's motion to dismiss (docket # 14) is hereby denied.

                                                        _____
                                                        Judge Royce C. Lamberth
                                                        United States District Court Judge

copies to:

Counsel for Plaintiffs:

William Claiborne
717 D Street, NW

Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745


Counsel for Defendant District of Columbia
Denise Baker
Assistant Attorney General
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
Phone (202) 442-9887