UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:   **06-315 (RCL)**<br><br>Next Event: None scheduled |

PLAINTIFFS' RULE 56(f) MOTION TO DENY DEFENDANT'S MOTION WITHOUT PREJUDICE, OR ALTERNATIVELY, FOR EXTENSION OF TIME IN WHICH TO COMPLETE DISCOVERY

Plaintiffs respectfully move this Court to:

(i) deny without prejudice to re-bring per FRCP 56(f) Defendant District of Columbia's summary judgment motion on the Overdetention Claim of plaintiffs' Second Amended Complaint because the motion is premature because discovery in the case has not even commenced; or alternatively,

(ii) order a continuance per FRCP 56(f) of Defendant District of Columbia's summary judgment motion on the Overdetention Claim of plaintiffs' Second

1

Amended Complaint because the motion is premature because discovery in the case has not even commenced.

Plaintiffs also have previously submitted in support of their motion to certify affidavits from the named plaintiffs and approximately 15 other persons who have been overdetained in the class period which plaintiffs incorporate by reference here. Plaintiffs' Exhibits ## 1-14, 16-22 (affidavits of persons overdetained in the class period). Plaintiffs submit herewith affidavits from six more persons who have been overdetained. Plaintiffs' Exhibits ## 37-42 (affidavits of persons overdetained in the class period).  Plaintiffs have also submitted affidavits from named Plaintiff Peterson (Plaintiffs' Exhibit # 30) and Lead managing counsel William Claiborne (Plaintiffs' Exhibit # 29). The affidavit of the Records Office administrator Paige Ireland and affidavits submitted by plaintiffs establish that the District has tolerated for years a system that cannot reliably and promptly transmit release date on in-custody defendants from the courtroom to the Records Office. These affidavits are sufficient justify plaintiffs contention that the named plaintiffs were overdetained, and that the District there is a custom of overdetentions and the District is deliberately indifferent to it, and that discovery will produce "additional development of facts [which] might illuminate the issues of law requiring decision." Bynum v. District of Columbia, 215 F.R.D. 1, 2 (D.D.C. 2003).

**<u>DOCKET ENTRIES</u>**

In a single pleading on 7/7/06 Defendant filed a motion to dismiss or, in the alternative, a motion for summary judgment. The motion to dismiss was docketed as docket # 14. The motion for summary judgment was docketed separately as docket # 15. By order (docket # 17) this Court extended plaintiffs' deadline to file responsive pleadings to 8/1/06.  Plaintiffs' filed a separate opposition to defendant's motion to dismiss (docket # 14) on 7/31/06 .  Plaintiffs file separately here in response to defendant's motion for summary judgment this motion to dismiss or continue pursuant to Fed. R. Civ. P. 56(f).

On 7/24/06 defendant District of Columbia filed a revised version of the affidavit of Paige Ireland, the sole affidavit submitted in support of its motion for summary judgment. The revised affidavit stated that the records Mr. Ireland reviewed in preparing the affidavit were available for review by plaintiffs. The District did not file the records as exhibits in support of the affidavit. The District did provide by fax to undersigned counsel on 7/28/06 documents it represented were named plaintiff Maurice Williams' Department of Corrections file. None of the documents provided by the District justify Mr. Williams' detention from 2/8/06 to 3/1/06.

**CONSENT SOUGHT BUT NOT OBTAINED**

Defendant District of Columbia takes no position on this motion.

**EXHIBITS**

The last exhibit attached to the last substantive pleading Plaintiffs' filed -- plaintiffs' motion to certify -- was Plaintiffs' Exhibit 28. Plaintiffs' exhibits to this motion start at Plaintiffs' Exhibit 29 and run up to Plaintiffs' Exhibit 46. A complete list of exhibits from 1 to 46 is attached. Exhibits 29 to 46 are attached hereto. Exhibits 1-28 have been submitted previously.

WHEREFORE, Plaintiffs respectfully moves this Court to grant the relief requested above.

Respectfully submitted,

_____/sig/_____
WILLIAM CLAIBORNE
D.C. Bar # 446579
717 D Street, N.W.
Suite 210
Washington, DC 20004
Phone: 202/824-0700
Fax: 202/824-0745