UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:   06-315 (RCL)<br><br>Next Event: None scheduled |

## RULE 56(f) AFFIDAVIT OF PLAINTIFF'S COUNSEL WILLIAM CLAIBORNE

1. My name is William Claiborne. I am a member in good standing of the bar of this Court. I am lead managing counsel for Plaintiffs in this action. I have been lead counsel since the case was filed.

2. I am making this affidavit in support of Plaintiffs' Rule 56(f) Motion to Deny Defendant's Motion without Prejudice, or Alternatively, for Extension of Time in which to Complete Discovery.

3. I have personal knowledge of the discovery plaintiffs need to present facts essential to justify their opposition to defendant's summary judgment motion on the Overdetention Claims in this case.

4. At this time plaintiffs do not have facts essential to justify their opposition to defendant's summary judgment motion on the Overdetention

1

1449-502112

0029- 001

Claims in this case under Rule 56 nor are plaintiffs able to oppose defendant's statement of material facts.

5.   Plaintiffs cannot justify their opposition to defendant's summary judgment motion on the Overdetention Claims in this case under Rule 56 oppose defendant's statement of material facts because plaintiffs have not had any discovery on the claim from defendant. The Court has not yet issued a scheduling order.

6.   Plaintiffs have made efforts to obtain discovery informally by interviewing witnesses and obtaining affidavits and published reports on the District of Columbia criminal justice system, and obtaining the institutional files of the named plaintiffs from opposing counsel. Plaintiffs have obtained the institution file of named Plaintiff Maurice Williams.

7.   If allowed discovery plaintiffs can obtain facts essential to justify their opposition to defendant's summary judgment motion on the Overdetention Claims in this case under Rule 56 and to oppose defendant's statement of material facts by deposing jail and Superior Court personnel, and by propounding interrogatories and document production requests.

I, William Claiborne, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

2

_____/sig/_____
William Claiborne
Counsel for Plaintiff

717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745

3