UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No: **06-315**<br>**(RCL)**<br><br>Next Event: None scheduled |

## AFFIDAVIT OF NAMED PLAINTIFF DAVID PETERSON IN SUPPORT OF PLAINTIFF'S RULE 56(f) MOTION

My name is David Peterson and I am a named plaintiff in this case. I am a member of the Overdetention Class and also a member of the Strip Search Class.

I have been informed that the District of Columbia has filed a motion in this case, a summary judgment motion, that is basically a motion to throw out the overdetention claims. My lawyer tells me that we need more information from the District of Columbia to fight the motion. We have not yet been able to get the information we need because of court rules governing exchange of information.

My lawyer, William Claiborne, is also filing a report explaining why he does not have enough information to fight the District of Columbia's motion at this time, and describing the information he needs to fight the motion and how he expects to get it.

**1449-502108**

0030- 001

_____

I, David Peterson, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the above is true and correct.

Date: July 31, 2006  
City: Washington, D.C.

David Peterson

1449-502109

0030- 002