# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## ADMINISTRATIVE ORDER NO. 02-22

**WHEREAS**, the occurrence of erroneous and/or late releases from the D.C. Jail has increased over the past several months; and

**WHEREAS**, the Court's ability to process paperwork in a timely fashion should not hinder the release process;

**NOW, THEREFORE**, it is, by the Court, hereby

**ORDERED**, no in-custody defendant will be returned to the jail unless the United States Marshals Service has paperwork in all his/her corresponding cases; it is further

**ORDERED**, no in-custody defendant is to be removed from the courtroom until the appropriate paperwork has been completed by the courtroom clerk and signed off on by the judge. Defendants with multiple cases shall conclude all business in one courtroom before being moved to another; and it is further

**ORDERED**, this administrative order shall take effect on August 5, 2002.

**SO ORDERED.**

**BY THE COURT**  /s/
**July 25, 2002**  **Chief Judge Rufus King, III**

**Copies to:**  **All Judges**
**Magistrate Judges**
**Executive Officer**
**Clerk of the Court**
**Division Directors**
**D.C. Department of Corrections**
**United States Marshals Service**
**United States Attorney's Office**
**Public Defender Service**
**Defender Services Office, C-215**
**Mildred Bailey, Librarian**

1449-501914

0031- 001