| | | |
|---|---|---|
| Release Status | Bond Amt | Case Judge BOASBERG, JAMES E |
| Arrest Agency | Badge # | Officer |

**Defendant (Criminal)**
Full Name WILLIAMS, MAURICE O
D.O.B.  05/30/1960  S.S.N.
PDID    313295       DCDC#
DLN                  DL St
Gender  Male         Race  *Black

Alias Name(s) — 0 of 0

Address Type Home Address — 1 of 1
Address      321 ADAMS ST NE
City/ST/Zip  WASH         DC

Attorney(s) CLAIBORNE III, Mr WILLIAM C — 1 of 1
Code        CJA

Charge1 U078        Type:Pro
CCN     0124387 Arrest#050503852 Arrest Dt 09/12/2005
Description BAIL ACT VIOLATION-MISDEMEANOR

Enhancement(s) — 0 of 0

Next Event       Date/Time
Event Judge
Case Disp  Plea - Judgment Guilty   Disp Date 09/29/2005

Linked Group(s) — 0 of 0

Prosecutors — 0 of 0
Agency          Full Name

Case Attributes
Case Number  2005 CMD 009764
Filed        09/13/2005
Status       Closed
Secret Case  F     Incomplete F

Case Comments

1449-501821

0033- 001


```
2005 CMD 009764          United States Vs. WILLIAMS, MAURICE O
```

Search Criteria
 Docket Entry                              Begin Date              SortDescending
 Images          All Dockets               End Date
 Participant
 Display OptionExclude Non Display Dockets

Search Results

                                                          Amt Owed/
 Docket      Referenc  Description                        Amt              Amount Due
 Date        e                                            Dism/Credit

| Docket Date | Description |
|---|---|
| 5/23/2006 | Event Resulted - Release Status:<br>The following event: Probation Show Cause Hearing scheduled for 05/23/2006 at 9:30 am has been resulted as follows:<br><br>Result: Held<br>Judge: BOASBERG, JAMES E   Location: Courtroom 310<br>MAURICE O WILLIAMS (Defendant (Criminal));<br>; Mr WILLIAM C CLAIBORNE III (Attorney) on behalf of MAURICE O WILLIAMS (Defendant (Criminal)); Judge JAMES E BOASBERG |
| 5/23/2006 | Sentence<br>**Sentence for Charge # 1, BAIL ACT VIOLATION-MISDEMEANOR**<br>Sentence Date: 05/23/2006<br>**Confinement Type:** Time Served<br>**Time:** 0 years, 0 months, 0 days.<br>**Time Susp:** 0 years, months, 0 days.<br>**Amount To Serve:** 0 years, 0 months, 0 days.<br>**Fine Amount:**          0.00, Amount<br>**Suspended:**          0.00, **Due:**<br>**VVCA Amount:**         50.00, **Due:**<br>**Restitution Amount:**          0.00<br>**Probation Time:** 0 years, 0 months, 0 days<br>**Probation Conditions:** Drug Treatment Program<br>**Probation Conditions:** Educational Assessment<br>**Probation Revocation:** 05/23/2006,<br>**Probation Reinstatement:** |
| 5/16/2006 | Event Scheduled<br>Event: Probation Show Cause Hearing<br>Date: 05/23/2006    Time: 9:30 am<br>Judge: BOASBERG, JAMES E    Location: Courtroom 310<br><br>Result: Held |
| 5/16/2006 | Order to Show Cause Hearing on 5/23/06 @ 9:30 am. Entered on the Docket on 5/16/06. Signed and Mailed on 5/15/06. vlm |
| 2/27/2006 | Sentence<br>**Sentence for Charge # 1, BAIL ACT VIOLATION-MISDEMEANOR**<br>Sentence Date: 02/27/2006<br>**Time:** 0 years, 0 months, 180 days.<br>**Time Susp:** 0 years, months, 180 days.<br>**Concurrent Sentence with 2004 CMD 006502 ,**<br>**Fine Amount:**          0.00, Amount<br>**Suspended:**          0.00, **Due:**<br>**VVCA Amount:**         50.00, **Due:**<br>**Restitution Amount:**          0.00<br>**Probation Type:** A, **Start Date:**<br>**Probation Time:** 0 years, 6 months, 0 days |

1449-501822

```
                    Probation Conditions:  Drug Treatment
                    Program
                    Probation Conditions:  Educational
                    Assessment
                    Sentencing Comments: DEFT TO BE PLACED IN
                    CSOSA'S MENTAL HEALTH UNIT.
2/27/2006           Crime Victims Compensation Fund                    50.00        50.00


2/27/2006           Form Filed:  VVCCA ORDER.


2/27/2006           Form Filed:  JUDGMENT AND COMMITMENT.


2/27/2006           Event Resulted
                    The following event: Probation Show Cause
                    Hearing scheduled for 02/27/2006 at 9:30 am
                    has been resulted as follows:

                    Result: Held.  CSO was present.  Probationr
                    revoked.  Defendant sentenced to 180 days
                    in jail, E.S.S as to all but TIME SERVED.
                    Six (6) months of supervised probation.
                    $50.00 VVCCA, due by June 1, 2006.
                    MAURICE O WILLIAMS (Defendant (Criminal));
                    ; Mr WILLIAM C CLAIBORNE III (Attorney) on
                    behalf of MAURICE O WILLIAMS (Defendant
                    (Criminal)); Judge JAMES E BOASBERG


2/14/2006           Event Scheduled
                    Event: Probation Show Cause Hearing
                    Date: 02/27/2006   Time: 9:30 am
                    Judge: BOASBERG, JAMES E    Location:
                    Courtroom 310

                    Result: Held
2/14/2006           Order - Show Cause Hearing on 2/27/06 @
                    9:30 am.  Entered on the Docket, Mailed,
                    and Signed.  vlm
9/29/2005           JUDGE: BOASBERG         , JAMES
                    DEFENSE ATTY: CLAIBORNE
                    WILLIAM COLE
                    PLEA GUILTY:   1
                    JUDGMENT:   1
                    SENTENCED:   1
                    BOND STATUS: DOCK (LOCK UP)
                        00001000    BOND CASH PCT:
                    BOND ACTION CODE:
                    COUNT:  1
                    TYPE:ESS ENTIRELY
                    CONFINEMENT: 180 D /         CONF. SUSP:
                    180 D /
                    PROBATION: 009     TYPE: SUPERVISED
9/14/2005           JUDGE: BOASBERG         , JAMES
                    DEFENSE ATTY: CLAIBORNE
                    WILLIAM COLE
                    CONTINUED:   1

                            CONT. DATE: 09-29-2005  FOR:
                    STATUS HEARING
                    BOND STATUS: DOCK (LOCK UP)
                        00001000    BOND CASH PCT:
                    BOND ACTION CODE:
9/13/2005           JUDGE: BOASBERG         , JAMES
                    DEFENSE ATTY: CLAIBORNE
                    WILLIAM COLE
                    CONTINUED:   1

                            CONT. DATE: 09-14-2005  FOR:
                    STATUS HEARING
                    BOND STATUS: DOCK (LOCK UP)
                        00001000    BOND CASH PCT:
                    BOND ACTION CODE:
```

1449-501823

0033- 003

```
2005 CMD 009764          United States  Vs.  WILLIAMS, MAURICE O
```

| | | |
|---|---|---|
| Filed | 05/23/2006 | # of Pages   1 |
| Docket Entry | Sentence | |

| | | | |
|---|---|---|---|
| Attorney Participants | | Sealed | Journal Name<br>Journal Book<br>Starting Page<br>Docket Nbr |
| | | Create Notice | F | Document Nbr<br>File Reference Nbr |

**Description**
Sentence
Sentence for Charge # 1, BAIL ACT VIOLATION-MISDEMEANOR
Sentence Date: 05/23/2006
Confinement Type:  Time Served
Time: 0 years, 0 months, 0 days.
Time Susp: 0 years,  months, 0 days.
Amount To Serve: 0 years, 0 months, 0 days.
Fine Amount:          0.00, Amount Suspended:         0.00, Due:
VVCA Amount:         50.00, Due:
Restitution Amount:         0.00
Probation Time: 0 years, 0 months, 0 days
Probation Conditions:  Drug Treatment Program
Probation Conditions:  Educational Assessment
Probation Revocation:  05/23/2006, Probation Reinstatement:

| Entered By: | MYERSJ | Updated By: | MYERSJ | Updated Date: | 05/23/2006<br>14:58 |
|---|---|---|---|---|---|

```
2005 CMD 009764        United States  Vs.  WILLIAMS, MAURICE O
```

| Filed | 05/16/2006 | | # of Pages | 1 |
|---|---|---|---|---|
| Docket Entry | Event Scheduled | | | |

```
                                              Journal Name
                                              Journal Book
                                              Starting Page
Attorney                                      Docket Nbr
Participants              Sealed              Document Nbr
                          Create       F      File Reference
                          Notice              Nbr
```

--- Description ---
Event Scheduled
Event: Probation Show Cause Hearing
Date: 05/23/2006   Time: 9:30 am
Judge: BOASBERG, JAMES E   Location: Courtroom 310

Result: Held

| Entered By: | MILLERV | Updated By: | MYERSJ | Updated Date: | 05/23/2006 15:00 |
|---|---|---|---|---|---|

```
2005 CMD 009764         United States Vs. WILLIAMS, MAURICE O

   Filed        05/16/2006                              # of Pages      5
   Docket Entry Order to Show Cause Entered on the
                Docket

                                                        Journal Name
                                                        Journal Book
                                                        Starting Page
   Attorney                                             Docket Nbr
   Participants                    Sealed               Document Nbr
                                   Create    F  ImagesT File Reference
                                   Notice                Nbr
   —Description—
   Order to Show Cause Hearing on 5/23/06 @ 9:30 am.  Entered on the Docket on 5/16/06.
   Signed and Mailed on 5/15/06.  vlm


   Entered  MILLERV      Updated   MARTINEZV    Updated   05/22/2006
   By:                   By:                    Date:     15:32
```

1449-501827

0033- 007

```
2005 CMD 009764         United States  Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/14/2006 | | # of Pages | 1 |
|---|---|---|---|---|
| Docket Entry | Order to Show Cause Entered on the Docket | | | |

```
                                                        Journal Name
                                                        Journal Book
                                                        Starting Page
Attorney                                                Docket Nbr
Participants              Sealed                        Document Nbr
                          Create       F    ImagesT     File Reference
                          Notice                        Nbr
```

Description
Order - Show Cause Hearing on 2/27/06 @ 9:30 am.  Entered on the Docket, Mailed, and Signed.  vlm

| Entered By: | MILLERV | Updated By: | BURGESSM | Updated Date: | 02/14/2006 13:53 |
|---|---|---|---|---|---|

```
2005 CMD 009764           United States  Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/14/2006 | | # of Pages | 1 |
|---|---|---|---|---|

Docket Entry Event Scheduled

| | | | Journal Name | |
| --- | --- | --- | --- | --- |
| | | | Journal Book | |
| | | | Starting Page | |
| Attorney | | | Docket Nbr | |
| Participants | Sealed | | Document Nbr | |
| | Create | F | File Reference | |
| | Notice | | Nbr | |

---Description---
```
Event Scheduled
Event: Probation Show Cause Hearing
Date: 02/27/2006    Time: 9:30 am
Judge: BOASBERG, JAMES E    Location: Courtroom 310

Result: Held
```

| Entered By: | MILLERV | Updated By: | DELGADOJ | Updated Date: | 02/27/2006 16:52 |
|---|---|---|---|---|---|

```
2005 CMD 009764            United States   Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/27/2006 | | # of Pages | 1 |
|---|---|---|---|---|

Docket Entry Event Resulted - Release Status:

Attorney Participants  
Sealed

Journal Name  
Journal Book  
Starting Page  
Docket Nbr  
Document Nbr  

Create Notice: F

File Reference Nbr

**Description**

Event Resulted  
The following event: Probation Show Cause Hearing scheduled for 02/27/2006 at 9:30 am has been resulted as follows:

Result: Held.  CSO was present.  Probationr revoked.  Defendant sentenced to 180 days in jail, E.S.S as to all but TIME SERVED.  Six (6) months of supervised probation.  $50.00 VVCCA, due by June 1, 2006.  
MAURICE O WILLIAMS (Defendant (Criminal)); ; Mr WILLIAM C CLAIBORNE III (Attorney) on behalf of MAURICE O WILLIAMS (Defendant (Criminal)); Judge JAMES E BOASBERG

| Entered By: | DELGADOJ | Updated By: | DELGADOJ | Updated Date: | 02/27/2006 16:52 |
|---|---|---|---|---|---|

1449-501830

0033- 010

```
2005 CMD 009764           United States  Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/27/2006 | | # of Pages | 1 |
|---|---|---|---|---|

Docket Entry Form Filed:

```
                                                      Journal Name
                                                      Journal Book
                                                      Starting Page
Attorney                                              Docket Nbr
Participants          Sealed                          Document Nbr
                      Create      F      ImagesT      File Reference
                      Notice                          Nbr
```

Description
Form Filed: JUDGMENT AND COMMITMENT.

| Entered By: | DELGADOJ | Updated By: | DIAZA | Updated Date: | 03/31/2006 14:16 |
|---|---|---|---|---|---|

```
2005 CMD 009764        United States  Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/27/2006 | | | # of Pages | 1 |
|---|---|---|---|---|---|

Docket Entry Form Filed:

```
                                                Journal Name
                                                Journal Book
                                                Starting Page
Attorney                                        Docket Nbr
Participants  ___        Sealed                 Document Nbr
                         Create      F  ImagesT File Reference
                         Notice                 Nbr
```

**Description**
Form Filed:  VVCCA ORDER.

| Entered By: | DELGADOJ | Updated By: | DIAZA | Updated Date: | 03/31/2006 14:16 |
|---|---|---|---|---|---|

```
2005 CMD 009764        United States  Vs.  WILLIAMS, MAURICE Q
```

| | | |
|---|---|---|
| Filed  02/27/2006 | | # of Pages  1 |
| Docket Entry  Sentence | | |
| Attorney Participants | Sealed | Journal Name<br>Journal Book<br>Starting Page<br>Docket Nbr<br>Document Nbr |
| | Create  F<br>Notice | File Reference<br>Nbr |

```
-Description
Sentence
Sentence for Charge # 1, BAIL ACT VIOLATION-MISDEMEANOR
Sentence Date: 02/27/2006
Time: 0 years, 0 months, 180 days.
Time Susp: 0 years,  months, 180 days.
Concurrent Sentence with 2004 CMD 006502 ,
Fine Amount:         0.00, Amount Suspended:       0.00, Due:
VVCA Amount:        50.00, Due:
Restitution Amount:        0.00
Probation Type: A, Start Date:
Probation Time: 0 years, 6 months, 0 days
Probation Conditions:  Drug Treatment Program
Probation Conditions:  Educational Assessment
Sentencing Comments: DEFT TO BE PLACED IN CSOSA'S MENTAL HEALTH UNIT.
```

```
Entered    DIAZA         Updated    RICHARDSM    Updated     03/31/2006
By:                      By:                     Date:       10:02
```

1449-501833

0033- 013

```
2005 CMD 009764        United States  Vs.  WILLIAMS, MAURICE O
```

| Filed | 05/16/2006 | | # of Pages | 5 |
|---|---|---|---|---|
| Docket Entry | Order to Show Cause Entered on the Docket | | | |

| | | | | |
|---|---|---|---|---|
| | | | Journal Name | |
| | | | Journal Book | |
| | | | Starting Page | |
| Attorney Participants | | | Docket Nbr | |
| | Sealed | | Document Nbr | |
| | Create Notice | F  ImagesT | File Reference Nbr | |

**Description**
Order to Show Cause Hearing on 5/23/06 @ 9:30 am.  Entered on the Docket on 5/16/06.
Signed and Mailed on 5/15/06.   vlm

| Entered By: | MILLERV | Updated By: | MARTINEZV | Updated Date: | 05/22/2006 15:32 |
|---|---|---|---|---|---|

1449-501834

0033- 014

```
2005 CMD 009764           United States  Vs.  WILLIAMS, MAURICE O
```

| | | | |
|---|---|---|---|
| Filed | 05/16/2006 | | # of Pages   1 |
| Docket Entry | Event Scheduled | | |

```
                                                    Journal Name
                                                    Journal Book
                                                    Starting Page
Attorney                                            Docket Nbr
Participants                  Sealed                Document Nbr
                              Create     F          File Reference
                              Notice                Nbr
```

**Description**
Event Scheduled
Event: Probation Show Cause Hearing
Date: 05/23/2006    Time: 9:30 am
Judge: BOASBERG, JAMES E    Location: Courtroom 310

Result: Held

```
Entered    MILLERV        Updated    MYERSJ      Updated    05/23/2006
By:                       By:                    Date:      15:00
```

```
2005 CMD 009764         United States  Vs.  WILLIAMS, MAURICE O
```

| | | | |
|---|---|---|---|
| Filed | 05/23/2006 | | # of Pages  1 |
| Docket Entry | Sentence | | |
| Attorney Participants | | | Journal Name<br>Journal Book<br>Starting Page<br>Docket Nbr |
| | | Sealed | Document Nbr |
| | | Create  F<br>Notice | File Reference Nbr |

**Description**
```
Sentence
Sentence for Charge # 1, BAIL ACT VIOLATION-MISDEMEANOR
Sentence Date: 05/23/2006
Confinement Type: Time Served
Time: 0 years, 0 months, 0 days.
Time Susp: 0 years,  months, 0 days.
Amount To Serve: 0 years, 0 months, 0 days.
Fine Amount:           0.00, Amount Suspended:         0.00, Due:
VVCA Amount:          50.00, Due:
Restitution Amount:       0.00
Probation Time: 0 years, 0 months, 0 days
Probation Conditions:  Drug Treatment Program
Probation Conditions:  Educational Assessment
Probation Revocation:  05/23/2006, Probation Reinstatement:
```

| Entered By: | MYERSJ | Updated By: | MYERSJ | Updated Date: | 05/23/2006 14:58 |
|---|---|---|---|---|---|

```
2005 CMD 009764        United States  Vs.  WILLIAMS, MAURICE O
```

| | | | |
|---|---|---|---|
| Filed | 05/23/2006 | | # of Pages    1 |
| Docket Entry | Event Resulted - Release Status: | | |
| | | | Journal Name |
| | | | Journal Book |
| | | | Starting Page |
| Attorney | | | Docket Nbr |
| Participants | | Sealed | Document Nbr |
| | | Create    F | File Reference |
| | | Notice | Nbr |

**Description**
Event Resulted - Release Status:
The following event: Probation Show Cause Hearing scheduled for 05/23/2006 at 9:30 am has been resulted as follows:

Result: Held
Judge: BOASBERG, JAMES E    Location: Courtroom 310
MAURICE O WILLIAMS (Defendant (Criminal)); ; Mr WILLIAM C CLAIBORNE III (Attorney) on behalf of MAURICE O WILLIAMS (Defendant (Criminal)); Judge JAMES E BOASBERG

```
Entered    MYERSJ       Updated    MYERSJ       Updated    05/23/2006
By:                     By:                     Date:      15:00
```

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
~~District of Columbia~~

vs.

MAURICE O. WILLIAMS

Case No.: 2005 CMD 9764
PDID No.: 313-295

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of CHARGE 1 - BAIL ACT VIOLATION - MISDEMEANOR

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to CHARGE 1 - ONE-HUNDRED & EIGHTY (180) DAYS IN JAIL, E.S.S. AS TO ALL BUT TIME SERVED. SIX (6) MONTHS OF SUPERVISED PROBATION.

SENTENCE CONCURRENT WITH 2004 CMD 6502.

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed

☐ MANDATORY MINIMUM term does not apply.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903(b) of the D.C. Code [Youth Rehabilitation Act 1985].

☒ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☒ Observe the general conditions of probation listed on the back of this order.

☒ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer. DEFENDANT TO BE PLACED IN CSOSA'S MENTAL HEALTH UNIT.

☒ Treatment for ☐ alcohol problems ☒ drug dependency or abuse as follows: DRUG TESTING & TREATMENT.

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions.)

☒ ~~The Court will distribute monies to~~ EDUCATIONAL ASSESSMENT

Costs in the aggregate amount of $ 50.00 (FIFTY DOLLARS) have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid DUE BY JUNE 1, 2006

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

FEB. 27 2006
Date

Judge POMPOSO

Certification by Clerk pursuant to Criminal Rule 32

FEB. 27 2006
Date

Deputy Clerk

Form CD(18)-1040/Oct. 01

1449-501838

0033-018