| | | |
|---|---|---|
| Release Status | Bond Amt | Case Judge BOASBERG, JAMES E |
| Arrest Agency | Badge # | Officer |

**Defendant (Criminal)**
Full Name WILLIAMS, MAURICE O
D.O.B. 05/30/1960    S.S.N.
PDID 313295    DCDC#
DLN    DL St
Gender Male    Race *Black

1 of 1
Attorney(s) CLAIBORNE III, Mr WILLIAM C
Code CJA

0 of 0
Alias Name(s)

1 of 1
Address Type Home Address
Address 321 ADAMS ST NE
City/ST/Zip WASH    DC

1 of 1
Charge1 U078    Type: Pro
CCN 0085603 Arrest#010402483 Arrest Dt 06/22/2004
Description BAIL ACT VIOLATION-MISDEMEANOR

0 of 0
Enhancement(s)

Next Event    Date/Time
Event Judge
Case Disp Plea -    Disp Date 09/29/2005
         Judgment Guilty

0 of 0
Linked Group(s)

**Prosecutors** — 0 of 0
Agency    Full Name

Case Comments

**Case Attributes**
Case Number 2004 CMD 006502
Filed    06/23/2004
Status    Closed
Secret Case F    Incomplete F

1449-501812

0032- 001




```
2004 CMD 006502            United States Vs.  WILLIAMS, MAURICE O
```

Search Criteria
 Docket Entry                              Begin Date              SortDescending
 Images          All Dockets               End Date
 Participant
 Display OptionExclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|---|
| 5/23/2006 | | Sentence<br>**Sentence for Charge # 1, BAIL ACT VIOLATION-MISDEMEANOR**<br>**Sentence Date:** 05/23/2006<br>**Confinement Type:** Time Served<br>**Time:** 0 years, 0 months, 0 days.<br>**Time Susp:** 0 years, months, 0 days.<br>**Amount To Serve:** 0 years, 0 months, 0 days.<br>**Fine Amount:**         0.00, **Amount Suspended:**         0.00, **Due:**<br>**VVCA Amount:**        50.00, **Due:** 06/01/2006<br>**Restitution Amount:**         0.00<br>**Probation Time:** 0 years, 0 months, 0 days<br>**Probation Revocation:** 05/23/2006,<br>**Probation Reinstatement:** | | | |
| 5/23/2006 | | Event Resulted - Release Status:<br>The following event: Probation Show Cause Hearing scheduled for 05/23/2006 at 9:30 am has been resulted as follows:<br><br>Result: Held<br>Judge: BOASBERG, JAMES E   Location: Courtroom 310<br>MAURICE O WILLIAMS (Defendant (Criminal));<br>; Mr WILLIAM C CLAIBORNE III (Attorney) on behalf of MAURICE O WILLIAMS (Defendant (Criminal)); Judge JAMES E BOASBERG | | | |
| 5/23/2006 | | Sentence<br>**Sentence for Charge # 1, BAIL ACT VIOLATION-MISDEMEANOR**<br>**Sentence Date:** 02/27/2006<br>**Confinement Type:** Time Served<br>**Time:** 0 years, 0 months, 0 days.<br>**Time Susp:** 0 years, months, 0 days.<br>**Amount To Serve:** 0 years, 0 months, 0 days.<br>**Fine Amount:**         0.00, **Amount Suspended:**         0.00, **Due:**<br>**VVCA Amount:**        50.00, **Due:** 06/01/2006<br>**Restitution Amount:**         0.00<br>**Probation Time:** 0 years, 0 months, 0 days<br>**Probation Revocation:** 05/23/2006,<br>**Probation Reinstatement:** | | | |
| 5/16/2006 | | Event Scheduled<br>Event: Probation Show Cause Hearing<br>Date: 05/23/2006   Time: 9:30 am<br>Judge: BOASBERG, JAMES E   Location: Courtroom 310<br><br>Result: Held | | | |
| 5/16/2006 | | Order to Show Cause Hearing on 5/23/06 @ 9:30 am.  Entered on the Docket on 5/16/06.  Signed and Mailed on 5/15/06.  vlm. | | | |
| 3/13/2006 | | Crime Victims Compensation Fund | | 50.00 | 50.00 |

| Date | Entry |
|---|---|
| 2/27/2006 | Sentence<br>**Sentence for Charge # 1, BAIL ACT VIOLATION-MISDEMEANOR**<br>Sentence Date: 02/27/2006<br>Time: 0 years, 0 months, 180 days.<br>Time Susp: 0 years, months, 180 days.<br>Concurrent Sentence with 2005 CMD 009764,<br>Fine Amount:              0.00, Amount<br>Suspended:               0.00, Due:<br>VVCA Amount:            50.00, Due: 06/01/2006<br>Restitution Amount:      0.00<br>Probation Type: SUPVP, Start Date:<br>Probation Time: 0 years, 6 months, 0 days<br>Sentencing Comments: deft to be placed in csosa's mental health unit. |
| 2/27/2006 | Form Filed: VVCCA ORDER. |
| 2/27/2006 | Form Filed: JUDGMENT AND COMMITMENT. |
| 2/27/2006 | Event Resulted<br>The following event: Probation Show Cause Hearing scheduled for 02/27/2006 at 9:30 am has been resulted as follows:<br><br>Result: Held. CSO was present. Probationr revoked. Defendant sentenced to 180 days in jail, E.S.S as to all but TIME SERVED. Six (6) months of supervised probation. $50.00 VVCCA, due by June 1, 2006.<br>MAURICE O WILLIAMS (Defendant (Criminal));<br>; Mr WILLIAM C CLAIBORNE III (Attorney) on behalf of MAURICE O WILLIAMS (Defendant (Criminal)); Judge JAMES E BOASBERG |
| 2/14/2006 | Event Scheduled<br>Event: Probation Show Cause Hearing<br>Date: 02/27/2006   Time: 9:30 am<br>Judge: BOASBERG, JAMES E   Location: Courtroom 310<br><br>Result: Held |
| 2/14/2006 | Order - Show Cause Hearing 2/27/06 @ 9:30 am. Entered on the Docket, Signed, and Mailed on 2/14/06. vlm |
| 9/29/2005 | JUDGE: BOASBERG       , JAMES<br>DEFENSE ATTY: CLAIBORNE         ,<br>WILLIAM COLE<br>PLEA GUILTY:   1<br>JUDGMENT:      1<br>SENTENCED:     1<br>BOND STATUS: DOCK (LOCK UP)<br>    00001000    BOND CASH PCT:<br>BOND ACTION CODE:<br>COUNT: 1<br>TYPE:ESS ENTIRELY            COMMENT:TWO OR MORE COMMENTS(SEE<br>CONFINEMENT: 180 D /   CONF. SUSP: 180 D /<br>PROBATION: 009    TYPE: SUPERVISED |
| 9/14/2005 | JUDGE: BOASBERG       , JAMES<br>DEFENSE ATTY: CLAIBORNE         ,<br>WILLIAM COLE<br>CONTINUED:   1<br><br>       CONT. DATE: 09-29-2005 FOR:<br>STATUS HEARING<br>BOND STATUS: DOCK (LOCK UP)<br>    00001000    BOND CASH PCT:<br>BOND ACTION CODE: |
| 9/13/2005 | JUDGE: BOASBERG       , JAMES<br>DEFENSE ATTY: CLAIBORNE |

1449-501814

0032- 003

```
                        CONT. DATE: 09-14-2005 FOR:
                STATUS HEARING
                BOND STATUS: DOCK (LOCK UP)
                    00001000     BOND CASH PCT:
                BOND ACTION CODE:
                BENCH WARRANT ISSUED FOR  FAIL TO APPEAR -
                PR              BENCH WARRANT DISPOSED
                BY QUASHED
2/24/2005       JUDGE: LONG              , CHERYL
                DEFENSE ATTY: CLAIBORNE             ,
                WILLIAM COLE
                BENCH WARRANT ISSUED FOR  FAIL TO APPEAR -
                PR
2/15/2005       JUDGE: LONG              , CHERYL
                DEFENSE ATTY: CLAIBORNE             ,
                WILLIAM COLE
                CONTINUED:  1


                        CONT. DATE: 02-24-2005 FOR:
                STATUS HEARING
                BOND STATUS: PERSONAL RECOGNIZANCE
                             BOND CASH PCT:
                BOND ACTION CODE:
2/4/2005        JUDGE: BOASBERG          , JAMES
                DEFENSE ATTY: CLAIBORNE             ,
                WILLIAM COLE
                CONTINUED:  1


                        CONT. DATE: 02-15-2005 FOR:
                STATUS HEARING
                BOND STATUS: PERSONAL RECOGNIZANCE
                             BOND CASH PCT:
                BOND ACTION CODE:
1/26/2005       JUDGE: BOASBERG          , JAMES
                DEFENSE ATTY: CLAIBORNE             ,
                WILLIAM COLE
                CONTINUED:  1


                        CONT. DATE: 02-04-2005 FOR:
                STATUS HEARING
                BOND STATUS: PERSONAL RECOGNIZANCE
                             BOND CASH PCT:
                BOND ACTION CODE:
10/6/2004       JUDGE: HOLEMAN           , BRIAN
                DEFENSE ATTY: CLAIBORNE             ,
                WILLIAM COLE
                CONTINUED:  1


                        CONT. DATE: 01-26-2005 FOR:
                STATUS HEARING
                BOND STATUS: PERSONAL RECOGNIZANCE
                             BOND CASH PCT:
                BOND ACTION CODE:
9/2/2004        JUDGE: HOLEMAN           , BRIAN
                DEFENSE ATTY: CLAIBORNE             ,
                WILLIAM COLE
                CONTINUED:  1


                        CONT. DATE: 10-06-2004 FOR:
                STATUS HEARING
                BOND STATUS: SAFETY NET
                             BOND CASH PCT:
                BOND ACTION CODE:
9/1/2004        JUDGE: HOLEMAN           , BRIAN
                DEFENSE ATTY: CLAIBORNE             ,
                WILLIAM COLE
                CONTINUED:  1


                        CONT. DATE: 09-02-2004 FOR:
                STATUS HEARING
                BOND STATUS: DOCK (LOCK UP)
                    00001000     BOND CASH PCT:
                BOND ACTION CODE:
```

1449-501815

```
8/30/2004        JUDGE: HOLEMAN         , BRIAN
                 DEFENSE ATTY: CLAIBORNE         ,
                 WILLIAM COLE
                 CONTINUED:  1

                             CONT. DATE: 09-01-2004  FOR:
                 STATUS HEARING
                 BENCH WARRANT ISSUED FOR  FAIL TO APPEAR -
                 PR                BENCH WARRANT DISPOSED
                 BY EXECUTED (SERVED)
7/13/2004        JUDGE: LONG            , CHERYL
                 DEFENSE ATTY: CLAIBORNE         ,
                 WILLIAM COLE
                 BENCH WARRANT ISSUED FOR  FAIL TO APPEAR -
                 PR
6/28/2004        JUDGE: LONG            , CHERYL
                 DEFENSE ATTY: CLAIBORNE         ,
                 WILLIAM COLE
                 CONTINUED:  1

                             CONT. DATE: 07-13-2004  FOR:
                 STATUS HEARING
                 BOND STATUS: PERSONAL RECOGNIZANCE
                                  BOND CASH PCT:
                 BOND ACTION CODE:
6/25/2004        JUDGE: HOLEMAN         , BRIAN
                 DEFENSE ATTY: CLAIBORNE         ,
                 WILLIAM COLE
                 CONTINUED:  1

                             CONT. DATE: 06-28-2004  FOR:
                 STATUS HEARING
                 BOND STATUS: DOCK (LOCK UP)
                     00000500      BOND CASH PCT:
                 BOND ACTION CODE:
6/24/2004        JUDGE: HOLEMAN         , BRIAN
                 DEFENSE ATTY: CLAIBORNE         ,
                 WILLIAM COLE
                 CONTINUED:  1

                             CONT. DATE: 06-25-2004  FOR:
                 STATUS HEARING
                 BOND STATUS: DOCK (LOCK UP)
                     00000500      BOND CASH PCT:
                 BOND ACTION CODE:
6/23/2004        JUDGE: HOLEMAN         , BRIAN
                 DEFENSE ATTY:                   ,
                 CONTINUED:  1

                             CONT. DATE: 06-24-2004  FOR:
                 STATUS HEARING
                 BOND STATUS: D.C. CODE 23-1322(B)
                     99999999      BOND CASH PCT:
                 BOND ACTION CODE:
```

```
2004 CMD 006502      United States  Vs.  WILLIAMS, MAURICE O
```

| | | |
|---|---|---|
| Filed | 02/14/2006 | # of Pages    1 |
| Docket Entry | Order to Show Cause Entered on the Docket | |
| Attorney Participants | Sealed<br>Create Notice   F   ImagesT | Journal Name<br>Journal Book<br>Starting Page<br>Docket Nbr<br>Document Nbr<br>File Reference Nbr |

**Description**
Order - Show Cause Hearing 2/27/06 @ 9:30 am.   Entered on the Docket, Signed, and Mailed on 2/14/06.  vlm

| Entered By: | MILLERV | Updated By: | BURGESSM | Updated Date: | 02/14/2006 13:47 |
|---|---|---|---|---|---|

1449-501817

0032- 006

```
2004 CMD 006502        United States  Vs.  WILLIAMS, MAURICE O
```

| | | |
|---|---|---|
| Filed          02/14/2006 | | # of Pages      1 |
| Docket Entry  Event Scheduled | | |
| | | Journal Name |
| | | Journal Book |
| | | Starting Page |
| Attorney | | Docket Nbr |
| Participants | Sealed | Document Nbr |
| | Create    F | File Reference |
| | Notice | Nbr |

—Description—
Event Scheduled
Event: Probation Show Cause Hearing
Date: 02/27/2006    Time: 9:30 am
Judge: BOASBERG, JAMES E    Location: Courtroom 310

Result: Held

| Entered By: | MILLERV | Updated By: | DELGADOJ | Updated Date: | 02/27/2006 16:47 |

1449-501818

0032- 007

```
2004 CMD 006502        United States  Vs.  WILLIAMS, MAURICE O
```

| | | | |
|---|---|---|---|
| Filed | 02/27/2006 | | # of Pages    1 |
| Docket Entry Event Resulted - Release Status: | | | |
| | | | Journal Name |
| | | | Journal Book |
| | | | Starting Page |
| Attorney | | | Docket Nbr |
| Participants | | Sealed | Document Nbr |
| | | Create    F | File Reference |
| | | Notice | Nbr |

**Description**

Event Resulted
The following event: Probation Show Cause Hearing scheduled for 02/27/2006 at 9:30 am has been resulted as follows:

Result: Held. CSO was present. Probationr revoked. Defendant sentenced to 180 days in jail, E.S.S as to all but TIME SERVED. Six (6) months of supervised probation. $50.00 VVCCA, due by June 1, 2006.
MAURICE O WILLIAMS (Defendant (Criminal)); ; Mr WILLIAM C CLAIBORNE III (Attorney) on behalf of MAURICE O WILLIAMS (Defendant (Criminal)); Judge JAMES E BOASBERG

Entered By: DELGADOJ    Updated By: DELGADOJ    Updated Date: 02/27/2006 16:49

1449-501819

0032- 008

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
~~District of Columbia~~

vs.

Maurice O. Williams

Case No.: 2004 CMD 6502
PDID No.: 313-295

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant ~~having~~ entered a plea of ☐ Not Guilty ☑ Guilty to the Charge(s) of _Charge 1 - Bail Act Violation - Misdemeanor_

and having been found guilty by ☐ Jury ☑ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _Charge 1 - One-Hundred & Eighty (180) Days in Jail, E.S.S. as to all but time served. Six (6) months of supervised probation._

_Sentence concurrent with 2005 CMD 9764._

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed

☐ MANDATORY MINIMUM term does not apply.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☑ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☑ Observe the general conditions of probation listed on the back of this order.

☑ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer. _Defendant to be placed in CSOSA's Mental Health Unit._

☑ Treatment for, ☐ alcohol problems, ☑ drug dependency or abuse as follows: _Drug testing & treatment._

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions.)

☑ ~~The Court will disburse monies to~~ _Educational Assessment_

Costs in the aggregate amount of $ _50.00 (Fifty Dollars)_ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☑ have not been paid. _Due by June 1, 2006._

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

_Feb. 27, 2006_
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

_Feb. 27, 2006_
Date

Judge _Boasberg_

Deputy Clerk

Form CD(18)-1040/Oct. 01

1449-501820

0032-009