| | | | |
|---|---|---|---|
| Release Status | | Bond Amt | Case Judge DIAZ, PAMELA Y. |
| Arrest Agency Metro Transit Police | | Badge # | Officer |

**Defendant (Criminal)**

Full Name WILLIAMS, MAURICE O
D.O.B.   05/30/1960   S.S.N.
PDID    313295        DCDC#
DLN                   DL St
Gender  Male          Race   *Black

— 1 of 1 —
Attorney(s) O'BANION, Mr CHARLES H

Code

— 1 of 1 —
Alias Name(s) WILLIAMS, MAURICE OCTAVIUS
— 1 of 2 —
Address Type  Home Address
Address       321 ADAMS ST NE

Address Type  Home Address
Address       NO FIXED

City/ST/Zip   WASH          DC

— 1 of 4 —
Charge1    50DC1403.01[E] W   Type:Pro
CCN        014604   Arrest#510600048  Arrest Dt 02/01/2006   Enhancement(s)   0 of 0
Description Operating After Suspension

Charge2    50DC1401[D] X      Type:Pro
CCN        014604   Arrest#510600048  Arrest Dt 02/01/2006   Enhancement(s)   0 of 0
Description No Permit

Charge3    50DC1501.04[A] X   Type:Pro
CCN                 Arrest#510600048  Arrest Dt 02/02/2006   Enhancement(s)   0 of 0
Description Unregistered Vehicle

Charge4    18DCMR1104.4       Type:Pro
CCN                 Arrest#510600048  Arrest Dt 02/02/2006   Enhancement(s)   0 of 0
Description Altered Registration

Next Event            Date/Time                               0 of 0
Event Judge                                    Linked Group(s)
Case Disp   Plea -    Disp Date 05/02/2006
            Judgment Guilty

**Prosecutors**                                  0 of 0    **Case Attributes**
Agency           Full Name                                Case Number  2006 CTF 002022
                                                         Filed        02/02/2006
**Case Comments**                                         Status       Closed
Citation court date: 2006-02-02   Warrant number:         Secret Case  F    Incomplete F

1449-501839

0034- 001



```
2006 CTF 002022            District of Columbia  Vs.  WILLIAMS, MAURICE O
```

Search Criteria
 Docket Entry                              Begin Date           SortDescending
 Images          All Dockets               End Date
 Participant
 Display OptionExclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 7/6/2006 | | Case Disposed - Plea Judgment Guilty | | |
| 5/2/2006 | | Crime Victims Compensation Fund | 100.00 | 100.00 |
| 5/2/2006 | | DWI Fine | 200.00 | 200.00 |
| 5/2/2006 | | Sentence<br>**Sentence for Charge # 1, Operating After Suspension**<br>**Sentence Date:** 05/02/2006<br>**Confinement Type:** Confinement<br>**Time:** 0 years, 0 months, 90 days.<br>**Time Susp:** 0 years, months, 90 days.<br>**Amount To Serve:** 0 years, 0 months, 0 days.<br>**Fine Amount:** 200.00, Amount **Suspended:** , **Due:** 09/04/2006<br>**VVCA Amount:** 100.00, **Due:** 09/04/2006<br>**Probation Type:** UNSUVP, **Start Date:** , **End Date:**<br>**Probation Time:** 1 years, 0 months, 0 days | | |
| 5/2/2006 | | Event Resulted<br>The following event: Status Hearing scheduled for 05/02/2006 at 9:00 am has been resulted as follows:<br><br>Result: Change of Plea<br>Judge: DIAZ, PAMELA Y.    Location: Courtroom 120.  PSI WAIVED  THE DEFT. RELEASE<br>MAURICE O WILLIAMS (Defendant (Criminal));<br>; Mr CHARLES H O'BANION (Attorney) on behalf of MAURICE O WILLIAMS (Defendant (Criminal)); Judge PAMELA Y. DIAZ | | |
| 5/2/2006 | | Form Generated:<br><br>Release Order - Jail<br>Sent on: 05/02/2006 15:40:27 | | |
| 5/2/2006 | | Form Filed:   CONSENT TO PLEA BEFORE A MAGISTRATE JUDGE | | |
| 5/2/2006 | | Form Filed:   RELEASE ORDER | | |
| 5/2/2006 | | Form Filed:   POST AND FORFIET | | |
| 5/2/2006 | | Form Filed:   WAIVER OF TRIAL | | |

1449-501840

0034- 002

| Date | Entry |
|---|---|
| 5/2/2006 | Form Filed:  VVCC COST |
| 5/2/2006 | Sentence<br>Sentence for Charge # 1, Operating After Suspension<br>Time: 0 years, 0 months, 90 days.<br>Time Susp: 0 years,  months, 90 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>Fine Amount:     200.00, Amount Suspended: , Due: 09/04/2006<br>VVCA Amount:     100.00, Due: 09/04/2006<br>Probation Type: UNSUVP, Start Date: , End Date:<br>Probation Time: 1 years, 0 months, 0 days |
| 5/2/2006 | Charge Disposed - Security Forfeited |
| 5/2/2006 | Charge Disposed - Plea Judgment Guilty |
| 5/2/2006 | Charge Disposed - Nolle Prosequi |
| 5/2/2006 | Charge Disposed - Nolle Prosequi |
| 5/1/2006 | Event Resulted<br>The following event: Bench Warrant Return Hearing scheduled for 05/01/2006 at 2:20 pm has been resulted as follows:<br><br>Result: Held<br>Judge: DIAZ, PAMELA Y.   Location: Courtroom 120<br>MAURICE O WILLIAMS (Defendant (Criminal));<br>; Judge PAMELA Y. DIAZ |
| 5/1/2006 | Form Generated:<br><br>Prisoner Return<br>Sent on: 05/01/2006  17:00:35 |
| 5/1/2006 | Form Generated:<br><br>Commitment Pending Disposition<br>Sent on: 05/01/2006  16:58:37 |
| 5/1/2006 | Event Scheduled<br>Event: Status Hearing<br>Date: 05/02/2006  Time: 9:00 am<br>Judge: DIAZ, PAMELA Y.   Location: Courtroom 120<br><br>Result: Change of Plea |
| 5/1/2006 | Form Generated:<br><br>Notice to Return to Court<br>Sent on: 05/01/2006  16:57:07 |
| 5/1/2006 | CJA Eligibility Form Filed<br><br>ELIGIBLE |
| 5/1/2006 | Event Scheduled<br>Event: Bench Warrant Return Hearing<br>Date: 05/01/2006  Time: 2:20 pm<br>Judge: MCCARTHY, MICHAEL J   Location: Courtroom 115 |
| 5/1/2006 | Alert Changed<br>*Failure to Appear issued on 04/14/2006<br>For: WILLIAMS, MAURICE O was changed on 05/01/2006  12:56:59 by SMITHG<br>WIN #:  W0469912 |
| 5/1/2006 | Alert Served:DCL 15-NO JACKET-CLEARED FROM WALES-GJS<br>*Failure to Appear served on: 05/01/2006<br>For: WILLIAMS, MAURICE O<br>WIN #:  W0469912 |
| 4/14/2006 | *Bench Warrant Issued-BENCH WARRANT ENTERED |

1449-501841

0034- 003

| Date | Entry |
|---|---|
| | Bench Warrant (D.C. Only)<br>Sent on: 04/14/2006 13:19:26 |
| 4/14/2006 | Alert Issued<br>*Failure to Appear issued on: 04/14/2006<br>For: WILLIAMS, MAURICE O<br>Bond Amt: $200.00 CASH<br>Alert Conditions(s):<br><br>Participant(s): Judge MARY ELLEN ABRECHT<br>on behalf of Judge MICHAEL J MCCARTHY |
| 4/14/2006 | Defendant Failed to Appear<br>The following event: Status Hearing<br>scheduled for 04/14/2006 at 9:00 am has<br>been resulted as follows:<br><br>Result: Defendant Failed to Appear<br>Charge #1: Arrest Charge<br>Participant(s): Judge MARY ELLEN ABRECHT<br>on behalf of Judge MICHAEL J MCCARTHY |
| 4/7/2006 | Information Concerning Possible Enhancement<br>of Penalties virtue of committing an<br>offense during release. |
| 4/5/2006 | Information Concerning Possible Enhancement<br>of Penalties virtue of committing an<br>offense during release.<br>Attorney: CARROLL, Ms ELIZABETH H (451279) |
| 2/9/2006 | Release Conditions<br>Party Name: WILLIAMS, MAURICE O  Party<br>Type: Defendant (Criminal)<br><br>1) Do not Drive in DC without a Valid<br>Permit: BOND, Entry Date: 02/08/2006,<br>Completion Date: , Amended Date: |
| 2/8/2006 | Event Resulted<br>The following event: Detention Hearing<br>scheduled for 02/08/2006 at 9:00 am has<br>been resulted as follows:<br><br>Result: Held<br>Defendant released on PR |
| 2/8/2006 | Event Scheduled<br>Event: Status Hearing<br>Date: 04/14/2006   Time: 9:00 am<br>Judge: DIAZ, PAMELA Y.   Location:<br>Courtroom 120 |
| 2/8/2006 | Form Generated:<br><br>Release Order - Jail<br>Sent on: 02/08/2006 18:51:24 |
| 2/8/2006 | Form Generated:<br><br>Notice to Return to Court<br>Sent on: 02/08/2006 18:50:58 |
| 2/8/2006 | Form Generated:<br><br>Notice to Return to Court<br>Sent on: 02/08/2006 18:50:46 |
| 2/2/2006 | Attorney Appointed/Dismissed<br>Attorney O'BANION, Mr CHARLES H<br>representing Defendant (Criminal) WILLIAMS,<br>MAURICE O as of 02/02/2006 |
| 2/2/2006 | Form Filed:PD 163 FILED |
| 2/2/2006 | Pre Trial Report |
| 2/2/2006 | CJA Eligibility Form Filed |
| 2/2/2006 | Form Generated:<br><br>Commitment Pending Disposition |

1449-501842

0034- 004

```
                    Sent on:  02/02/2006  15:16:49
2/2/2006            Event: Detention Hearing
                    Date: 02/08/2006    Time: 9:00 am
                    Judge: MCCARTHY, MICHAEL J    Location:
                    Courtroom 115

                    Result: Held
2/2/2006            Event Resulted
                    The following event: DC/Traffic Arraignment
                    scheduled for 02/02/2006 at 1:20 pm has
                    been resulted as follows:

                    Result: Held
2/2/2006            Event Scheduled
                    Event: DC/Traffic Arraignment
                    Date: 02/02/2006    Time: 1:20 pm
                    Judge: MCCARTHY, MICHAEL J    Location:
                    Courtroom 115

                    Result: Held
2/2/2006            Charge Filed
                    Charge #3: Arrest Charge
```

2006 CTF 002022          District of Columbia  Vs.  WILLIAMS, MAURICE O

| Filed | 02/02/2006 | | # of Pages | 1 |
|---|---|---|---|---|

Docket Entry Event Scheduled

| Attorney Participants | | Sealed | Journal Name | |
| | | Create Notice | F | Journal Book Starting Page Docket Nbr Document Nbr File Reference Nbr |

Description
Event Scheduled
Event: Detention Hearing
Date: 02/08/2006    Time: 9:00 am
Judge: MCCARTHY, MICHAEL J    Location: Courtroom 115

Result: Held

| Entered By: | WILSONB | Updated By: | JENKINSD | Updated Date: | 02/08/2006 18:52 |
|---|---|---|---|---|---|

1449-501844

0034- 006



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

Case No.: **2006 CTF 002022**

United States/District of Columbia

vs

**MAURICE O WILLIAMS**

PDID No : 313295

DCDC:

SSN: --

Date of Birth: 05/30/1960

## COMMITMENT PENDING DISPOSITION
## DC JAIL

TO: SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL:

Pursuant to D.C. Code **23-1322(a)1C** receive into your custody **MAURICE O WILLIAMS**, who is charged with:

## OAS

Comments:

Separate From:

**BOND SET: NO BOND**

Defendant is committed into your custody until further order of the Court.

Next scheduled court appearance:

Detention Hearing at 9:00 am on **Wednesday February 08, 2006** in Courtroom 115, 500 Indiana Avenue N.W., WASHINGTON, DC 20001

WITNESS the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court on this date February 2, 2006

_____
Judge MICHAEL J MCCARTHY

Dwayne Jenkins _____
Deputy Clerk

# COMMITMENT

Case: 2006 CTF 002022

BURGESSM 02/06/2006 4:07:53 PM

1449-501845

0034- 007

```
2006 CTF 002022         District of Columbia  Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/02/2006 | | # of Pages | 1 |
|---|---|---|---|---|
| Docket Entry | Event Scheduled | | | |

|  |  |  | Journal Name | |
|---|---|---|---|---|
|  |  |  | Journal Book | |
|  |  |  | Starting Page | |
| Attorney |  |  | Docket Nbr | |
| Participants | Sealed |  | Document Nbr | |
|  | Create | F | File Reference | |
|  | Notice |  | Nbr | |

―Description
Event Scheduled
Event: Detention Hearing
Date: 02/08/2006    Time: 9:00 am
Judge: MCCARTHY, MICHAEL J    Location: Courtroom 115

Result: Held

| Entered By: | WILSONB | Updated By: | JENKINSD | Updated Date: | 02/08/2006 18:52 |
|---|---|---|---|---|---|

1449-501846

0034- 008

```
2006 CTF 002022        District of Columbia  Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/08/2006 | | | # of Pages | 1 |
|---|---|---|---|---|---|
| Docket Entry Form Generated: | | | | | |

| | | | | Journal Name | |
| --- | --- | --- | --- | --- | --- |
| | | | | Journal Book | |
| | | | | Starting Page | |
| Attorney | | | | Docket Nbr | |
| Participants | | Sealed | | Document Nbr | |
| | | Create | F | ImagesT | File Reference |
| | | Notice | | | Nbr |

**Description**

Form Generated:

Release Order - Jail
Sent on: 02/08/2006  18:51:24

| Entered By: | JENKINSD | Updated By: | DTM | Updated Date: | 02/08/2006 18:51 |
|---|---|---|---|---|---|

1449-501847

0034- 009



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES
DISTRICT OF COLUMBIA

vs.

MAURICE O WILLIAMS

Case No: 2006 CTF 002022

PDID: 313295

DCDC#:

### RELEASE ORDER

TO: Superintendent, D.C. Jail

Disposition having been entered on this date 2/8/2006 in the above-entitled case,

It is HEREBY ORDERED that the defendant be released from custody in this case.

_____
Dwayne Jenkins, DEPUTY CLERK

Date: February 8, 2006

_____
MICHAEL J MCCARTHY
JUDGE / MAGISTRATE JUDGE

# RELEASE



HALLR 02/10/2006 6:23:06 AM

1449-501848

0034- 010

```
2006 CTF 002022          District of Columbia  Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/08/2006 | | # of Pages | 1 |
|---|---|---|---|---|
| Docket Entry | Event Scheduled | | | |
| | | | Journal Name | |
| | | | Journal Book | |
| | | | Starting Page | |
| Attorney | | | Docket Nbr | |
| Participants | | Sealed | Document Nbr | |
| | | Create   F | File Reference | |
| | | Notice | Nbr | |

Description
Event Scheduled
Event: Status Hearing
Date: 04/14/2006   Time: 9:00 am
Judge: DIAZ, PAMELA Y.   Location: Courtroom 120

| Entered By: | JENKINSD | Updated By: | JENKINSD | Updated Date: | 02/08/2006 18:52 |

```
2006 CTF 002022        District of Columbia  Vs.  WILLIAMS, MAURICE O
```

| | | |
|---|---|---|
| Filed | 02/08/2006 | # of Pages    1 |

Docket Entry Event Resulted - Release Status:

```
                                                      Journal Name
                                                      Journal Book
                                                      Starting Page
Attorney                                              Docket Nbr
Participants               Sealed                     Document Nbr
                           Create        F            File Reference
                           Notice                     Nbr
```

**Description**
Event Resulted
The following event: Detention Hearing scheduled for 02/08/2006 at 9:00 am has been resulted as follows:

Result: Held
Defendant released on PR

| Entered By: | JENKINSD | Updated By: | CIPULLOD | Updated Date: | 02/09/2006 14:53 |
|---|---|---|---|---|---|

```
2006 CTF 002022           District of Columbia  Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/08/2006 | | | # of Pages | 1 |
|---|---|---|---|---|---|
| Docket Entry Form Generated: | | | | | |
| | | | | Journal Name | |
| | | | | Journal Book | |
| | | | | Starting Page | |
| Attorney | | | | Docket Nbr | |
| Participants | | Sealed | | Document Nbr | |
| | | Create | F    ImagesT | File Reference | |
| | | Notice | | Nbr | |

Description
Form Generated:

Release Order - Jail
Sent on: 02/08/2006  18:51:24

| Entered By: | JENKINSD | Updated By: | DTM | Updated Date: | 02/08/2006 18:51 |
|---|---|---|---|---|---|

```
2006 CTF 002022          District of Columbia  Vs.  WILLIAMS, MAURICE O
```

| Filed | 02/08/2006 | | | # of Pages | 1 |
|---|---|---|---|---|---|

Docket Entry Form Generated:

Attorney
Participants

Sealed
Create      F    ImagesF
Notice

Journal Name
Journal Book
Starting Page
Docket Nbr
Document Nbr
File Reference
Nbr

**Description**
Form Generated:

Notice to Return to Court
Sent on:  02/08/2006  18:50:46

| Entered By: | JENKINSD | Updated By: | JENKINSD | Updated Date: | 02/08/2006 18:50 |
|---|---|---|---|---|---|

1449-501852

0034- 014