SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: M-9764-05 |
| v. : | Judge Boasberg |
| : | Misd. Calendar 1 |
| MAURICE WILLIAMS : | |

ORDER

The Court has reviewed the attached Violation Report, notifying the Court that Defendant has violated conditions of probation by failing to abide by all conditions ordered by this Court.

The Court ORDERS that:

1. Defendant appear before this Court on February 27, 2006, at 9:30 a.m. in Courtroom 310 to show cause why probation should not be revoked; and

2. Defendant's counsel and a representative of the United States Attorney's Office shall also be present.

IT IS SO ORDERED.

_Feb. 14, 2006_
Date

_James E. Boasberg_
Judge

Copy faxed from chambers on February 14, 2006, to:

Philip Pratt, CSO
Court Services and Offender Supervision Agency
202-442-1587

1449-400362

0035-001

Copy mailed from chambers on February 14, 2006, to:

William Claiborne, Esquire
717 D. St., NW
Suite 210
Washington, DC 20004
Counsel for Defendant

Alex Dahl
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530

Maurice Williams
321 Adams St., NE
Apt. 2
Washington, DC 20002

1449-400363

0035-002



## Court Services and Offender Supervision Agency
## for the District of Columbia

*Community Supervision Services*
*General/Special Supervision Branch VII*

### ALLEGED VIOLATION REPORT

| | | | |
|---|---|---|---|
| **TO:** | The Honorable **James E. Boasberg** | **Date:** | February 3, 2006 |
| **FROM:** | Philip A. Pratt<br>Community Supervision Officer<br>Team 49 | **Telephone:** | 202.442.1418 |
| **RE:** | **Maurice Octavius Williams** | **DOB:** | May 30, 1960 |
| **Address:** | 321 Adams St.., NE #2<br>Washington, DC 20002 | | |
| **Probation Offense(s):** | Bail Reform Act-Misdemeanor | **Docket #:** | M-6502-04 |
| | Bail Reform Act | | M-9764-05 |
| **Probation Dates:** | From: October 13, 2005<br>To: July12, 2006 | **PDID #:** | 313-295 |

| | | | |
|---|---|---|---|
| **Re-Arrest Violation:** | Yes | **Docket No:** | 2006-CTF-2022 |
| **Offense(s):** | Operating After Suspension<br>Unregistered Vehicle | | |
| **Disposition:** | Not Sentenced | | |
| **Bond Status:** | No Bond | | |

**TECHNICAL VIOLATIONS:**

☒ The Offender tested Positive for Cocaine on October 20, 25, 28, November 1, 4, 8, 15, 18, December 6, 13, 20, and 29 2005.

☒ The Offender Failed to Report to Drug Testing on November 22, 25, December 2, 9, 16, 23, 27, 2005, January 3, and 5, 2006.

☒ The Offender Failed to Report to the Central Intervention Team on January 4, 2006 for a Substance Abuse Treatment Assessment.

☒ The Offender Water-Loaded on October 25, 2005.

☒ The Offender was suspended from drug testing on November 25, 2005, December 27, 2005 and January 5, 2006 for his failures to report.

*800 North Capitol Street, N.W. Rm. 2236. Washington, D.C. 20002*
*Voice: 202.442.1418  Fax: 202.442.1587*

1449-400364

0035- 003

Court Services and Offender Supervision Agency                                                         Page 2

**PROBATION ADJUSTMENT:**

On September 29, 2005 the offender was found guilty as noted above. The offender was sentenced to 180 days, ESS as to all but time served on both counts followed by nine months supervised probation, concurrent. The offender was assessed a $100.00 VVCC. The conditions of probation were to submit to drug testing and intensive outpatient treatment.

This officer assumed supervision of this case on October 13, 2005. The offender initially failed to report to the Offender Processing Unit. The Loss of Contact procedures were implemented and on October 20, 2005 the offender reported and the orientation process was completed with Mr. Williams and the general & special conditions of his probation were reviewed. The offender was given a spot test that day and was placed in Schedule 1 urine surveillance and instructed to submit on Tuesdays and Fridays. As noted above the offender tested positive for illegal substances. As a sanction the offender was maintained at the highest level of testing. As of this date the offender has again been suspended from testing for multiple failures to report.

In addition to the testing schedule and to address the special condition of treatment, the offender was scheduled to have a substance abuse treatment assessment on January 4, 2006, but he failed to keep that appointment. This officer is in the process of securing another date for the offender to have a substance abuse treatment assessment.

This officer scheduled a Mental Health assessment, due to the offender stating that he had mental health issues. The offender's initial assessment date was November 3, 2005. Mr. Williams failed to keep that appointment and was re-scheduled for December 6, 2005. The offender reported to the assessment and Dr. Nuha Abudabbeh, Clinical & Forensic Psychologist, recommended that the offender be supervised in the Mental Health Unit.

The offender reported his home address as 321 Adams Street, Northeast, Washington, D.C. 20002. Via his contact sheets, the offender reports that the above noted address is where he stays. This officer conducted a home verification on January 26, 2006 and spoke with the offender's wife, Ms. Michelle Fenwick-Williams, who stated no problems, but that she was concerned that he isn't working.

The offender currently is unemployed. Due to testing positive for illegal substances, he cannot be referred to the VOTEE Unit to assist in job placement.

On February 3, 2006 this officer contacted the D.C. Superior Court's Criminal Finance Office and spoke with a clerk to inquire into the offender's payment of his $100.00 to the VVCC. As of this date there has been no payment.

On February 3, 2006 this officer conducted a WALES/NCIC Warrant Check and the offender has no outstanding warrants. In respect to public safety, the offender is considered to present a high criminal risk to public safety as a result of his re-arrest, his non-compliance and continued involvement with illegal substances. This activity also suggests that he has not made the appropriate attitudinal changes that would result in a positive change in his behavior.

1449-400365

Court Services and Offender Supervision Agency                                                    Page 3

Consequently this has had a negative impact on adjustment in the community during this period of supervision.

**RECOMMENDATION:**

Your Honor this officer requests a Show-Cause Hearing.

Prepared by:
Signature: *Philip A. Pratt*        Date: 2/3/06
*Community Supervision Officer-Team 49*


Approved by:
Signature: *Ronald Jackson*         Date: 2·3·06
*Supervisory Community Supervision Officer*

1449-400366

0035- 005