# Section F
# Information Systems and Research

**Principle: A written body of policy and procedure establishes the facility's procedures for information storage and retrieval, master indexes, daily reports, evaluation, and research.**

## Information System

**3-ALDF-1F-01**  
**(Ref. 2-5090)**  
The facility contributes to, has access to, and uses an organized system of information storage, retrieval, and review. The information system is part of an overall research and decision-making capacity relating to both inmate and operational needs.

*Comment:*  
Correctional information systems facilitate decision making, research, and timely responses to offender needs and outside inquiries. In large correctional systems, information systems often are the responsibility of the parent agency. If the parent agency does not provide this function, the facility should train and assign specific personnel to this function.

**3-ALDF-1F-02**  
**(Ref. 2-5105)**  
All staff who have direct access to information in the information system are trained in and responsive to the system's security requirements.

*Comment:*  
Written policy should specify which persons have direct access to the information system.

## Sharing of Information

**3-ALDF-1F-03**  
**(Ref. 2-5092)**  
The facility or parent agency collaborates with criminal justice and service agencies in information gathering, exchange, and standardization.

*Comment:*  
Systemwide collaboration is critical to effective management and timely decisionmaking and helps prevent or reduce duplication of effort and costs. Facilities should share information among themselves while respecting the confidentiality and privacy of offender records.

## Master Index and Daily Reports

**3-ALDF-1F-04**  
**(Ref. 2-5094)**  
Written policy and procedure provide for an inmate population accounting system that includes records on the admission, processing, and release of inmates.

*Comment:*  
None.

Part One. Administration and Management



| | |
|---|---|
| **3-ALDF-1F-05**<br>(Ref. 2-5104) | The facility maintains a system that identifies all inmates in custody and their actual physical locations. |

*Comment:*
None.

| | |
|---|---|
| **3-ALDF-1F-06**<br>(Ref. 2-5175) | The facility administration maintains a written record of the following:<br><br>• personnel on duty<br>• inmate population count<br>• admissions and releases of inmates<br>• shift activities<br>• entry and exit of physicians, attorneys, and other visitors<br>• unusual occurrences |

*Comment:*
None.

| | |
|---|---|
| **3-ALDF-1F-07**<br>(Ref. 2-5099) | Intake booking information is recorded for every person admitted to the facility and includes at least the following data, unless prohibited by law:<br><br>• picture<br>• booking number<br>• name and aliases of person<br>• current address (or last known address)<br>• date, duration of confinement, and a copy of the court order or other legal basis for commitment<br>• name, title and signature of delivering officer<br>• specific charge(s)<br>• sex<br>• age<br>• date of birth<br>• place of birth<br>• race<br>• present or last place of employment<br>• health status, including any current medical or mental health needs<br>• emergency contact (name, relation, address and phone number)<br>• driver's license and social security numbers<br>• notation of cash and all property<br>• additional information concerning special custody requirements, service needs, or other identifying information such as birthmark or tattoos |

*Comment:*
None.