## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,                                    :

      Plaintiffs                :

                        :    Civil Action No. 06-315 (RCL)

      v.                        :

Government of the District        :
Of Columbia,                      :

      Defendants.               :

### AFFIDAVIT OF CHANTEL HENSON

      I, Chantel Henson, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      On July 14, 2006 I appeared before the Honorable Diana Epps in D.C. Superior Court in case 2006-DVM-1550.  Judge Epps entered an order that I be held for 5 days pursuant to D.C. Code 22-1322 (a)1(c).

2.      Accordingly, I was taken from Courtroom 119 at D.C. Superior Court and confined at the Correctional Treatment Facility (CTF) on July 14, 2006.

3.      On Friday, July 21, 2006 I was transported from CTF to D.C. Superior Court where I again appeared before Judge Epps in case 2006-DVM-1550.  The government was not prepared to go forward with a Detention Hearing and at 10:30 a.m. on July 21, 2006 Judge Epps entered an order that I be released.

4.      After my court appearance before Judge Epps on July 21, 2006, I was not taken to the grounds of the D.C. General Hospital and processed out. Rather, I was taken back to CTF and incarcerated.

5.      On my return to the CTF on December 21, 2005 I was strip searched. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing).  A guard looked at my genitals.  I had to turn around and

**1449-501917**

0037- 001

spread my butt cheeks.  The guard looked in my butt cheeks.

6.    My mother waited outside the DC Jail until late in the evening on July 21 and returned the next day.  After numerous telephone calls from my mother to the DC Jail and to my attorney, I was finally released from CTF on Saturday, July 22, 2006.  My mother informs me that DC Jail personnel told her that I was not released because the DC Jail had no 'paperwork' from the court indicating that I had been released.

7.    I was illegally detained for 1 day, from July 21, 2006 to July 22, 2006.

8.    I did not have any arrest warrants, wants, detainers or warrants as of July 21, 2006.

Date: _7/28/06_
City: Washington, D.C.

Respectfully submitted,

_Chantel Henson_
Chantel Henson

PDID: 531375
DCDC: 311043
DOB: 12/27/1986
SSN: _____

**1449-501918**

0037- 002