# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Carl Barnes, et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | **Civil Action No. 06-315 (RCL)** |
| **v.** | : | |
| | : | |
| **Government of the District** | : | |
| **of Columbia,** | : | |
| | : | |
| **Defendant** | : | |

## AFFIDAVIT OF JEFFREY S. OWENS

I, Jeffrey S. Owens, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On December 16, 2005 I was arrested in case PS-3498-95 for allegedly failing to make court ordered child support payments. On said date I was brought before a judicial officer in the Superior Court of the District of Columbia who entered an order that I be held until December 23, 2005. Accordingly, I was stepped back to the D.C. Jail.

2. On December 23, 2005 I was transported from the DC Jail to D.C. Superior Court and again appeared before a judicial officer, who ordered that I be released.

3. Instead of being taken to the grounds of the DC General Hospital and processed out, I was transported from DC Superior Court back to the D.C. Jail and incarcerated.

4. I was strip searched on my return from court on December 23, 2006. I had to take off all of my clothes (The Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

5. On or about February 23 , 2006 I failed to appear for a Review Hearing in case PS-3498-95 because I was being illegally detained in the D.C. Jail and a bench warrant issued for my arrest.

**1449-501919**

0038- 001

6.  On March 29, 2006 I was taken from the D.C. Jail to D.C. Superior Court and appeared before Judge _Doyle_____, who expressed dismay over my illegal detention and ordered my immediate release.

7.  Accordingly, I was taken to the grounds of the D.C. General Hospital and processed out. I was released at approximately 10:00 p.m. on March 29, 2006.

8.  I was overdetained and illegally incarcerated for 96 days, from December 23, 2005 until March 29, 2006.

9.  I did not have any arrest warrants, wants, detainers or warrants after Judge P. Diaz released me on December 23, 2005.

Date: June 6, 2006
City: Washington, D.C. at Superior Court
DCDC: 211026
DOB: 8/10/62
PDID: _____
SSN _____

_Jeffrey Owens_

Jeffrey Owens

**1449-501920**

0038- 002