# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,       :
                       :
      Plaintiffs     :
                       :     Civil Action No. 06-315 (RCL)
         v.         :
                       :
Government of the District   :
Of Columbia,           :
                       :
     Defendants.     :

## AFFIDAVIT OF JOHN WEST

I, John West, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    On January 14, 2005 in D.C. Superior Court the Honorable Gerald Fisher entered a sentence that I be incarcerated for 60 days in jail in case 2004-FEL-4805 and that I be imprisoned for 14 months, consecutive, in case 2004-FEL-4806.

2.    Accordingly, I was given over to the custody of the Bureau of Prisons to serve the sentence of 14 months. I completed said sentence in Chicago on January 13, 2006 and I was released by the Bureau of Prisons to a D.C. detainer and transported to the D.C. Jail to serve the 60 days sentence in case 2004-FEL-4805.

3.    I arrived at the DC Jail on January 29, 2006. My 60 day sentence expired on March 13, 2006. I was not released on March 13, 2006. I was released from the D.C. Jail on March 23, 2006.

4.    I was illegally detained for 10 days, from March 13, 2006 to March 23, 2006.

**1449-501921**

5.    I did not have any arrest warrants, wants, detainers or warrants as of March 13, 2006.

Date: July 28, 2006
City: DC Jail

Respectfully submitted,

John West (aka Isaac Tucker)

PDID: 558105
DCDC: 299215
DOB:  1/1/80
FCI #211-54-424

**1449-501922**

0039- 002