UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,               :
                                   :
     Plaintiffs                    :
                                   :    Civil Action No. 06-315 (RCL)
          v.                       :
                                   :
Government of the District         :
Of Columbia,                       :
                                   :
     Defendants.                   :

### AFFIDAVIT OF JAMES G. JONES REGARDING SECOND OVERDETENION

I, James G. Jones, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. At 11:34 a.m. on the morning of July 17, 2006 I appeared before the Honorable Brian Holeman in D.C. Superior Court in case 2006-CF2-12391. At the time, I was being held without bond in said matter. Judge Holeman entered an order releasing the hold, placed me on Personal Recognizance, and ordered that I be placed on home confinement in the Heightened Supervision Program.

2. On July 17, 2006 I had two other pending cases, 2006-CF2-7396 and 2006-CMD-3682. I was on Personal Recognizance in these two matters and that release condition was not changed.

3. After my court appearance before Judge Holeman on July 17, 2006 I was not taken to the grounds of the D.C. General Hospital and processed out. I was taken back to the D.C. Jail and incarcerated.

4. On my return to the D.C. Jail on July 17, 2006 I was strip searched. I had to take off all of my clothes (the Department of Corrections jump suit I

**1449-501923**

0040- 001

was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

5. I have been informed that my family made telephone calls to D.C. Jail records and were told that Jail Records had no 'paperwork' from Superior Court ordering my release. I have been informed that my attorney contacted Judge Holeman's law clerk who took steps to secure my release. I was finally released from the D.C. Jail at approximately 9:30 p.m. on July 18, 2006.

6. I was illegally detained for 1 day, from July 17, 2006 to July 18, 2006.

7. I did not have any arrest warrants, wants, detainers, holds, or warrants as of July 17, 2006.

Date: July 28, 2006
City: Washington, D.C.

Respectfully submitted,

_____
James G. Jones

PDID: 336522
DCDC: 285616
DOB: 1/30/62
SSN:

1449-501924

0040- 002