UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Barnes, et al., | : |
| Plaintiffs | : |
| v. | : Civil Action No. 06-315 (RCL) |
| Government of the District Of Columbia, | : |
| Defendants. | : |

## AFFIDAVIT OF RAYMOND BUTTS

I, Raymond Butts, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On February 8, 2006 I was arrested on drug possession charges in case 2006-CMD-2445 in D.C. Superior Court and released on Personal Recognizance. On March 7, 2006 I did not appear for a hearing and a bench warrant issued. On April 29, 2006 I was arrested on said warrant and held without bond in said matter until July 3, 2006 when it was dismissed as part of a plea agreement with case 2006-CMD-8457.

2. On April 29, 2006 I was arrested and charged with a Bail Reform Act violation in case 2006-CMD-8457 and held without bond for 5 days under D.C. Code 22-1322 A1(a). On May 1, 2006 a Detention Hearing and a Status Hearing was held in said matters. I appeared before the Honorable John Bayly who entered an order that I be held pending disposition in both pending cases.

3. On July 3, 2006 I entered into a plea agreement and pled guilty to one count of a Bail Reform act violation in case 2006-CMD-8457 whereby case 2006-CMD-2445 was dismissed . Judge Bayly sentenced me to serve 70 days with credit for time served to be followed by probation.

**1449-501925**

0041- 001

4. Inasmuch as I had already served 66 days by the day of sentencing, I should have been released on July 7, 2006. I was not released on July 7, 2006 and remain incarcerated at the D.C. Jail. I was provided with information (a "face sheet") that I was scheduled to be released on September 10, 2006.

5. Jail records did not give any credit for time served in case 2006-CMD 8457.

6. I contacted my attorney, Angela Plater, regarding my overdetention. Ms. Plater contacted Judge Bayly and I was released from the D.C. Jail on July 26, 2006.

7. I was illegally detained for 19 days, from July 7, 2006 to July 26, 2006.

8. I did not have any arrest warrants, wants, detainers or warrants as of July 7, 2006.

Date: 7/30/06
City: Washington, D.C.

Respectfully submitted,

*Raymond Butts*
Raymond Butts

PDID: 443465
DCDC: 291004
DOB: 8/8/1965

1449-501926

0041- 002