UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,              :
                                  :
        Plaintiffs                :
                                  :  Civil Action No. 06-315 (RCL)
              v.                  :
                                  :
Government of the District        :
Of Columbia,                      :
                                  :
        Defendants.               :

### AFFIDAVIT OF ERVIN HALTIWANGER

I, Ervin Haltiwanger, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On July 26, 2006 I was being held without bond at the D.C. Jail in case _06-CMD-6247_. On July 26, 2006 I appeared before the Honorable _Lynn Leibovitz_ in D.C. Superior Court in said case and, at approximately 11:00 a.m., Judge _Leibovitz_ entered an order dismissing the case and releasing me from detention.

2. After my court appearance before Judge _Leibovitz_ on July 26, 2006, I was not taken to the grounds of the D.C. General Hospital and processed out. Rather, I was taken back to the ~~D.C. Jail~~ CTF and incarcerated.

3. On my return to the ~~D.C. Jail~~ CTF on July 26, 2006 I was strip searched. I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

4. I was finally released from the D.C. Jail at approximately 1:00 p.m. on July 27, 2006.

5. Prior to my release on July 27, 2006, I was again strip searched.

1449-502110

0042- 001

I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

6. I was illegally detained for 1 day, from July 26, 2006 to July 27, 2006.

7. I did not have any arrest warrants, wants, detainers or warrants as of July 26, 2006.

Date: July 31, 2006
City: Washington, D.C.

Respectfully submitted,

*E Haltiwanger*
Ervin Haltiwanger

PDID:
DCDC: 159357
DOB: 1/3/48
SSN:

1449-502111

0042- 002