Copyright 2006 The Atlanta Journal-Constitution

# The Atlanta Journal-Constitution

The Atlanta Journal-Constitution

July 3, 2006 Monday
Main Edition

**SECTION:** NEWS; Pg. 1A

**LENGTH:** 1445 words

**HEADLINE:** EXTENDED STAY;
Fulton jail is slow to let go;
Inmates ordered released often held several days more

**BYLINE:** RHONDA COOK; Staff

**BODY:**

Ari Gordin spent a weekend in the Fulton County Jail even though a judge dismissed the traffic-related charges against him and ordered him freed just hours after his arrest.

His parents had no idea where to find their son, a 20-year-old Georgia Tech student. They phoned friends, hospitals and the police --- who suggested calling the jail. The person answering the phone at the jail said the computer was down so it was impossible to know if their son was among the more than 2,500 inmates.

Gordin had been stopped about a mile from his parents' Buckhead home at 9:30 p.m. on March 18. He was charged with speeding, failure to produce his license on demand and obstruction.

Gordin mouthed off to the police officer, who hauled him to jail. He remained in the jail, which houses men accused of murder, rape and assorted other crimes, a day and a half after a judge ordered his release.

While this was a traumatic experience in the life of a college student, it is not rare for people processed through the Fulton County Jail.

It is difficult to independently estimate how many of those in the jail on any given day are being held despite a judge's order to free them, but people who monitor conditions at the complex say it could reach into the hundreds.

A check of jail records by The Atlanta Journal-Constitution seems to support their contention. On May 13, for example, 18 of the 84 people released that day had been behind bars two to three days after a judge had ordered them released. The next day, 16 of the 74 released had remained in jail two to five additional days.

On June 17, some 21 of the 110 people released had been in jail two to three additional days.

Jail officials last month started tracking how many inmates were held after being ordered released. From June 4 to June 17, the jail reported that 75 people were held longer than 24 hours. They estimated it takes an average of 15 hours to release an inmate who has been ordered freed.

Among large metro Atlanta counties, Fulton stands apart in this slowness. Officials in Cobb and Gwinnett counties say they let people out in two to three hours. DeKalb County officials say they average eight hours.

The extended stays have prompted at least one lawsuit against Fulton. Last year, lawyers representing 11 former detainees filed a suit in federal court arguing that chronic overcrowding and system failures have led to unlawful deten-

tions. The lawyers said they had collected more than 100 affidavits from inmates who claim they were jailed beyond their release date.

One of the men who brought the lawsuit, Dwight Mallory, said he was in jail for six days for missing child support payments because of a computer check that contained erroneous data. He was jailed even though he told police the support payments were automatically deducted from his paycheck. The next day, a judge ordered Mallory freed after confirming he had been detained in error.

Still, Mallory sat in jail another four days. He said jail officials told him his release was delayed because of a processing backlog. He said his time in jail hurt his towing business.

Such delays outrage civil rights advocates, who complain the slowness tramples on people's rights as well as making conditions at the chronically crowded jail worse. And each extra day an inmate sits in jail costs taxpayers $75.

Stephen Bright, an attorney with the Atlanta-based Southern Center for Human Rights, said the delays are intolerable. "Once charges are dismissed or people are [ordered] released on bond, the jail has no legal basis for holding those persons," Bright said. "That's not the way the system is supposed to work."

Sheriff Myron Freeman, the elected official responsible for the management of the jail, refused to discuss the issue of release times and referred questions to subordinates.

U.S. District Court Judge Marvin Shoob, who has overseen federal lawsuits against the jail, called the extra days spent behind bars "absolutely ridiculous."

On Feb. 3, Shoob ordered the jail to free inmates within 24 hours of posting bond or being freed by a judge.

Nevertheless, jail officials acknowledge that Shoob's order often is not followed.

Bright's group wants Shoob to step up the pressure by forbidding Fulton officials from locking up people charged with petty crimes.

In an interview, the judge said he was considering the suggestion. "At some point I'm going to consider telling the jail not to accept anyone without a warrant" for their arrest, Shoob said. "If a kid jumps a turnstile and is arrested, I see no point of taking him to the Fulton County Jail where he sits there two days or two weeks."

However, Atlanta police, who account for most of the arrests that send people to the jail, say they will continue to charge people with less serious offenses such as trespassing or urinating in public. "I can't abdicate my responsibilities as a chief," said police Chief Richard Pennington.

Fulton's delays seem to result from a combination of factors, including a glitchy computer system, a cumbersome bureaucracy and the crushing volume of inmates who must be processed on any given day, jail officials say.

Another factor seems to be the extra steps taken by wary jail officials, who have been embarrassed repeatedly for setting the wrong inmates free. In a one-year-long spate that ended in spring 2004, the jail's staff made clerical errors that mistakenly freed eight inmates --- including a murder suspect.

These days, no one is released until after several supervisors check, recheck and perhaps recheck again the paperwork, officials say.

Chief Jailer Charles Felton, promoted to the job recently, recognizes his jail has problems. "I was surprised at the time that it took to get people out of the jail here," said Felton, who has worked for lockups in Chicago and South Florida.

Felton wants to streamline the process in the next few months to authorize one supervisor --- not several --- to make the call to set a prisoner free. In a June 20 report on inmate release times, Felton wrote that he intended to reduce the average release time to four hours.

In the case of Gordin, the Georgia Tech chemistry major, jail officials said they received the paperwork at about 8 p.m. on the day after he was arrested --- nearly a full day after he was stopped for driving 20 mph over the speed limit.

Gordin admits that he probably angered the police officer when he questioned the officer about the speed limit and was slow to get out of his car and fetch his driver's license. The police report notes that Gordin asked "Why?" when the officer told him to get out of his car.

EXTENDED STAY; Fulton jail is slow to let go; Inmates ordered released o

Gordin was booked into the jail just before midnight on a Friday. He was allowed one telephone call about six hours later, but, reluctant to phone his parents, he said he tried and failed to reach friends.

"I was there for a while before I could call people," he recalled. "I didn't have any change. I tried to call people [friends] collect but no one answered. They said once I got my bail set, I could call people again."

He spent the first night sleepless, in a holding cell that was large enough for inmates to lie on the floor or benches.

He expected to be released as soon as he admitted to speeding and paid a fine or a bond. When he finally appeared before a judge at 1 p.m. Saturday, his charges were dropped and he was ordered released.

He then waited to be set free. "Up until then, it wasn't too bad," he said. "I was pretty happy the speeding ticket was dismissed," Gordin said.

While he waited, Gordin said, jailers told him they'd kept people for six days and that he should feel lucky if he got out any sooner.

By Sunday evening, his spirits sank. "Everyone smells," he said. "Everyone is dirty. It's real disgusting. For some reason they stopped releasing people."

At about the same time, his parents had phoned the jail again after someone at the impound lot where his car had been towed told them their son had been arrested.

"I never saw a mother so happy her son was in jail," said Gordin's father, Tzarir Gordin. The younger Gordin was finally released Monday.

Maj. N. Allison, who was recently assigned to supervise the release process, said nearly 300 detainees --- including Gordin --- were released from the jail that weekend. The process was slowed by a two-hour computer outage Sunday evening, but the volume of inmates in line to be freed ahead of Gordin was the main problem, Allison said.

Both Bright and Felton expressed concern over Gordin's account of what the deputies told him regarding when he could expect to be released.

"Unfortunately, people that deal with processing human beings day in an day out become fairly callous about doing it," Bright said.

**GRAPHIC:** Photo: RICH ADDICKS / Staff Georgia Tech student Ari Gordin, arrested for speeding, had to stay in the Fulton County Jail a day and a half after charges were dropped and he was ordered released. His case is not unusual.

**LOAD-DATE:** July 3, 2006

**1449-501929**