UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>        Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>        Defendant | Civil Action No:   **06-315 (RCL)**<br><br>Next Event: None scheduled |

ORDER

Upon consideration of the parties' pleadings, and all arguments supporting and in opposition to said pleadings,

It is hereby ordered that Defendant District of Columbia's motion for partial summary judgment on the Overdetention Claim of plaintiffs' Second Amended Complaint is denied without prejudice because the motion is premature because discovery in the case has not commenced and plaintiffs have established by affidavits that they can obtain affidavits to challenge the factual assertions in defendant's motion.

                                                                       _____

                                                Judge Royce C. Lamberth
                                                United States District Court Judge

copies to:

Counsel for Plaintiffs:

William Claiborne
717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745


Counsel for Defendant District of Columbia
Denise Baker
Assistant Attorney General
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
Phone (202) 442-9887