UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL A. BARNES, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
|     v.       ) | Civil Action No. 06-315 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

### ORDER

Upon consideration of Defendant's Unopposed Motion to Extend Time to Respond to Plaintiffs' Motion for Class Certification for a period not to exceed 75 days from the date of this Order, the memorandum of points and authorities in support thereof, and the entire record herein, it is hereby

ORDERED that the motion be GRANTED; and it is

FURTHER ORDERED that defendant, District of Columbia, may respond to Plaintiffs' Motion for Class Certification on or before 75 days from the date of this Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on August 28, 2006.