UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:  **06-315 (RCL)**<br><br>Next Event: None scheduled |

### PLAINTIFF'S MOTION FOR DISCOVERY

### ENTRY OF SCHEDULING ORDER; SCHEDULING CONFERENCE

### DISCOVERY REPORT

Plaintiffs respectfully hereby move this Court pursuant to Fed. R. Civ. P. 16(b) and LCvR 16.4 to set a deadline for the parties to file a discovery report and to enter a scheduling order or to schedule a scheduling conference. Defendant entered an appearance on 6/9/06.

Defendant's motion to dismiss is fully briefed, and plaintiffs' responded to defendant's motion for summary judgment by filing a Rule 56(f) motion (docket # 16 filed 7/18/06) so the case is ready for discovery to proceed.

Plaintiffs ask the Court not to schedule any hearing during the week of October 2 through October 6, 2006 because undersigned counsel will be out of town on another case that week.

**CONSENT**

Undersigned counsel scheduled a meet and confer by phone with opposing counsel but defendant's position is the case is not ready for discovery.

        Respectfully submitted

        _____/sig/_____
        WILLIAM CLAIBORNE
        D.C. Bar #446579
        Counsel for plaintiffs

        717 D Street, N.W.
        Suite 210
        Washington, D.C. 20004
        Phone 202/824-0700
        Fax 202/824-0745
        email law@claiborne.net