UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>  Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>  Defendant | Civil Action No:   **06-315 (RCL)**<br><br>Next Event: None scheduled |

PROPOSED ORDER

The parties shall enter a discovery report by 9/21/06 and a scheduling conference is set for 9/28/06.

_____
Judge Royce C. Lamberth
United States District Court Judge

copies to:

Counsel for Plaintiffs
William Claiborne
717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745

Ralph Robinson

1

Robert J. Spagnoletti
Attorney General for the District of Columbia
George C. Valentine
Deputy Attorney General
Civil Litigation Division
Denise J. Baker
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
Phone 202/724-6642
Fax: 202/727-0431
Counsel for District of Columbia