UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              )
CARL A. BARNES, *et. al.*,                        )
                                                              )
            Plaintiffs,                               )
                                                              )    Case Number: 06-315 (RCL)
            v.                                              )    Judge: Royce C. Lamberth
                                                              )    Date: September 15, 2006
DISTRICT OF COLUMBIA                      )
                                                              )
            Defendant.                              )
_____)

DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY;
ENTRY OF SCHEDULING ORDER; SCHEDULING CONFERENCE; AND,
DISCOVERY REPORT

Defendant, the District of Columbia, opposes the Plaintiffs' Motion for Discovery on the following basis:

1. This Court should not order discovery or begin the discovery process in this matter until resolution of defendants' pending dispositive motion;

2. A stay of discovery proceedings pending resolution of the dispositive motion will promote judicial efficiency and economy since the disposition of the case by motion would preclude the need for discovery;

3. Fed. R. Civ. Pro. 16 and 26 presume an orderly course of action for the discovery process, which Plaintiffs seek to obviate by hastening discovery before the adjudication of the pending dispositive motion.

4. Plaintiffs cite to no harm that will befall them if the relief sought in their motion is not granted; therefore it is assumed no harm will occur.

The Defendant attaches a proposed Order for the Court's convenience.

WHEREFORE, the Defendant respectfully requests that this Court deny the relief sought in the Plaintiff's Motion pending the ruling on the outstanding dispositive motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE,
D.C. Bar No. 340455,
Assistant Attorney General,
District of Columbia
Chief, Equity I

_____/s/_____
BY:   DENISE J. BAKER [493414]
Assistant Attorney General
Equity I Section
Civil Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 442-9887

CERTIFICATE OF SERVICE

I, hereby certify that on this 15th day of September 2006 I have sent a true copy of Defendant's Opposition to Plaintiffs' Motion for Discovery, Entry of Scheduling Order; Scheduling Conference Discovery Report by ECF filing to:

William Claiborne
717 D Street, NW
Suite 210
Washington, DC  20004

_____/s/_____
Denise J. Baker
Assistant Attorney General