UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
CARL A. BARNES, *et. al.*,                )
                                                    )
            Plaintiffs,                         )
                                                    )   Case Number: 06-315 (RCL)
    v.                                              )   Judge: Royce C. Lamberth
                                                    )   Date: September 15, 2006
DISTRICT OF COLUMBIA           )
                                                    )
            Defendant.                       )
_____)

ORDER

Upon consideration of Defendant's Opposition to Plaintiffs' Motion for Discovery; Entry of Scheduling Order; Scheduling Conference; and, Discovery Report Consent Motion to Extend Time to Answer or Otherwise Respond to the Complaint, and the entire record herein, it is this _____day of _____, 2006, for the reasons stated by defendant in its motion,

**ORDERED** that the motion be, and the same hereby is, **DENIED**.

_____
Royce C. Lambert
United States District Judge

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
Office of the Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

William Charles Cole Claiborne, III
717 D Street, NW, Suite 210
Washington, DC 20004-2813