# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                )
CARL A. BARNES, *et. al.*,                      )
                                                )
                    Plaintiffs,                 )
                                                )          Case Number:  06-315 (RCL)
              v.                                )
                                                )
DISTRICT OF COLUMBIA                            )
                                                )
                    Defendant.                  )
_____)

### ORDER

Upon consideration of Defendant's Motion to Extend Time to Respond to

Plaintiff's Motion for Class Certification for a period not to exceed 30 days subsequent to

the Court's ruling on defendant's motion to dismiss plaintiffs' second amended complaint

or in the alternative for summary judgment, the memorandum of points and authorities in

support thereof, and the entire record herein, it is this _____day of

_____, 2006,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendant, District of Columbia, may respond to the

Plaintiffs' motion thirty (30) days after the Court's ruling on defendant's motion to

dismiss or in the alternative for summary judgment.

_____
Royce C. Lambert
United States District Judge

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
Office of the Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

William Charles Cole Claiborne, III
717 D Street, NW, Suite 210
Washington, DC 20004-2813