UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No:   **06-315 (RCL)**<br><br>Next Event: 11/15/06 defendant's opposition due |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S (SECOND) MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs oppose defendant's motion for a second continuance.

1. Defendant was served with plaintiffs' motion to certify a class under Fed. R. Civ. P. 5 via the Court's EFC system.

2. The Court expressly or implicitly defendant's arguments to defer certification until after a decision on the merits by ordering defendant to file a response to the motion on or before 11/5/06.

3. Defendant's motion to dismiss is fully briefed, and plaintiffs' responded to defendant's motion for summary judgment by filing a Rule 56(f) motion (docket #

16 filed 7/18/06) (which defendant never opposed) so the case is ready for discovery to proceed.

4.     Plaintiffs suggested to defendant a discovery schedule with depositions beginning 11/13/06 which would have enabled both parties to take depositions (and paper discovery) before the expiration of defendant's proposed, extended deadline for opposing plaintiffs' motion to certify.  Because defendant has filed a motion for summary judgment this was a reasonable schedule.

5.     Plaintiffs have asked for defendant to join with plaintiffs in filing a joint Rule 16.3 statement but defendant has not agreed thus far.

Respectfully submitted

_____/sig/_____
WILLIAM CLAIBORNE
D.C. Bar #446579
Counsel for plaintiffs

717 D Street, N.W.
Suite 210
Washington, D.C. 20004
Phone 202/824-0700
Fax 202/824-0745
email law@claiborne.net