**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| CARL A. BARNES, *et. al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
| DISTRICT OF COLUMBIA | ) |
|  | ) |
| Defendant. | ) |

Civil Action Number:  06-315 (RCL)
Date: November 6, 2006

_____)

**DEFENDANT, DISTRICT OF COLUMBIA'S, REPLY TO PLAINTIFFS'**
**OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

NOW COMES the District of Columbia, (hereinafter the "District"), by and through undersigned counsel, to reply to Plaintiffs' Opposition to Defendant's Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification, as follows:

1.      The case is not ready for discovery to proceed since there remain two outstanding dispositive motions--an outstanding motion to dismiss the case and a motion for summary judgment filed by the defendant.  (Dkt.  14-15).

2.      Contrary to Plaintiffs' assertion in their opposition (Dkt. 27, ¶ 3), the District did substantively oppose plaintiffs' Rule 56 (f) motion within the four-corners of its "RESPONSE to *Plaintiffs' Rule 56(f) Motion to Deny Defendant's Summary Judgment Motion without prejudice and Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss* filed by DISTRICT OF COLUMBIA".  (Dkt. 21).   Therein, the District reiterated that it is did not manifest deliberately indifference nor have a municipal policy or practice of over-detention.

Additionally, the District pointed out to plaintiffs' that the strip search claims were addressed by the District in the initial dispositive motions (Dkt. 14-15), and reiterated to plaintiffs that those claims did not rise to the level of constitutional violations and did not shock the conscience.  (Dkt. 21 page 3-4).

 3.    The brief period of time requested in defendant's motion will ensure judicial economy and control litigation costs by avoiding the duality of discovery and dispositive motion considerations.

WHEREFORE, an enlargement of time to respond to the motion for class certification until thirty (30) days after this Court rules on Defendant's pending dispositive motion is respectfully requested of this court.

                                Respectfully submitted,

                                EUGENE A. ADAMS
                                Interim Attorney General for the District of
                                Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

                                RICHARD S. LOVE,
                                D.C. Bar No. 340455,
                                Assistant Attorney General,
                                District of Columbia
                                Chief, Equity I


                                _____/s/_____
                            BY:    DENISE J. BAKER [493414]
                                Assistant Attorney General
                                Equity I Section
                                Civil Litigation Division
                                441 4th Street, N.W.
                                Washington, DC 20001
                                (202) 442-9887 (telephone)
                                (202) 727-0431 (facsimile)
November 15, 2006