UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARL A. BARNES, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No: 06-315 (RCL) |
| | ) | |
| GOVERNMENT OF THE DISTRICT | ) | Next Event: None Scheduled |
| OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ENTRY OF APPEARANCE OF RALPH D. ROBINSON**

Pursuant to Rule 83.6 of the Local Rules, the Clerk of the Court will please enter the appearance of Ralph D. Robinson as Counsel for the Plaintiffs, Carl A. Barnes, et al., in the above-captioned matter.

Respectfully submitted,

/s/ Ralph D. Robinson
RALPH D. ROBINSON
D.C. Bar No: 441797
Counsel for Plaintiffs
8160 Skelton Circle
Falls Church, Virginia 22042
Phone/Fax: (703) 846-0596
Email: ralph_29104@msn.com