UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al., :
:
    Plaintiffs :
:
                                     : Civil Action No. 06-315 (RCL)
v. :
:
Government of the District :
Of Columbia, :
:
    Defendants. :

## AFFIDAVIT OF SHELLY BERRY

    I, Shelly Berry, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    On September 26, 2006 I was arrested and charged in D.C. Superior Court with one charge of sexual solicitation in case 06-CMD-21307 and held without bond for 5 business days pursuant to D.C. Code 23-1322 (a)(1)(A). At the time, I had one other open case, 06-CMD-19310 (also charged with one count of Sexual Solicitation) in which I was on Personal Recognizance. Accordingly, I was taken to the D.C. Jail and held without bond until October 3, 2006.

2.    On October 3, 2006 I appeared before the Honorable Deborah Wingo in D.C. Superior Court for a Detention Hearing in case 06-CMD-21307. The hold was discharged and Judge Wingo ordered that I be released on Personal Recognizance in case 06-CMD-21307 and certified the case to the calendar judge for a status hearing that day.

3.    On the afternoon of October 3, 2006 I appeared before the Honorable Ann O'Regan Keary for Status Hearings in cases 06-CMD-21307 and 06-CMD-19310. Judge Keary entered an order certifying both cases to Drug Court and allowed me to remain on Personal Recognizance in both cases.

1449-502338

0049- 001

4. After Judge Keary released me on October 3, 2006 I was not taken to the grounds of D.C. General Hospital and released. Rather, I was taken back to the D.C. Jail and incarcerated. I was strip searched on my entry into the D.C. Jail on October 3. I remained incarcerated until my release on October 5, 2006.

5. During my strip search on October 3, 2006 I was forced to remove all of my clothing (a jail issued jump suit) and my body cavities were examined. I was forced to spread my butt cheeks for examination and open my mouth for examination and raise my arms for examination.

6. I was released from the D.C. Jail on October 5, 2006.

7. I was illegally detained for 2 days, from October 3, 2006 to October 5, 2006.

8. I did not have any arrest warrants, wants, detainers or warrants as of October 3, 2006.

Date: 10/10/06
City: Washington, D.C.

Respectfully submitted,

*Shelly M. Berry*
Shelly Berry
202 562-3108

PDID: 419827
DCDC: 248919
DOB: 05/14/1964

1449-502339

0049- 002