UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al.,          :
                              :
    Plaintiffs            :
                              :     Civil Action No. 06-315 (RCL)
    v.                    :
                              :
Government of the District    :
Of Columbia,                  :
                              :
    Defendants.           :

## AFFIDAVIT OF CHETIONA ELDRIDGE

    I, Chetiona Eldridge, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    On ~~October~~ AUGUST 26, 2006 the Honorable Brook Hedge (standing in for the Honorable John Mott) entered an order that I be held without bond pursuant to D.C. Code 23-1329 in cases 05-CMD-11614, 05-CMD-11810 and 05-CMD-10892 in D.C. Superior Court. Accordingly, I was taken from the courthouse and confined at the D.C. Jail.

2.    On September 5, 2006, I appeared before the Honorable John Mott and entered a plea of guilty in case 05-CMD-11810 and Judge Mott entered a sentence of Time Served. Cases 05-CMD-11614 and 05-CMD-10892 were dismissed pursuant to a plea agreement with the United States.

3.    After my court appearance before Judge Mott on September 5, 2006 I was not taken to the grounds of the D.C. General Hospital and processed out. I was taken back to the D.C. Jail and incarcerated.

5.    On my return to the D.C. Jail on September 5, 2006 I was strip searched. I had to take off all of my clothes (the Department of Corrections

**1449-502449**

0054- 001

jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

6. I was finally released from the D.C. Jail on September 9, 2006.

8. I was illegally detained for 4 days, from September 5, 2006 to September 9, 2006.

9. I did not have any arrest warrants, wants, detainers, holds, or warrants as of September 5, 2006.

Date: November 30, 2006
City: Washington, D.C.

                                  Respectfully submitted,

                                  Chetiona Eldridge

PDID: 489144
DCDC: 300-153
DOB: 11/27/1975
SSN: 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

1449-502450

0054- 002