UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carl Barnes, et al., :
:
    Plaintiffs :
:
: Civil Action No. 06-315 (RCL)
v. :
:
Government of the District :
Of Columbia, :
:
    <u>Defendants.</u> :

## **AFFIDAVIT OF DAVID PETERSON**

    I, David Peterson, pursuant to 28 U.S.C. 1746 certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     On February 13, 2006 I was ordered by the Honorable Michael Rankin to suffer a sanction of 7 days in jail pursuant to my participation in the Superior Court Drug Treatment Intervention Program (SCDIP) as a condition of my probation in case 2005 FEL 2201.

2.     Accordingly, I was taken from the courtroom at DC Superior Court and confined at the DC Jail on February 13, 2006.

3.     On February 24, 2006 I was released from confinement at the DC Jail.

4.     I was illegally detained from February 20, 2006 to February 24, 2006.

1449-500663

0057- 001

5.  During my period of illegal confinement at the DC Jail, I was transported from the DC Jail to Superior Court and appeared before Judge Rankin for a Review Hearing on February 21, 2006. The Court entered an order that I be released. I was not released.

6.  On my return to the DC Jail from D.C. Superior Court on February 21, 2006 I was strip searched.

7.  I had to take off all of my clothes (the Department of Corrections jump suit I was wearing). A guard looked at my genitals. I had to turn around and spread my butt cheeks. The guard looked in my butt cheeks.

8.  I did not have any arrest warrants, wants, detainers or warrants as of February 21, 2005.

Date: 3/18/06
City: Washington, DC
DCDC: 252552
DOB: 1/21/67

Respectfully submitted,

*David Peterson*
David Peterson

1449-500664

0057-002