UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARL A. BARNES, *et. al.*, ) |  |
| ) |  |
| Plaintiffs, ) |  |
| ) | Case Number: 06-315 (RCL) |
| v. ) | Judge: Royce C. Lamberth |
| ) | Date: February 15, 2007 |
| DISTRICT OF COLUMBIA ) |  |
| ) |  |
| Defendant. ) |  |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY**

Defendant, the District of Columbia, opposes the Plaintiffs' Motion for Discovery on the following basis:

1. This Court should not order discovery or permit commencement of the discovery process in this matter until resolution of defendant's pending dispositive motion;

2. A stay of discovery proceedings pending resolution of the dispositive motion will promote judicial efficiency and economy since the disposition of the case by motion would preclude the need for discovery;

3. Fed. R. Civ. Pro. 16 and 26 presume an orderly course of action for the discovery process, which Plaintiffs seek to obviate by hastening discovery before the adjudication of the pending dispositive motion.

4. Plaintiffs cite to no harm that will befall them if the relief sought in their motion is not granted; therefore it is assumed no harm will occur.

The Defendant attaches a proposed Order for the Court's convenience.

WHEREFORE, the Defendant respectfully requests that this Court deny the relief sought in the Plaintiff's Motion pending the ruling on the outstanding dispositive motion.

>Respectfully submitted,
>
>LINDA SINGER
>Acting Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>ELLEN EFROS,
>Chief, Equity 1[250746]
>
>_____/s/_____
>BY:    DENISE J. BAKER [493414]
>Assistant Attorney General
>Equity I Section
>Civil Litigation Division
>441 4th Street, N.W.
>Washington, DC 20001
>(202) 442-9887