**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| CARL A. BARNES, *et. al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case Number: 06-315 (RCL)<br>Judge: Royce C. Lamberth<br>Date: February 15, 2007 |
| DISTRICT OF COLUMBIA | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of Defendant's Opposition to Plaintiffs' Motion for Discovery, and the entire record herein, it is this _____ day of _____, 2007, for the reasons stated by defendant in its motion,

**ORDERED** that the motion be, and the same hereby is, **DENIED**.

_____
Royce C. Lambert
United States District Judge