UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No: **06-315 (RCL)**<br><br>Next Event: None scheduled |

## NOTICE

## CORRECTION OF PLAINTIFFS' COUNSEL'S FIRM NAME

Currently, the docket sheet incorrectly lists Plaintiffs' counsel William Claiborne as a member of Litt, Estuar, Harrison & Kitson, LLLP. In fact, William Claiborne is not a member of that firm. William Claiborne is a solo practitioner in Washington, DC.

Respectfully submitted

_____/sig/_____
WILLIAM CLAIBORNE
D.C. Bar #446579
Counsel for plaintiffs

717 D Street, N.W.
Suite 210

Washington, D.C. 20004
Phone 202/824-0700
Fax 202/824-0745
email law@claiborne.net


Respectfully submitted
_____/s/_____
RALPH D. ROBINSON
D.C. Bar No: 441797
Counsel for Plaintiffs
8160 Skelton Circle
Falls Church, Virginia 22042
Phone/Fax: (703) 846-0596
Email: ralph_29104@msn.com