UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL BARNES, et al<br><br>      Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>      Defendant | Civil Action No: **06-0315 (RCL)**<br><br>Next Event: None scheduled |

ORDER

**INITIAL LIABILITY DISCOVERY PHASE**

<u>Computer Discovery</u>.

<u>From entry of scheduling order until 60 days from date of entry of scheduling order</u>

The District makes available to plaintiffs' IT experts for informal discussions its own IT experts to discuss the fields in the JACCS database (Department of Corrections computerized booking system) needed to determine class members, length of overdetentions in the

1

overdetention class, and the relative number of overdetentions, and the records in those fields from the period September 1, 2005 to the present and going forward until the termination of the case. The District will also provide data dictionaries for JACCS and CourtView and manuals and documentation on release procedures and strip search policies and procedures as needed.

45 to 60 days from date of entry of scheduling order

The District produces to plaintiffs the database records from JACCS and CourtView needed to determine class members, length of overdetentions in the overdetention class, and the overdetentions and strip searches from the period September 1, 2005 to the present and going forward until the termination of the case, and the District's I.T. experts confer with plaintiffs' I.T. expert to develop queries to determine class members, length of overdetentions in the overdetention class, and the overdetentions and strip searches.

30 to 60 days from date of entry of scheduling order

 The District produces other paper discovery needed for the initial liability analysis (including documents needed for

formulating queries) such as the discrepancy log (in electronic format) or other documents memorializing overdetentions, release procedures in place by the DOC including the DC General release procedures, and strip search policies and procedures.

**DATA EVALUATION PHASE**

<u>60 to 90 days from date of entry of scheduling order</u>

Parties evaluate data indicating identity of class members, length of overdetentions in the overdetention class, and the number of overdetentions and strip searches relative to the number of prisoners processed for release.  Parties discuss whether any of the claims can be resolved by agreement, or abbreviated procedures such as submission of motions on stipulated facts or submission of discrete issues (such as what is a reasonable period for release) on stipulated facts, or the need for mediation. This estimate is preliminary, as it depends on the time needed for Plaintiffs' I.T. experts to analyze the new data.

**SECOND LIABILITY DISCOVERY PHASE**

If the parties cannot resolve the case at this point by settlement or abbreviated motions without the need for further discovery, then the parties will conduct full blown discovery and expert discovery according to the following schedule. (The parties have discussed mediation and the parties will move the Court to refer the case to mediation prior to the formal discovery period (should both sides agree).

150 days from date of entry of scheduling order -- initial disclosures due

90 to 180 days from date of entry of scheduling order - depositions and paper discovery

Parties conduct depositions and paper discovery. The parties agree to provide each other 30 days notice for each 30(b)(6) deposition and where possible 3-4 weeks notice for fact depositions.

150 to 210 days from date of entry of scheduling order – expert reports and depositions

210 days from date of entry of scheduling order – dispositive motions due.

**POST MOTION SCHEDULE**

If any of plaintiffs' claims survive after dispositive motions, within 30 days after entry of order the parties will meet and confer and submit schedule for damages, discovery, and trial.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　United States District Court Judge

copies to:

Counsel for Plaintiffs and the Class:

William Claiborne
717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745

Barrett S. Litt
Litt, Estuar, Harrison & Kitson, LLP
1055 Wilshire Blvd.
Suite 1880
Los Angeles, CA 90017
Phone: (213) 386-3114
Fax:    (213) 380-4585

Ralph D. Robinson
8160 Skelton Circle
Falls Church, Virginia 22042
Phone/Fax: (703) 846-0596
Email: ralph_29104@msn.com

Counsel for District of Columbia
Denise Baker
Assistant Attorney General
Attorney General
for the District of Columbia
441 4th Street, NW
Washington, DC 20001
(202) 442-9887