UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
CARL A. BARNES, *et. al.*,                )
                                          )
          Plaintiffs,                     )
                                          )   Civil Action Number: 06-315 (RCL)
     v.                                   )
DISTRICT OF COLUMBIA                      )
                                          )
          Defendant.                      )
_____)

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of Ellen A. Efros, Esq. as counsel for Defendant the District of Columbia in the above-captioned case.

Respectfully submitted,

Linda Singer
Acting Attorney General, DC

GEORGE C. VALENTINE
Deputy Attorney General, DC
Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
ellen.efros@dc.gov

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)