UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>       Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA,<br><br>       Defendant | Civil Action No: **06-315 (RCL)**<br><br>Next Event: None scheduled |

## NOTICE

## FILING OF COMPLAINT WITH SIMILAR OVERDETENTION

## CLASS DEFINITION

On 1/24/07 the Iweanoges' Firm, on behalf of nine plaintiffs, filed a complaint alleging that the District of Columbia has a pattern and practice of allowing its Department of Corrections to overdetain prisoners. The case is styled <u>Morgan et al. v. District of Columbia et al.</u>, assigned case number 1:07-172 and assigned to Judge John Bates. The <u>Morgan</u> Plaintiffs did not file a related case notice. The complaint alleges class action allegations with a proposed overdetention class definition that is very similar to but not

identical to the definition adopted by this Court in certifying the overdetention class in Barnes.  The complaint does not set out strip search allegations.

The Morgan Plaintiffs have not moved to certify a class under Fed. R. Civ. P. 23.  The Morgan Plaintiffs' extended deadline for filing a certification motion is 6/22/07.

Undersigned counsel has discussed this case with attorney John O. Iweanoge, Jr., one of the counsel for the the Morgan Plaintiffs, and Mr. Iweanoge informed undersigned counsel that he will meet with his clients before deciding whether to file a motion to certify in Morgan.

Plaintiffs' counsel in this case only recently learned of this case and file this Notice in order to apprise the Court so that the Court can determine whether the cases should be related, as the Barnes plaintiffs believe should be done under LCvR 40.5.

Respectfully submitted

_____/sig/_____
WILLIAM CLAIBORNE
D.C. Bar #446579
Counsel for plaintiffs

717 D Street, N.W.
Suite 210
Washington, D.C. 20004
Phone 202/824-0700
Fax 202/824-0745
email law@claiborne.net


Respectfully submitted
_____/s/_____
RALPH D. ROBINSON
D.C. Bar No: 441797
Counsel for Plaintiffs
8160 Skelton Circle
Falls Church, Virginia 22042
Phone/Fax: (703) 846-0596
Email: ralph_29104@msn.com