UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant | Civil Action No: **06-315 (RCL)** |

PARTIES' JOINT MOTION TO CONTINUE MEDIATION REFERRAL

The Parties jointly move this Court pursuant to LCvR 84.4 to refer this case to the Mediation Office for court sponsored mediation for a period ending February 29, 2008. This is a sixty day period beginning January 1, 2008. The parties propose spending the rest of this year preparing for the mediation and then to begin the mediation sessions in early January, 2008. The Parties also jointly move this Court to order the Mediation Office to notify the parties before appointing a mediator(s).

1

The parties also jointly move this Court to suspend the operation of the "Second Liability Discovery Phase" (described on page 3 et seq. of the Court's Scheduling Order (docket # 35, 4/23/07) until the first day after the expiration of the mediation referral period (if needed).

Respectfully submitted,

_____
WILLIAM CLAIBORNE
D.C. Bar # 446579
717 D Street, N.W.
Suite 210
Washington, DC 20004
Phone: 202/824-0700
Fax: 202/824-0745

Respectfully submitted,

_____
Denise Baker
D.C. Bar #
Counsel for Defendant District of Columbia
Senior Litigation Counsel, Equity Division
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
Phone (202) 442-9779