

*FILED*
*OCT 26 2007*
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA<br><br>Defendant | Civil Action No: **06-315 (RCL)** |

CONSENT ORDER

Upon consideration of the joint motion for referral to court sponsored mediation,

It is hereby ordered that pursuant to LCvR 84.4 (1) this case is referred to the Mediation Office for court sponsored mediation for a period ending February 29, 2008; and (2) the Mediation Office shall notify the parties before appointing a mediator(s); and (3) the operation of the "Second Liability Discovery Phase" (described on page 3 et seq. of

1

the Court's Scheduling Order (docket # 35, 4/23/07) is hereby suspended until the first day after the expiration of the mediation referral period.

                                    *Royce C. Lamberth*
                                    Judge Royce C. Lamberth
                                    United States District Court Judge

copies to:

Counsel for Plaintiffs and the Class:

William Claiborne
717 D Street, NW
Suite 210
Washington, DC 20004
Phone 202/824-0700
Fax 202/824-0745

and

Barret S. Litt, Esq.
Pro hac vice
Litt, Estuar, Harrison & Kitson, LLP
1055 Wilshire Boulevard
Suite 1880
Los Angeles, California 90017
Phone (213)-386-3114
Fax (213)-380-4585

and


Counsel for Defendant District of Columbia
Denise Baker
Senior Litigation Counsel, Equity Division
441-4th St., N.W., Sixth Floor

Washington, D.C. 20001
Phone (202) 442-9779

and

Mediation Office