UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARL A. BARNES, *et. al.*, | ) |
| Plaintiffs, | ) |
|  | ) Case Number: 06-315 (RCL) |
| v. | ) |
| DISTRICT OF COLUMBIA | ) |
| Defendant. | ) |

**DISTRICT DEFENDANTS NOTICE OF CERTIFICATE OF SERVICE**

**TO THE CLERK OF COURT:**

The District of Columbia served an Memorandum in opposition to re [43] MOTION to Intervene *Lift and Modify Protective Order* [Docket 44] on plaintiff, Simon Banks, on December 20, 2007 by electronic mail at DRSimon Banks [drsbanks@msn.com].

__/S/_____
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-442-9887
Denise.baker@dc.gov