Applicant's Reply to District's Response to Applicant's Motion to Intervene, Modify and Lift Sanctions

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CARL L. BARNES )<br>)<br>Applicants, )<br>)<br>v. )<br>)<br>GOVERNMENT OF THE )<br>DISTRICT OF COLUMBIA )<br>)<br>Defendants ) | )<br>)<br>)<br>)<br>)<br>Civil Action No. 06-315 (RCL)<br>)<br>)<br>)<br>December 24, 2007 |

**SIMON BANKS' APPLICANT REPLY TO DISTRICT OF COLUMBIA RESPONSE TO SIMON BANKS'S MOTION TO INTERVENE LIFT AND TO MODIFY PROTECTIVE ORDER**

Dr. Simon Banks, J.D., Reply to District of Columbia Response to Simon Banks' (hereinafter "Applicant") Motion to Intervene and Modify Protective Order.  In support of the Motion the Applicant cites the following:

The Applicant is a member of the class action pending before this Honorable Court arising out of this Honorable Court's order in *Barnes v. District of Columbia,* 242 F.R.D., 113 (D.C.C. 2007 which certified an overdetention class consisting of "[e]ach person who has been or in the future will be incarcerated in any District of Columbia Department of Corrections Facility from September 1, 2005, forward.

There is no genuine dispute that the Applicant was overdetained during the period March 20, 2008 through April 28, 2006.  See *Banks v. York,* 05-1514, WL.2697064, fn. 6 (September 17, 2007).

**Intervention will facilitate District's good faith and initiative to negotiate a resolution of Simon Banks/Applicant's claims because it is facing a default judgment, barring devine intervention and/or a judicial miracle**

Contrary to the District's claim that intervention and providing the Applicant a seat at the mediation table will be impeded, **Intervention will facilitate District's good faith and initiative to negotiate a resolution of Simon Banks/Applicant's claims because it is facing a default judgment, barring devine intervention and/or a judicial miracle [Emphasis Added]**

In Simon Banks, J.D. v Elwood York, Jr., et al, No. 05-1514 (ESH), the Court ordered the District and Devon Brown (hereinafter "District") to file answer to the Applicant's Third Amended complaint by October 21, 2007, Document 120.  The District, rather, first submitted a sham response to the Applicant's Third Amended Complaint, Document 139, (12/19/2007), District Defendants' Motion to Dismiss and for Sanctions.

The problem with this pleading is that it is an exact replica of the District Defendants' Motion to Dismiss and for Sanctions, save the case Number, which the District had recently filed in Simon Banks v. District of Columbia, et al, No. 07-2115 (ESH), Document 7, (12/14/2007).

On 10/01/2007, the District filed its Answer to **Second Amended Complaint, Document 123 [Emphasis Added]** in Banks v. York, 05-1514, although the Applicant's Second Amended Complaint was superceded by the Applicant's Third Amended Complaint. A clear act of non-compliance to the Court's Order, Document 120 05-1514

2

(09/17/2007), requiring the District to file its Answer to Applicant's Third Amended Complaint by October 21, 2007.

When the Applicant telephoned the District's counsel, Denise Baker, on December 19, 2007 at 12:46 PM to inquire whether the District consented to Applicant's proposed motion for default judgment (Pursuant to LCVR 7.1 (m), Baker panic and filed Document 139, Motion to Dismiss and for Sanctions, in effort to get something filed prior to the Applicant filing his Motion for Default Judgment, Document 140 (12/19/2007). Only, this pleading addressed all of the non-overdetention issues and was clearly in response to the severed case, Applicant's Amended Complaint filed in the new case ordered by Judge Huvelle, Dr. Simon Banks v. District of Columbia, et al No. 07-2115 (ESH), Document 7, (12/14/2007).

The Applicant filed motion to strike and for sanctions, District's Motion to Dismiss and for Sanctions, Document 139. Subsequent to the Applicant filing Motion to Dismiss Document 139, the District moved to withdraw Document 139. The District also filed its answer to Applicant's Third Amended Complaint on 12/19/2007, Document 141 (Case 1:05 cv 01514-RCL).

The Applicant has filed motion to Strike the District's Answer for failure to request and extension of time and leave of court prior to filing this pleading, Document 143 (12/20/2007) The Applicant has also filed objection to the District's Notice to the Clerk of Court to withdraw its Motion to Dismiss and for Sanctions, Applicant's Document 149.

The District has not shown that the Applicant will in any way impede the progress and or process of mediation between the parties by being a participant. To the contrary,

the Applicant's participation in the negotiation proceeds will aid in facilitating an amicable resolve, should the District negotiate in good faith.

The Applicant attach the following pleadings:

1. The Court's Order dated 09/17/2007, Document 120 (05-1514)

2. The District's Motion to Dismiss and for Sanctions, Document 7, 12/14/2007 (07-2115)

3. The District's Motion to Dismiss and for Sanctions, Document 139, 12/19/2007 (05-1514)

4. Simon Banks' Motion for Default Judgment, Document 140, 12/19/2007 (05-1514)

5. Simon Banks' Motion to Strike and for Sanctions, Document 143, 12/20/2007 (05-1514)

6. Simon Banks' Response and Objection to the District's Notice to the Clerk to Withdraw Motion to Dismiss and for Sanctions, Document 151, 12/21/2007 (05/-1514)

7. Simon Banks' Motion to Strike the Answer of the District and Devon Brown to Plaintiff's Third Amended Complaint and for Sanctions, Document 151, 12/21/2007 (05/-1514).

_____/s/_____
Dr. Simon Banks, J.D.

## CERTIFICATE OF SERVICE

      I, hereby certify that a copy of this pleading and notice of Motion to Intervene as a participants in the Protective Order entered into by the parties to these proceedings, was mailed, via electronic mail, this 24th day of December, 2007 to the following:

**William Charles Cole Claiborne, III**
LAW OFFICES OF WILLIAM CLAIBORNE
717 D Street, NW
Suite 210
Washington, DC 20004-2813
(202) 824-0700
(202) 824-0745 (fax)
law@claiborne.net


**Lynn E. Cunningham**
306 Westview Drive
P.O. Box 1547
DuBois, WY 82513
(307) 455-3334
(202) 994-4693 (fax)
lcunningham@law.gwu.edu

Maria C. Amato
Counsel for District of Columbia
Senior Assistant Attorney General
Civil Litigation Division, Equity
Section 1
Also, Office of General Counsel
DC Department of Corrections
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
202 724-6642, 202 671-0088
maria.amato@dc.gov

**Denise J. Baker**
Office of the Attorney General, D.C.
441 4th Street, NW
Room 6S028
Washington, DC 20001
202-442-9887
202-727-0431 (fax)
denise.baker@dc.gov

5

**Richard S. Love,**
Chief Equity Division
Office of the Attorney General, D.C.
441 4th Street, N.W., 6th Floor
Washington, D.C. 20001.

**Barrett S. Litt**
LITT, ESTUAR,HARRISON & KITSON, LLP
1055 Wiltshire Boulevard
Suite 1880
Los Angeles, CA 90017
(213) 386-3115
(213) 380-4585 (fax)
blitt@littlaw.com


_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA. 22302
drsbanks@msn.com

6