UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>S. ELWOOD YORK, JR., *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 05-1514 (ESH) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motion to direct service of process [Dkt. #78] is **GRANTED IN PART** to the extent that the District of Columbia is substituted as a party defendant. It is

**FURTHER ORDERED** that the District of Columbia defendants' motions to dismiss [Dkt. #55, 60] are **GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE** as follows. Robert Clay and Dr. Fozia Abdulwahab are **DISMISSED** as party defendants because they have not been served. Anthony Williams, Edward D. Reiskin, and Dr. Gregory Pane, who are sued only in their official capacities, are also **DISMISSED** as party defendants, and all claims against them will be treated as if they were raised directly against the District of Columbia. All of the claims and defendants included in plaintiff's Third Amended Complaint will be **DISMISSED WITH PREJUDICE**, except that plaintiff may continue to pursue against the District of Columbia (1) his Section 1983 claim for overdetention; (2) his Eighth Amendment claims based on the denial of a diabetic diet and the lack of heat at the D.C. Jail; (3) his claim

1

regarding the opening of his legal mail outside of his presence; and (4) his negligent training and supervision claims.  Plaintiff may also continue to pursue his Section 1983 claim for overdetention and his negligent training and supervision claims against Devon Brown in his individual capacity.  It is

**FURTHER ORDERED** that the District of Columbia and Devon Brown shall answer plaintiff's Third Amended Complaint on or before October 1, 2007; it is

**FURTHER ORDERED** that defendant Caulfield's motion to dismiss [Dkt. #92], which the Court treated as a motion for summary judgment, is **GRANTED**.  Plaintiff's claims against defendant Caulfield are **DISMISSED**.  It is

**FURTHER ORDERED** that plaintiff's motion for leave to file [#115] is **DENIED**.

**SO ORDERED**.

                                       /s/
                            ELLEN SEGAL HUVELLE
                            United States District Judge

Date: September 17, 2007