UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 06-315 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

Upon consideration of applicant Simon Banks's Motion [43] to Intervene, Lift, and to Modify Protective Order, the memorandum of points and authorities in support thereof, defendant's response, plaintiffs' opposition, applicant's reply brief, and the entire record herein, it is hereby

ORDERED that applicant's motion [43] to intervene, lift, and to modify protective order is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 22, 2008.