**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CARL A. BARNES, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 06-315 (RCL) |
| v. ) | Judge: Royce C. Lamberth |
| ) | Next Event: 2/29/08 (Expiration current |
| DISTRICT OF COLUMBIA ) | mediation referral period) |
| ) | |
| Defendant. ) | |

**PARTIES' JOINT MOTION TO REFER CASE TO RETAINED MEDIATIOR AND**
**STAY CASE FOR MEDIATION PERIOD**

Pursuant to Fed. R. Civ. Pro. 6 (b) (1), the Defendant, District of Columbia (hereinafter the "District"), by counsel, hereby respectfully requests that (1) the Court refer this case to mediation with Steve Leckar (to be assisted by Mark London); and (2) stay the case for mediation until May 2, 2008 to permit the parties additional time to engage in mediation as set forth more fully below.

1.      By Order docketed 10/26/2007 (docket # 42) ("Mediation Referral Order") this Court referred this case to the Mediation Office for mediation pursuant to LCvR 84.4(1) for a period ending February 29, 2008.  The Mediation Referral Order also stayed the operation of the "Second Liability Discovery Phase" (established in the Scheduling Order, docket # 35) until the first day after the expiration of the mediation referral period.

2.      After discussions with the Mediation Office and the two mediators appointed by the Mediation Office in <u>Bynum v. District of Columbia</u>, 02-956 (RCL), Mark London and Steve Leckar, the parties learned that the mediators would only be available to mediate the case on a

retained basis and that only Mr. Leckar would be available as the primary mediator.  In the meantime, pursuant to the Scheduling Order, the parties have actively engaged in informal discovery, narrowed the issues in dispute, and negotiated with the assistance of Mr. Leckar and Mr. London how to proceed with mediation on an informal basis.  The parties have also spent considerable time discussing how to calculate the number of persons in the Overdetention Class and the Strip Search Class.  The parties have reached agreement on the mediators, the mediation process, and most of the underlying issues.  The parties believe they have reached an agreement on how to determine the number of class members without conducting further statistical analysis but it may be necessary for the plaintiffs to conduct a limited statistical analysis of a sample of inmates identified by the parties' computer queries for the purposes of the mediation.  The plaintiffs would have to supplement this statistical analysis if the case cannot be resolved through mediation.

3. Additional time is necessary to meet with the mediator, develop settlement matrices, and determine if there are additional outstanding issues in dispute, and mediate the case.

WHEREFORE, Counsel for Defendant and Plaintiffs jointly move the Court to (1) refer this case to mediation with Steve Leckar (to be assisted by Mark London) to be conducted pursuant to the rules set forth in LCvR 84.4(1) for a period ending May 2, 2008; and (2) stay the operation of the "Second Liability Discovery Phase" (established in the Scheduling Order, docket # 35) until the first day after the expiration of the mediation referral period..

    Respectfully submitted,

    PETER NICKLES
    Interim Attorney General for the
    District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

\_\_/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

Respectfully submitted,


\_\_/s/_____
WILLIAM CLAIBORNE
D.C. Bar # 446579
717 D Street, N.W.
Suite 210
Washington, DC 20004
Phone: 202/824-0700
Fax: 202/824-0745

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 06-315 (RCL) |
| v. ) | Judge: Royce C. Lamberth |
| ) | Next Event: 2/29/08 (expiration current |
| DISTRICT OF COLUMBIA ) | mediation period) |
| ) | |
| Defendant. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PARTIES' MOTION

1. Fed.R.Civ.P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

__/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001

202-442-9887
Denise.baker@dc.gov

Respectfully submitted,

\_\_/s/_____
WILLIAM CLAIBORNE
D.C. Bar # 446579
717 D Street, N.W.
Suite 210
Washington, DC 20004
Phone: 202/824-0700
Fax: 202/824-0745