UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL A. BARNES, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 06-315 (RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Defendant's and Plaintiffs' Joint Motion to Enlarge Scheduling Order, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____day of _____, 2008, for the reasons stated by defendant in its motion,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Counsel for Defendant and Plaintiffs jointly move the Court to (1) refer this case to mediation with Steve Leckar (to be assisted by Mark London) to be conducted pursuant to the rules set forth in LCvR 84.4(1) for a period ending May 2, 2008; and (2) stay the operation of the "Second Liability Discovery Phase" (established in the Scheduling Order, docket # 35) until the first day after the expiration of the mediation referral period..

_____
Royce C. Lambert
United States District Judge

Copies to:

Denise J. Baker
Assistant Attorney General
Equity Division
Office of the Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

William Charles Cole Claiborne III
717 D Street, NW, Suite 210
Washington, DC 20004-2813