UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CARL A. BARNES, *et. al.*,          )
                                    )
            Plaintiffs,             )
                                    )   Case Number:  06-315 (RCL)
        v.                          )
                                    )
DISTRICT OF COLUMBIA                )
                                    )
            Defendant.              )
_____)

**JOINT STATUS REPORT OF THE PARTIES**

The Parties to the above-captioned action, by and through undersigned counsel, hereby jointly report the action's current status, as follows:

**MEDIATION**

The parties jointly negotiated and engaged two mediators. Both mediators, Steve Leckar, Esquire, and Mark London, Esquire, served as mediators in a similar action, *Bynum v. D.C.*, Civil Action No. 02-956 (RCL), which resulted in a settlement. Three mediation sessions have been held on February 15, February 21, and March 6, 2008, respectively. At each mediation session the DOC General Counsel, D.C. information technology personnel, statistician, D.C. Records Office personnel, and litigation counsel were present to facilitate resolution of outstanding issues with Plaintiffs' counsel, plaintiffs' experts, and the mediators.

**COMPUTER DISCOVERY**

Prior to and during mediation, the parties have exchanged information including discussions and documents related to the number of late releases, database fields, inmate

booking systems, assumptions and parameters of database queries, and the records produced by the queries. The parties will continue to negotiate additional exchanges of information, as are necessary, to evaluate the case and identify class members.

**STATISTICAL SAMPLING**

Going forward, the parties agreed to pull a stratified random sample of inmate records in order to test the accuracy of the queries and to perform a statistical sampling of class members. These records will be scanned and reviewed by the parties' I.T. experts and/or other personnel to extract release dates, as well as estimate the number of class members and the number of hours these class members were released late.

Respectfully submitted,

**FOR THE DEFENDANT:**

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
202-442-9887
Denise.baker@dc.gov

/s/_____
Grace Graham [472878]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001

        202-442-9784
        Grace.graham@dc.gov

**FOR THE PLAINTIFFS:**    /s/_____
        WILLIAM CLAIBORNE [446579]
        717 D Street, NW, Suite 210
        Washington, D.C. 20004
        Phone: 202-824-0700
        Fax: 202-824-0745

        /s/_____
        BARRETT S. LITT, *pro hac vice*
        3435 Wilshire Boulevard, Suite 1100
        Los Angeles, CA 90010
        Phone: 213-386-3114
        Fax: 213-380-4585

**DATE**: March 24, 2008

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 24, 2008, a copy of the foregoing Joint Status Report of the Parties was filed and served electronically to:

WILLIAM CLAIBORNE [446579]
717 D Street, NW, Suite 210
Washington, D.C. 20004
Phone:  202-824-0700
Fax:  202-824-0745

                                    /s/ Grace Graham
                                    Grace Graham
                                    Assistant Attorney General