UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CARL A. BARNES, *et. al.*,          )
                                    )
            Plaintiffs,             )
                                    )   Case Number:  06-315 (RCL)
      v.                            )
                                    )
DISTRICT OF COLUMBIA                )
                                    )
            Defendant.              )
_____)

**NOTICE OF FILING MOTION TO CONSOLIDATE RELATED CASE, SIMON BANKS v. S. ELWOOD YORK, JR. AND DISTRICT OF COLUMBIA, CASE NO. 0-1514 (RCL)**

Kindly take notice that pursuant to Fed. R. Civ. Pro. 42 (a), the District of Columbia has moved to consolidate the case of *Banks v. S. Elwood York and District of Columbia, et. al.* civil action no. 05-1514 (RCL) with the above-caption action. A copy of the motion is attached.

                                    Respectfully submitted:

                                    PETER NICKLES
                                    Interim Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division

                                    ELLEN EFROS [250746]
                                    Chief, Equity Section I

                                    /s/ Denise J. Baker
                                    Denise J. Baker
                                    D.C. Bar No. 493414
                                    Assistant Attorney General

441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov