UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DR. SIMON BANKS, J.D.**           )
                                    )
    **Plaintiff**              )
                                    )
    v.                         )    **Case: 1:05-cv-1514 (RCL)**
                                    )
**S. ELWOOD YORK, JR., et al.,**    )
                                    )
                                    )
    **Defendants**             )
_____)

**ORDER**

Before the court is the motion to consolidate filed by the Defendant, District of Columbia, in the above-captioned civil action, *Dr. Simon Banks v. S. Elwood York, Jr., et al.*, Civil Action 05-1514. Defendant moves for consolidation of this case with another case *Carl A. Barnes, et al., v. District of Columbia,* Civil Action No. 06-315 (RCL), which has been certified by this Court as a class of overdetained prisoners.  ---F.R.D.---, 2007 WL 896282 (D.D.C. March 26, 2007).

Under Rule 42(a) of the Federal Rules of Civil Procedure, the court may consolidate separately filed cases when the cases involve a common question of law or fact. *See* Fed. R. Civ. P. 42(a). The Court enjoys broad discretion when deciding whether to grant a motion to consolidate.

Upon careful consideration of defendant's motion to consolidate, the plaintiff's response, and the entire record, the Court, having determined that these cases involve the same or similar legal issues, concludes that consolidation of the above-captioned cases is appropriate. Accordingly, it is this _____ day of _____, 2008, hereby

**ORDERED** that defendant's motion to consolidate is **GRANTED**; and it is further

**ORDERED** that the matters of *Dr. Simon Banks v. S. Elwood York, Jr., et al.*, Civil Action 05-1514 and *Carl A. Barnes, et al., v. District of Columbia,* Civil Action No. 06-315 (RCL) are hereby **CONSOLIDATED**; and it is further

**ORDERED** that all further pleadings and other matters related to the consolidated cases be file in *Carl A. Barnes, et al., v. District of Columbia,* Civil Action No. 06-315 (RCL).

_____
ROYCE C. LAMBERTH
Judge, United States District Court for the
District of Columbia

Copies to:

Denise J. Baker, Esquire
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)

Simon Banks
P.O. Box 17052
Alexandria VA 22302