UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CARL A. BARNES, *et. al.*,              )
                                        )
       Plaintiffs,                      )
                                        )   Case Number:  06-315 (RCL)
       v.                                )
                                        )
DISTRICT OF COLUMBIA                    )
                                        )
       Defendant.                       )
_____)

**NOTICE OF FILING MOTION TO CONSOLIDATE RELATED CASE, DANIEL SIMMONS v. DISTRICT OF COLUMBIA, CASE NO. 07-00493 (RCL)**

      Kindly take notice that pursuant to Fed. R. Civ. Pro. 42 (a), the District of Columbia has moved to consolidate the case of *Simmons v. District of Columbia, et. al.* civil action no. 07-00493 (RCL) with the above-caption action.  A copy of the motion is attached.

      Respectfully submitted:

      PETER NICKLES
      Interim Attorney General for the District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General
      Civil Litigation Division

      ELLEN EFROS [250746]
      Chief, Equity Section I

      /s/ Denise J. Baker
      Denise J. Baker
      D.C. Bar No. 493414
      Assistant Attorney General
      441 4th Street, Northwest, 6th Floor South

Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov