# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CARL A. BARNES, *et. al.*,                  )
                                            )
                    Plaintiffs,             )
                                            )        Case Number:  06-315 (RCL)
            v.                              )
                                            )
DISTRICT OF COLUMBIA                        )
                                            )
                    Defendant.              )
_____)

## NOTICE OF FILING MOTION TO CONSOLIDATE RELATED CASE, NICOLE MORGAN v. DISTRICT OF COLUMBIA, CASE NO. 0-1514 (RCL)

Kindly take notice that pursuant to Fed. R. Civ. Pro. 42 (a), the District of Columbia has moved to consolidate the case of *Morgan v. District of Columbia.,* civil action no. 1:07cv00172 (RCL), with the above-caption action.  A copy of the motion is attached.

Respectfully submitted:

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity Section I

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South

Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov