UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL A. BARNES,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-315 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING AND CASE MANAGEMENT ORDER FOR THE LIABILITY PHASE**

In accordance with FED. R. CIV. P. 16 and LCvR 16.4(b), the Court hereby ORDERS as follows:

The case shall be bifurcated between liability and damages. Damages discovery shall be stayed until further order of the Court.

Further, the parties will conduct discovery subject to the timelines and provisions set forth below.

**Initial Disclosures:** None.

**Confidential Information:** Discovery and production of confidential information shall be governed by whatever Protective Order entered by this Court, a copy of which shall be included with any discovery requests, notices or subpoenas direct to third parties.

**Before January 10, 2010:**

Fact discovery will conclude before January 10, 2010.

**Written Discovery:**  Each party is limited to twenty-five (25) interrogatories, including all subparts.

Pursuant to FED. R. CIV. P. 34, there will be no limit on the number of requests for production of documents.

Each party is limited to fifty (50) requests for admissions, including all subparts.

The parties may stipulate to additional written discovery.  If the parties are unable to agree as to the number of additional interrogatories or requests to admit, a party seeking additional discovery and for good cause shown, may petition the Court for modification of this Order.

**Oral Depositions:**

*(a) Number.*  At this time the Court imposes a numerical limit of 10 on the number of fact and 30(b)(6) deposition each side may conduct.  FED. R. CIV. P. 30 and LCvR 26(b)(2).  The parties are limited to no more than five (5) expert depositions.  In the case of 30(b)(6) deposition notices that list more than one topic, the depositions shall be counted as one even if multiple 30(b)(6) witnesses are designated.  No witness or designee's deposition shall exceed seven (7) hours, except that the parties and affected third parties may stipulate to additional time for individual depositions without Court approval, or may petition the Court for additional time for good cause shown.  Depositions taken for the sole purposes of establishing the authenticity and admissibility of documents produced by the parties shall not count against the deposition limit.

*(b) Notice.* Depositions may be noticed at any point during the discovery period. The parties shall provide at least fifteen (15) days of notice for each deposition.

*(c) Depositions of former employees.* Defendant will accept notice of depositions on employees and former employees who were in the position of policy makers or executive officers. In the case of other former employees the District will either arrange with the former employee to accept the deposition notice on its behalf, or provide to plaintiffs the sufficient contact information (including social security numbers) under seal, as may be appropriate, for plaintiffs to locate and serve the deponent.

**Before February 28, 2010:**

The proponent of an expert shall make designations of experts and produce reports conforming to the requirements of FED. R. CIV. P. 26(a)(2) no later than February 28, 2010.

**Before March 31, 2010:**

The parties shall make counter-designations by March 31, 2010.

**Before April 30, 2010:**

Rebuttal experts and conforming expert reports shall be designated by the parties by April 30, 2010.

**Before June 30, 2010:**

Expert discovery will end on June 30, 2010.

Depositions of the parties' experts shall be conducted at any time after the exchange of the above-referenced individual reports.

**Dispositive Motions:**

The parties shall file their dispositive motions on or before August 15, 2010. On or before September 15, 2010, the parties shall file oppositions to any dispositive motions. On or before October 7, 2010, the parties shall file replies to any dispositive motions.

**Thirty (30) days following entry of an order regarding Dispositive Motions:**

The parties will meet and confer and submit a schedule for trial of remaining issues including any remaining liability issues and damages issues and whether to bifurcate liability and damages issues and damages discovery if remaining liability and issues and damages issues are tried jointly.

    Signed by Royce C. Lamberth, Chief Judge, on August 31, 2009.