UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>        Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>        Defendant | Civil Action No:  **06-315 (RCL)**<br><br>Next Event: None scheduled |

## NOTICE

## MOTION to Compel the report by Karen Schneider entitled Review of Paperflow Process between the Superior Court, the U. S. Marshals Service, and the Department of Corrections

Plaintiffs filed their Motion to compel the report by Karen Schneider entitled Review of Paperflow Process between the Superior Court, the U. S. Marshals Service, and the Department of Corrections on 10/28/2009 (docket #66).  Defendant has produced the final report and the preliminary report and defendant has represented that there are no other documents reposinsive to the request.

Therefore plaintiffs hereby withdraw the motion(docket #66).

Respectfully submitted,

_____/sigwcc/_____
WILLIAM CLAIBORNE
D.C. Bar #446579
Counsel for plaintiffs

717 D Street, N.W.
Suite 210
Washington, D.C. 20004
Phone 202/824-0700
Fax 202/824-0745
email law@claiborne.net