UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No: **06-315 (RCL)**<br><br>Next Event: None scheduled |

## NOTICE

## PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES

Pursuant to Fed. R. Civ. P. 26(a)(2)(A) plaintiffs hereby disclose to defendant the identity of the witnesses plaintiffs may use at trial to present evidence under the Federal Rule of Evidence. Plaintiffs reserve to add or change experts on the basis of continuing discovery.

1. Analysis of computer data and statistical analysis

   Brian Kriegler, Ph.D.
   Economist, Econ One
   601 W. 5th Street, Fifth Floor
   Los Angeles, CA 90071

(Dr. Kriegler provided a report on estimated class totals and summary of methodology for the over detention and strip search classes in writing to defendant on October 3, 2008 and plaintiffs incorporate by reference herein the contents of that report)
CV and statement of cases worked on attached as Ps. Ex. # 1

Kevin Nichols
UCLA Department of Statistics
8125 Math Sciences Bldg.
Box 951554
Los Angeles, CA
90095-1554
310-825-8430
Fax: 310-206-5658
CV and statement of cases worked on attached as Ps. Ex. # 2

2. Jail issues such as intake, records office issues, strip search issues, release processing issues

Warren F. Cook
Warren F. Cook and Associates LLC
PO Box 83207
Portland, OR 97283
Print out of web page attached as Ps. Ex. # 3

        Respectfully submitted

        _____/sigWCC/_____
        WILLIAM CLAIBORNE
        D.C. Bar #446579
        Counsel for plaintiffs

        717 D Street, N.W.
        Suite 210
        Washington, D.C. 20004
        Phone 202/824-0700
        Fax 202/824-0745

email law@claiborne.net

Respectfully submitted
_____/sRDR/_____
RALPH D. ROBINSON
D.C. Bar No: 441797
Counsel for Plaintiffs
8160 Skelton Circle
Falls Church, Virginia 22042
Phone/Fax: (703) 846-0596
Email: ralph_29104@msn.com