*BRIAN KRIEGLER*

13160 Addison Street
Sherman Oaks, CA 91423
bkriegler@econone.com

## Education

| | |
|---|---|
| *June 2007* | Ph.D., Statistics, **University of California, Los Angeles** |
| *January 2005* | M.S., Statistics, **University of California, Los Angeles** |
| *May 2001* | B.A., Mathematics-Economics with Honors in Mathematics, **Claremont McKenna College** |
| *August 1999- December 1999* | Study Abroad, **Budapest Semesters in Mathematics** |

## Positions

*August 2008- Present*
Economist, **Econ One Research (Los Angeles)**
Conduct statistical and econometric analyses for class action litigations in the areas of antitrust, employment, and civil rights.

*July 2007- August 2008*
Post-Doctorate Researcher, **University of Pennsylvania Department of Statistics**
Conducted research in statistical learning with Professor Richard Berk, with emphasis on its applications to social and environmental sciences. Researched extent to which boosting and random forests are applicable to vector time series modeling and forecasting, and developing vector boosting functions in R. Formulated solutions to problem sets for *Statistical Learning from a Regression Perspective* (Berk, 2008). Wrote and submitted preprints to academic journals.

*January 2004- August 2008*
Litigation Consultant, **Self-Employed**
*Fairfield v. Advantage Rent-a-Car*: Estimated number of hourly employees and number of hours for which individuals were not compensated properly for overtime and missed meal breaks. Provided deposition testimony and wrote four declarations. Employed graduate students to assist in sampling, data entry, analysis, and critiquing of Advantage's expert witness testimony. Performed analyses in SAS, R, and Excel. $2.5 million settlement.
*Craft et al. v. San Bernardino County*: Identified individuals who had been subjected to a body cavity search prior to their arraignment hearing, after being ordered released, or in the presence of other inmates. Collaborated with County's database system administrators to agree on criteria for determining class members. Employed graduate students to assist in analysis of jail database system using SAS and Access. $25.5 million settlement.
*Avelar et al. v. Hilton*: Estimated number of hourly employees and number of hours in which individuals were not compensated properly for overtime. Analyzed employee data in SAS and R. Preliminary settlement agreement of undisclosed amount reached.
*Bynum v. District of Columbia*: Identified people who had been detained beyond the time of their scheduled release and/or strip searched after being ordered released. Collaborated with District's database system administrators to agree on criteria for determining class members. Cross-referenced bookings from jail database system with cases in court database system. Analyzed data in SAS and Access. $12 million settlement.
*Wisely & Garland v. State of California*: Analyzed whether prison visitors were subjected to a complete visual body cavity search based on results of x-ray body scan equipment. This practice included those instances when a physical search of the area of the body that showed positive on the scan revealed nothing. Settlement reached to stop practice of utilizing x-ray machines as means to determine basis for search.

*January 2007- May 2007*
Post-Doctorate, **Claremont McKenna College Reed Institute for Applied Statistics**
Co-taught undergraduate course in statistics for economics majors with Professor Janet Myhre. Wrote R tutorials for students. Worked with students on final projects to ensure proper implementation and interpretation of statistical and regression methods.

| | |
|---|---|
| *June 2006-*<br>*September 2006* | *Research Associate,* **RAND Corporation (Santa Monica, CA)**<br>Developed statistical and computational tools for identifying substantial interaction effects using generalized boosted models in R, and applied such tools to Project Air Force (PAF).<br>Examined extent to which there is racial and gender diversity at senior leadership levels of the U.S. Air Force, and made recommendations for how to ensure diversity in the future. |
| *September 2004-*<br>*June 2006* | *Graduate Student Researcher,* **UCLA Department of Statistics**<br>Conducted research in data mining with Professor Richard Berk. Applied logistic regression, CART, generalized additive models, random forests, and boosting. |
| *September 2004-*<br>*March 2005* | *Technology Teaching Assistant Coordinator,* **UCLA Department of Statistics**<br>Liaison for teaching assistants and first-year graduate students in the Statistics Department. Led orientation for first-year students. Taught weekly graduate student seminar on how to utilize technology in class. |
| *July 2002-*<br>*September 2003* | *Data Analyst,* **UCLA Math Content Program for Teachers**<br>Analyzed test scores measuring junior high and high school teachers' capabilities in mathematics. Analyzed data in SPSS and Excel. |
| *September 2001-*<br>*August 2003* | *Associate Reliability Engineer,* **Lockheed Martin Missiles and Space (Sunnyvale, CA)**<br>Designed anomaly detection and resolution algorithms for the Space Based Infrared System (SBIRS) Program. Performed statistical analysis for the Fleet Ballistic Missile (FBM) Program. |

## Teaching

| | |
|---|---|
| *June 2007-*<br>*March 2008* | *Lecturer,* **UCLA Department of Statistics**<br>Winter 2008:    Statistics 10, *Introduction to Statistical Reasoning*<br>Summer 2007:   Statistics 130B, *Statistical Analysis with SAS* |
| *April 2006-*<br>*December 2006* | *Teaching Fellow,* **UCLA Department of Statistics**<br>Fall 2006:    Statistics 10, *Introduction to Statistical Reasoning*<br>Spring 2006:  Statistics 10, *Introduction to Statistical Reasoning* |
| *April 2006-*<br>*June 2006* | *Seminar Leader,* **UCLA Department of Statistics**<br>Spring 2006:  Statistics 296, *Fundamentals of Data Management* |
| *September 2004-*<br>*June 2005* | *Teaching Associate,* **UCLA Department of Statistics**<br>Winter 2006:  Statistics 10, *Introduction to Statistical Reasoning*<br>Fall 2005:    Statistics 10A, *Introduction to Statistical Reasoning through Blended Instruction*<br>Spring 2005:  Statistics 10A, *Introduction to Statistical Reasoning through Blended Instruction*<br>Winter 2005:  Statistics 495B, *Teaching College Statistics*<br>Fall 2004:    Statistics 495A, *Teaching College Statistics* |
| *April 2004-*<br>*September 2004* | *Teaching Assistant,* **UCLA Math Content Program for Teachers**<br>Summer 2004:  Math X471, *Advanced Topics in Data*<br>Spring 2004:  Math X471, *Advanced Topics in Data* |
| *September 2003-*<br>*September 2004* | *Teaching Assistant,* **UCLA Department of Statistics**<br>Summer 2004:  Statistics 13, *Introduction to Statistical Methods for Life and Health Sciences*<br>              Statistics 10, *Introduction to Statistical Reasoning* (2 sections)<br>Fall 2003:    Statistics 110A, *Applied Statistics* (2 sections) |

## Publications

| | |
|---|---|
| *June 2008* | Berk, R., Kriegler, B., and Ylvisaker, D. (2008). *Counting the Homeless in Los Angeles County.* Probability and Statistics: Essays in Honor of David A. Freedman (IMS Collections). Vol. 2. 127-141. |
| *September 2007* | Kriegler, B. and Berk, R. *Estimating the Homeless Population in Los Angeles County: An Application of Quantile Regression Stochastic Gradient Boosting.* Forthcoming. |

**Plaintiffs' Ex. #1**
**Barnes v. DC, 06-315 (RCL)**

| | |
|---|---|
| *June 2007* | Kriegler, B. *Cost-Sensitive Stochastic Gradient Boosting Within a Quantitative Regression Framework*. Ph.D. Dissertation. Committee Chair: Richard Berk.<br>Portions of this research have been implemented into the "gbm" library in R (open source statistical software), available at www.r-project.org. |
| *June 2006* | Berk, R., Kriegler, B. and Baek, J.H. (2006). *Forecasting Dangerous Inmate Misconduct: An Application of Ensemble Statistical Procedures.* Journal of Quantitative Criminology. 22(2).131-145. |
| *May 2001* | Kriegler, B. *Estimation of Component and System Reliabilities Using Binomial and Exponential Data and Various Test Methods.* Undergraduate Senior Thesis. Chair: Janet Myhre. |
| *August 1999* | Kriegler, B. *Comparison of Achievement of 8th Graders Who Used the MathScape Curriculum to Those Who Used a More Traditional Curriculum.* Creative Publications. |

## Presentations

| | |
|---|---|
| *January 2007* | "Cost-Sensitive Boosting: An Estimation Procedure When the Average is Not the 'Gold Standard.'"<br>Invited, **Claremont McKenna College**, *Claremont*, *CA*. |
| *August 2006* | "Counting the Homeless in Los Angeles County."<br>Contributed, **Joint Statistical Meetings**, *Seattle*, *WA*. |
| *March 2002* | "A Southpaw Secret: Are Their Salaries Consistent with Their Contributions to Team Performance?"<br>Invited, **Claremont McKenna College**, *Claremont*, *CA*. |
| *July 2001* | "Mixing Component and System Data in Reliability Assessment."<br>Invited, **United States Navy Complex**, *Washington, DC*. |

## Awards

| | |
|---|---|
| *June 2007* | *Finalist, Teaching Assistant of the Year,* **UCLA Department of Statistics** |
| *June 2006* | *Finalist, Teaching Assistant of the Year,* **UCLA Department of Statistics** |
| *May 2001* | *Outstanding Senior Student in Mathematics,* **Claremont McKenna College** |
| *May 2001* | *Outstanding Senior Thesis in Mathematics,* **Claremont McKenna College** |

## Computer Skills

*Windows XP, OS X, MS Office (Word, Excel, PowerPoint, Access), R, SAS, SPSS, LaTeX*

## Memberships

*American Statistical Association*

**Plaintiffs' Ex. #1**
**Barnes v. DC, 06-315 (RCL)**