*Kevin Nichols*

3632 Greenfield Av. #4
Los Angeles, CA 90034
Nichols@stat.ucla.edu

## Education

| | |
|---|---|
| *Spring 2008* | M.S., Statistics, **University of California, Los Angeles** |
| *Spring 2005* | B.A. Applied Mathematics, **University of California, Berkeley** |

## Positions

*September 2005-Present*
Statistics Instructor, **University of California, Los Angeles Extension**
I currently teach a lecture on introductory statistics for UCLA extension students

*September 2005-Present*
Graduate Teaching Assistant, **University of California, Los Angeles Department of Statistics**
I currently teach mainly upper division graduate courses in statistics, applied statistics and social statistics.

*July 2006-Present*
Litigation Consultant, **Self-Employed**
*Fairfield v. Advantage Rent-a-Car*: Estimated number of hourly employees and number of hours for which individuals were not compensated properly for overtime and missed meal breaks. Performed analyses in SAS, R, and Excel. $2.5 million settlement.
*Craft et al. v. San Bernardino County*: Identified individuals who had been subjected to a body cavity search prior to their arraignment hearing, after being ordered released, or in the presence of other inmates. Collaborated with County's database system administrators to agree on criteria for determining class members. Performed analyses of jail database system using SAS and Access. $25.5 million settlement.
*Jones v. Baltimore County*: Identified people who had been detained beyond the time of their scheduled release and/or strip searched after being ordered released. Collaborated with County's database system administrators to agree on criteria for determining class members. Analyzed data in SAS and Access. This case is currently in mediation and is expected to settle.
*Gamino v. Country of Venture*: Identified people who had been strip searched for a probable cause drug arrest. Class members were subjected to a complete visual body cavity search based on the charge they were arrested on. Data was analyzed in SAS and Excel. This case is currently in mediation and is expected to settle.

*June 2008-Present*
Technical Teaching Assistant Coordinator, **University of California, Los Angeles Department of Statistics**
I am the liaison for teaching assistants and first-year graduate students in the Statistics Department. I will lead orientation for first-year students and teach weekly graduate student seminars on how to utilize technology in class.

## Teaching

*June 2008-August 2008*
Statistics Instructor, **UCLA Extension**
Summer 2008:   Statistics 10, *Introduction to Statistical Reasoning*

*September 2007-August 2008*
Teaching Fellow, **UCLA Department of Statistics**
Fall 2007:   Statistics 10, *Introduction to Statistical Reasoning*
Winter 2008:   Statistics 112, *Statistical Reasoning for the Social Sciences*
Spring 2008:   Statistics 112, *Statistical Reasoning for the Social Sciences*
Summer 2008:   Statistics 10, *Introduction to Statistical Reasoning*
Summer 2008:   Statistics 13, *Introduction to Statistical Reasoning for Earth Science Majors*

*September 2006-August 2007*
Teaching Associate, **UCLA Department of Statistics**
Fall 2006:   Statistics 10, *Introduction to Statistical Reasoning*
Winter 2007:   Statistics 10, *Introduction to Statistical Reasoning*
Spring 2007:   Statistics 10, *Introduction to Statistical Reasoning*
Summer 2007:   Statistics 10, *Introduction to Statistical Reasoning*

**Plaintiffs' Ex. #2**
**Barnes v. DC, 06-315 (RCL)**

| | |
|---|---|
| *December 2005-August 2006* | Teaching Assistant, **UCLA Department of Statistics**<br>    Winter 2006:   Statistics 13, *Statistical Reasoning for the Life Sciences*<br>    Summer 2006:  Statistics 10, *Introduction to Statistical Reasoning* |
| *May 2005-August 2005* | Kaplan GRE Instructor |

## *Awards*

*June 2007*    Teaching Assistant of the Year, **UCLA Department of Statistics**

## *Computer Skills*

Windows XP, OS X, MS Office (Word, Excel, PowerPoint, Access), R, SAS, Stata, LaTeX

## *Memberships*

American Statistical Association

**Plaintiffs' Ex. #2**
**Barnes v. DC, 06-315 (RCL)**