Not a Legal Professional? Visit our consumer site
Register | Login

- Cases & Codes
- Practice Management
- Jobs & Careers
- Legal News
- Blogs
- Service Providers
- Forms
- Law Technology
- Lawyer Marketing
- Corporate Counsel
- Law Students
- Thomson Legal Record

| Expert Witnesses | | SEARCH |
|---|---|---|

## Warren F. Cook and Associates LLC

| | |
|---|---|
| **Address:** | P.O. Box 83207<br>Portland, OR 97283-0207 |
| **Phone:** | 503-286-8480 |
| **Alt. Phone:** | |
| **Fax:** | 503-286-7333 |
| **E-mail:** | warrenfcookwfca@aol.com |
| **Web site:** | |

**Description of Service(s):**

*Principal Warren F. Cook* serves his clients, based upon more than 36 years of experience in criminal justice activities. He serves as an expert witness; and, provides consulting services for the design and constitutional operation of public agencies. In addition, he works to advise legal firms with litigation associated with criminal justice operations, correctional client care, and staff responsibilities.

His experience includes the direct operation of several corrections facilities, having served as a police officer, corrections officer, supervisor, manager, facility commander, and executive advisor. During his career, he has managed booking intake facilities, a court security unit, a restitution and work release center, high security special management units, direct and indirect podular & dormitory units, and alternative community correctional programs. In addition, he has served on design and transition teams for several correctional medical/mental health units, intake processing units, new justice centers (adult and juvenile); and, as a project manager, responsible for the timely constitutional upgrading and expansion of several criminal justice facilities. He also managed staff scheduling, internal affairs investigation, training, planning/research, and special processing units.

Working as a consultant for more than 18 years, he has worked with over 400 agencies throughout the nation in the areas of design-development-plan reviews for new enforcement, corrections and 911/communication facilities, operational analysis, staffing analysis, security audits, security upgrades, and staff training for the opening of new corrections and criminal justice facilities. He has a national reputation, and is well known for his ability to assist agencies as they are planning, designing, developing, and transitioning into new criminal justice facilities; focusing with a risk management approach to ensure safe, efficient and cost-effective operations. He has served on several justice center projects, during the programming and schematic design phases.

Several years ago, he co-authored several professional articles and developed a training program for The American Jail Association, dealing with the dynamics of the criminal justice intake process. Utilizing the program { "*Intake - The First 72 hours*" }, he has trained over 200 professionals in this high-liability activity, including the proper design, human issues, processes, agency policies, procedures, and training for intake staff. Also included within this important risk management program are critical medical services, client safety, and suicide prevention processes. _Justice Sandra Day O'Connor cited the work on this program in her opinion given in Atwater v. City of Lago Vista_.

He remains active as an educator and trainer, serving Portland Community College, the The National Institute of Corrections and The American Jail Association. He has and continues to publish professional articles for the betterment of staff and public agency operations. In addition, he maintains currency within the profession through his active membership with the American Correctional Association, the American Jail Association and as a working board member of the Oregon Criminal Justice Association.

**Area(s) of Practice:**

Architecture
Child Custody
Corrections
Criminology
Deadly Force

- Jails & Prisons
- Police Misconduct
- Police Procedure
- School Security
- Security

**States Serviced:**

Nationwide

When viewing a listing, consider our West Legal Directory disclaimers.

| | |
|---|---|
| **RESEARCH THE LAW** | Cases & Codes / Opinion Summaries / Sample Business Contracts / Research an attorney or law firm |
| **MANAGE YOUR PRACTICE** | Law Technology / Law Practice Management / Law Firm Marketing Services / Corporate Counsel Center |
| **MANAGE YOUR CAREER** | Legal Career Job Search / Online CLE / Law Student Resources |
| **NEWS AND COMMENTARY** | Legal News Headlines / Law Commentary / Featured Documents / Newsletters / Blogs / RSS Feeds |
| **ABOUT US** | Company History / Media Relations / Contact Us / Advertising / JobsÂ |

Copyright © 2008 FindLaw, a Thomson Reuters business. All rights reserved.

**Plaintiffs' Ex. #3-2**
**Barnes v. DC, 06-315 (RCL)**