UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al | |
| Plaintiffs | Civil Action No: **06-315 (RCL)** |
| v. | Next Event: None scheduled |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | |
| Defendant | |

## <u>NOTICE</u>

## <u>PLAINTIFFS' SUPPLEMENTAL DISCLOSURE OF EXPERT</u> <u>WITNESSES</u>

Pursuant to Fed. R. Civ. P. 26(a)(2)(A) plaintiffs hereby supplement their disclosure to defendant of the identity of the witnesses plaintiffs may use at trial to present evidence under the Federal Rules of Evidence. Plaintiffs reserve to add or change experts on the basis of continuing discovery.

1.  Jail issues such as intake, records office issues, strip search issues, release processing issues

Steve J. Martin

Plaintiffs are e-mailing his CV with contact information today to defendant's counsel.

Respectfully submitted

_____/sigWCC/_____
WILLIAM CLAIBORNE
D.C. Bar #446579
Counsel for plaintiffs

717 D Street, N.W.
Suite 210
Washington, D.C. 20004
Phone 202/824-0700
Fax 202/824-0745
email law@claiborne.net

Respectfully submitted
_____/sRDR/_____
RALPH D. ROBINSON
D.C. Bar No: 441797
Counsel for Plaintiffs
8160 Skelton Circle
Falls Church, Virginia 22042
Phone/Fax: (703) 846-0596
Email: ralph_29104@msn.com