UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLE A. BARNES, et al<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant | Civil Action No: **06-315 (RCL)**<br><br>Next Event: None scheduled |

## NOTICE

## PLAINTIFFS' SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES

Pursuant to Fed. R. Civ. P. 26(a)(2)(A) plaintiffs hereby supplement their disclosure to defendant of the identity of the witnesses plaintiffs may use at trial to present evidence under the Federal Rules of Evidence. Plaintiffs reserve to add or change experts on the basis of continuing discovery.

The following witness may also testify pursuant to FRE 702 without a report.

1. Analysis of jackets produced by District in discovery (including the approximately 400 jackets produced in meditation)

Sean Day

Plaintiffs have previously produced Mr. Day's information to defendant's counsel.

Respectfully submitted

_____/sigWCC/_____
WILLIAM CLAIBORNE
D.C. Bar #446579
Counsel for plaintiffs

717 D Street, N.W.
Suite 210
Washington, D.C. 20004
Phone 202/824-0700
Fax 202/824-0745
email law@claiborne.net

Respectfully submitted
_____/sRDR/_____
RALPH D. ROBINSON
D.C. Bar No: 441797
Counsel for Plaintiffs
8160 Skelton Circle
Falls Church, Virginia 22042
Phone/Fax: (703) 846-0596
Email: ralph_29104@msn.com