# DEx 1

# Albert Invoice



# Invoice

| DATE | INVOICE # |
|---|---|
| 1/3/2011 | 388 |

1528 Laurel Hill Road
Vienna, VA 22182
703/556-4402

| PROJECT | BILLED TO: |
|---|---|
| Barnes v District of Columbia | District of Columbia |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Deposition Preparation (Meeting with counsel) | 3 | 175.00 | 525.00 |
| | Deposition Preparation (Travel) | 2 | 175.00 | 350.00 |
| | Deposition Preparation (Review expert report and supporting documentation; review plaintiff's expert report) | 3 | 175.00 | 525.00 |
| | Deposition Travel | 2 | 175.00 | 350.00 |
| | Deposition | 7.5 | 175.00 | 1,312.50 |

Please make check payable to:
Practical Solutions for Public Safety, Inc.
at
1528 Laurel Hill Road
Vienna, VA 22182

PO # PO343632

**Total** 3,062.50