# DEx 3

# Day Invoice

Sean R. Day
8505 Baltimore Avenue · Suite 201
College Park, Maryland 20740
301·220·2270

Tax ID: 52-2010219

| Case | Barnes v. District of Columbia |
|---|---|

| Date | 2/7/2011 |
|---|---|

| | Rate |
|---|---|
| | $ 200.00 |

## INVOICE

### FEES

| Date | Description | Time |
|---|---|---|
| 12/23/10 | Registered with ARIBA system. | 0.2 |
| 12/27/10 | Emails from D.C. re. ARIBA form needed. | 0.1 |
| 12/28/10 | Attempted ARIBA log-in. | 0.1 |
| 12/28/10 | Deposition preparation. | 2.5 |
| 01/07/11 | ARIBA Form, completed, scanned, emailed. | 0.2 |
| 01/17/11 | Deposition preparation. | 3.3 |
| 01/17/11 | Traveled to deposition. | 1.0 |
| 01/17/11 | Deposition. | 6.6 |
| 01/17/11 | Traveled from deposition. | 0.5 |
| 01/30/11 | Reviewed deposition transcript, Errata. | 1.9 |
| | Hours | 16.4 |
| | Fees | $ 3,280.00 |

### EXPENSES

| Date | Description | | |
|---|---|---|---|
| 1/18/2011 | Parking. | $ | 16.00 |
| | Total Payments | $ | 16.00 |

| **BALANCE** | **$ 3,264.00** |
|---|---|