UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARL A. BARNES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 06-315 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

**FILED**
MAR 11 2013
Clerk, U.S. District and
Bankruptcy Courts

## JURY VERDICT FORM

We the jury, have been duly empanelled and sworn upon our oath, do unanimously find as follows:

1. Do you find by a preponderance of the evidence that the District of Columbia had a custom or practice of unconstitutional overdetentions of plaintiffs at the D.C. Jail between January 1, 2007, and February 25, 2008, inclusive?

    Answer Yes or No: __YES__

2. Do you find by a preponderance of the evidence that the actions of the District of Columbia, relevant to any overdetentions that occurred between January 1, 2007, and February 25, 2008, manifested a deliberate indifference to plaintiffs' and the class members' constitutional rights?

    Answer Yes or No: __No__

3. Do you find by a preponderance of the evidence that the actions of the District of Columbia, from January 1, 2007, to February 25, 2008, were a proximate cause of any unconstitutional overdetentions of the plaintiffs?

    Answer Yes or No: __YES__

If you answered "Yes" to all three questions above, then your verdict must be for the plaintiffs. However, if you answered "No" to any of the three questions, then your verdict must be for the defendant.

We find for the: __DEFENDANT__

__[signature]__  __3/11/13__  __1:08p__
Signature of Foreperson    Date    Time