# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL BARNES,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,**<br><br>    Defendant. | Civil Action No:    06-0315 (RCL) |

## JOINT MOTION FOR PRELIMINARY ORDER OF APPROVAL AND SETTLEMENT

Pursuant to Fed. R. Civ. P. 7(b) and 23(e), the Parties hereby jointly move the Court for a preliminary order of approval and settlement. The Parties' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto, as is the Parties' Settlement Agreement.

WHEREFORE, the Parties respectfully request that this Honorable Court grant the Parties' Joint Motion for Preliminary Order of Approval and Settlement.

DATE: November 4, 2013         Respectfully submitted,

                               IRVIN B. NATHAN
                               Attorney General for the District of Columbia

                               ELLEN A. EFROS
                               Deputy Attorney General
                               Public Interest Division

                                     /s/ Grace Graham
                               GRACE GRAHAM, D.C. Bar No. 472878
                               Chief, Equity Section
                               441 Fourth Street, NW, 6th Floor South
                               Washington, DC 20001
                               Telephone: (202) 442-9784
                               Facsimile: (202) 741-8892
                               Email: grace.graham@dc.gov

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity Section I
441 Fourth Street, N.W., Suite 680 North
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
E-mail: andy.saindon@dc.gov

        /s/ Keith D. Parsons
KEITH D. PARSONS, D.C. Bar No. 1006935
Assistant Attorney General
441 Fourth Street, N.W., Suite 680 North
Washington, D.C. 20001
Direct Dial:  (202) 727-6247
Receptionist:  (202) 727-6295
Facsimile:  (202) 741-8935
Email:  keith.parsons@dc.gov

*Counsel for Defendant*

/s/ William Claiborne
WILLIAM CLAIBORNE, D.C. Bar No. 446579
2020 Pennsylvania Avenue, NW
Suite 395
Washington, D.C. 20006
Phone 202) 824-0700
Email: claibornelaw@gmail.com

/s/ Ralph D. Robinson
RALPH D. ROBINSON, D.C. Bar No. 441797
2020 Pennsylvania Ave, NW
Suite 395
Washington, D.C. 20004
Phone 703/846-0596
Email: Ralph_29014@msn.com

 /s/ Barrett S. Litt
BARRETT S. LITT, *Pro haec vice*
Kaye, McLane, Bednarski & Litt
234 Colorado Blvd.
Suite 230
Pasadena, CA 91101

Phone (626) 844-7660, xt. 112
Fax (626) 844-7670
Email: blitt@kmblaw.com

*Counsel for Named Plaintiffs and the Classes*