UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 27 2017
Clerk, U.S. District and
Bankruptcy Courts

|  |  |
|---|---|
| CARL BARNES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 06-00315 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The Court has reviewed the Joint Proposal (ECF No. 505) filed by the parties in this case, and apprises the parties that it does not interpret the consent judgement in this case as providing authority to the Court to award interest at this time to the claimants in this case under the terms of the existing settlement agreement.

_____
Royce C. Lamberth
United States District Judge

Date: 12/22/17