Case Number:

1:06-CV-00315-RCL               3-28-19

To: The United States and
    Bankruptcy Court
for the District of Columbia
    Office of the Clerk
E. Barrett Prettyman Courthouse
    Washington, DC 20001

From: Marcus Levi Brown #422800
Re: Barnes v. District of Columbia, 06-315 (RCL);
Claim ID DCBR1- 700001115
Jessup Correctional Institution
    Housing Unit C-101
        P.O. Box 534
        Jessup, MD 20794

I did write to William Claiborne Attorney at Law
717 D Street, NW
    Suite 300
Washington, DC 20004
    Phone 202-824-0700
Email: claibornelaw@gmail.com.
And I did not get a anser from hem I do need to no when am I going to get some money.

RECEIVED
Mail Room
APR -1 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case no. 1:06-CV-00315-RCL                                    3-28-19

The Judge did ordered on 11-21-2018 on my Claim, and the Judge name is Royce C. Lamberth. I hope you can get in tuch with my Attorney, and I do wish I can get a letter soon to let me no what is going on.

I do need to no when am I going to get the money.

I did let my Attorney no where he can send the money, and where I am at, So I am letting you no where I am at;

Jessup Correctional Institution
Housing Unit C-101
P.O. Box 534
Jessup, MD 20794

So do write me Marcus Levi Brown #422800 back at P.O. Box 534 Jessup, MD 20794. I Marcus Levi Brown #422800 do need to no what is going on with my Claim.

Thank you!