UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL BARNES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 06-0315 (RCL) |

## JOINT STATUS REPORT

The Parties submit this Joint Status Report, as directed by the Court's April 16, 2019 Order [516].

On November 26, 2018, the Court issued an Order adopting the Parties' proposed method for resolving the uncertain claims [514], and the Claims Administrator, KCC Class Action Services, LLC (KCC), generated a final list of claimants and prorated claim amounts.

The Office of the Attorney General's Child Support Services Division (CSSD) then compared the final list of claimants to those persons with current child-support debts in the District of Columbia. Under D.C. Code § 46-226.03(a)(7)(A)(ii), CSSD is authorized—without a court order—to intercept, among other payments, settlement amounts due to those persons with outstanding child-support debts. CSSD determined that some *Barnes* claimants had outstanding child-support debts and calculated the amounts to be withheld from the settlements.

The Parties then worked to finalize the Notice that would be sent to claimants to inform them of the possible intercept of settlement funds and the process to appeal.

In March, 2019, after subtracting the amounts owing for child support, the District submitted its request for the D.C. Treasury to wire the Settlement Amount to KCC for distribution. However, the Settlements and Judgments fund (*see* https://cfo.dc.gov/sites/default/files/dc/sites/ocfo/publication/attachments/zh_sj_chapter-2019j.pdf) had to await replenishment from the Treasury.

The funds were wired to KCC on April 30, 2019, and KCC has been finalizing the distribution packet for claimants, including a review by KCC's accounting team to report payments and verify Taxpayer Identification Numbers.

Settlement checks are expected to be mailed to claimants on May 22, 2019.

Dated:  May 16, 2019.

/s/ William Claiborne
WILLIAM CLAIBORNE, D.C. Bar No. 446579
2020 Pennsylvania Avenue, NW
Suite 395
Washington, D.C. 20006
Phone 202) 824-0700
Email: claibornelaw@gmail.com

/s/ Ralph D. Robinson
RALPH D. ROBINSON, D.C. Bar No. 441797
2020 Pennsylvania Ave, NW
Suite 395
Washington, D.C. 20004
Phone 703/846-0596
Email: Ralph_29014@msn.com

/s/ Barrett S. Litt
BARRETT S. LITT, Pro hac vice

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS
D.C. Bar No. 974858
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON
D.C. Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

2

| | |
|---|---|
| Kaye, McLane, Bednarski & Litt | (202) 724-6643 |
| 234 Colorado Blvd. | (202) 730-1470 (f) |
| Suite 230 | andy.saindon@dc.gov |
| Pasadena, CA 91101 | |
| Phone (626) 844-7660, ext. 112 | *Counsel for Defendant* |
| Fax (626) 844-7670 | |
| Email: blitt@kmbllaw.com | |

*Counsel for Named Plaintiffs and the Classes*